IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* Jana Garza,<br><br>Plaintiff,<br><br><br>v.<br><br>SOUTHWEST KEY PROGRAMS, INC., ALYSSA HERNANDEZ, ANNELISE HERNANDEZ, DANIEL DE LA CRUZ, DIEGO NARANJO, DIVINE FAMILY CARE, PLLC, EDER HERNANDEZ, FANNY FIGUEROA, GERALDO RIVERA, MIGDALEDER, LLC, TRINITY HEALTH SERVICES, PLLC, UC HEALTH CONSULTANTS, and VALLEY MED URGENT CARE, PLLC,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL NO: 1:22-CV-00467 |

**AMENDED UNOPPOSED MOTION TO WITHDRAW**
**REPRESENTATION AND TERMINATE ELECTRONIC NOTICES**

Movants Berg & Androphy ("B&A"), through undersigned counsel David Berg, Lieff Cabraser Heimann & Bernstein ("LCHB"), through undersigned counsel Nimish Ramesh Desai, and Moore Landrey, L.L.C. ("ML"), through undersigned counsel Greg M. Dykeman, move this Court for an order granting that B&A, LCHB and ML be withdrawn from representation of Relator Jana Garza ("Relator") in the above case.

On July 10, 2023, the United States filed a Notice of Election to Decline Intervention.

The Fee Agreement between Relator and undersigned counsel provides that counsel may withdraw if the United States declines to intervene in this case. Undersigned counsel has informed

Relator about their decision to withdraw as counsel, and Relator consents to this Motion. Relator has further indicated her desire to proceed with the case and is seeking new counsel to continue with the case. The Government has been notified about this motion and takes no position on this motion.

Undersigned counsel request that this Court issue an order discharging B&A, LCHB and ML as attorneys of record for Relator and it is further requested that the Clerk of this Court terminate delivery of electronic notices. To provide Relator additional and ample time to obtain new counsel, undersigned counsel further requests that this Court issue an Order staying the case for 90 days to provide Relator with more time to obtain new counsel. Dated: July 18, 2023

Respectfully submitted,

**BERG & ANDROPHY**
David Berg
TX State Bar No. 02187000
Joel M. Androphy
TX State Bar No. 01254700
3704 Travis Street
Houston, Texas 77002
Telephone: (713) 529-5622
Facsimile: (713) 529-3785
jandrophy@bafirm.com
cdoroteo@bafirm.com

**LIEFF CABRASER HEIMANN & BERNSTEIN**
Nimish Ramesh Desai
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
ndesai@lchb.com

**MOORE LANDREY, L.L.P.**

/s/ ***Greg M. Dykeman***

Greg M. Dykeman
State Bar No. 6325100
905 Orleans Street
Beaumont, Texas 77701
Telephone: (409) 835-3891
Facsimile: (409) 835-2707
gdykeman@moorelandrey.com

**COUNSEL FOR RELATOR**
**JANA GARZA**

## CERTIFICATE OF SERVICE

I hereby certify that on July18, 2023 a true and correct copy of the foregoing document was sent to the United States Department of Justice and the United States Attorney's Office in the Eastern District of Texas via electronic mail.

Whitney Tharpe
Assistant United States Attorney
Eastern District of Texas
110 N. College Street, Suite 700
Tyler, Texas 75702
Whitney.Tharpe@us.doj.gov

**MOORE LANDREY, L.L.P.**

/s/ ***Greg M. Dykeman***

Greg M. Dykeman

**CERTIFICATE OF CONFERENCE**

I hereby certify that I have complied with the meet and confer requirement in Local Rule CV-7(h) and that the accompanying motion is unopposed.

**MOORE LANDREY, L.L.P.**

**/s/ *Greg M. Dykeman***

Greg M. Dykeman