IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* Jana Garza,<br><br>Plaintiff,<br><br><br>v.<br><br>SOUTHWEST KEY PROGRAMS, INC., ALYSSA HERNANDEZ, ANNELISE HERNANDEZ, DANIEL DE LA CRUZ, DIEGO NARANJO, DIVINE FAMILY CARE, PLLC, EDER HERNANDEZ, FANNY FIGUEROA, GERALDO RIVERA, MIGDALEDER, LLC, TRINITY HEALTH SERVICES, PLLC, UC HEALTH CONSULTANTS, and VALLEY MED URGENT CARE, PLLC,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL NO: 1:22-CV-00467 |

**ORDER**

The Court, having considered the Unopposed Motion to Withdraw Representation and Terminate Electronic Notices filed by David Berg of Berg & Androphy ("B&A"), Nimish Ramesh Desai of Lieff Cabraser Heimann & Bernstein ("LCHB"), and Greg M. Dykeman of Moore Landrey, L.L.P. ("ML"), hereby **GRANTS** the Motion. Accordingly, B&A, LCHB and ML are withdrawn as counsel of record for Relator Jana Garza ("Relator") and the Clerk of Court is ordered to terminate delivery of electronic notices to B&A, LCHB and ML in this case.

It is further **ORDERED** that this case be stayed for 90 days for the Relator to obtain new counsel.