IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* JANA GARZA<br><br>*Plaintiff,*<br><br>V.<br><br>SOUTHWEST KEY PROGRAMS, INC., ALYSSA HERNANDEZ, ANNELISE HERNANDEZ, DANIEL DE LA CRUZ, DIEGO NARANJO, DIVINE FAMILY CRE, PLLC, EDER HERNANDEZ, FANNY FIGUEROA, GERALDO RIVERA, MIGDALEDER, LLC, TRINITY HEALTH SERVICES, PLLC, UC HEALTH CONSULTANTS, AND VALLEY MED URGENT CARE, PLLC<br><br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 1:22-CV-000467<br>JUDGE MICHAEL TRUNCALE |

**ORDER GRANTING AMENDED UNOPPOSED MOTION TO WITHDRAW REPRESENTATION AND TERMINATE ELECTRONIC NOTICES**

Before the Court is the Amended Unopposed Motion to Withdraw Representation and Terminate Electronic Notices filed by Movants Berg & Androphy ("B&A"), through counsel David Berg and Joel Androphy, Lieff Cabraser Heimann & Bernstein ("LCHB"), through counsel Nimish Ramesh Desai, and Moore Landrey, L.L.C. ("ML"), through counsel Greg M. Dykeman. [Dkt. 10]. B&A, LCHB, and ML represent Relator Jana Garza in this matter. Counsel is requesting the Court allow them to withdraw as counsel for Relator and terminate electronic notices. After considering the unopposed motion and reviewing the pleadings on file and all applicable law, the Court grants the same.

It is therefore **ORDERED** that Movants' Motion to Withdraw Representation and Terminate Electronic Notices [Dkt. 10] is hereby **GRANTED**. The Clerk is **INSTRUCTED**

to terminate the above attorneys and their firms as counsel of record for Relator and to terminate all electronic notices relating to this matter.

It is further **ORDERED** that Relator Jana Garza shall have until **October 27, 2023** to engage new counsel and notify the Court of the new counsel's name and contact information.

The Clerk is **INSTRUCTED** to forward a copy of this Order to Relator Jana Garza via Certified Mail/Return Receipt Requested at the following address:

6425 Remlap Street
Houston, Texas 77055.

It is further **ORDERED** that the Unopposed Motion to Withdraw Representation and Terminate Electronic Notices [Dkt. 9] is hereby **DENIED AS MOOT**.

**SIGNED this 28th day of July, 2023.**

Michael J. Truncale
United States District Judge