**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jana Garza
6425 Remlap Street
Houston, TX 77055
1:22cv467 #11

9590 9402 8116 2349 9405 84

2. Article Number (*Transfer from service label*)

7020 3160 0001 5739 6693

***COMPLETE THIS SECTION ON DELIVERY***

A. *Signature*

X ☐ Agent ☐ Addressee

B. Received by (*Printed Name*) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
Mail
Mail Restricted Delivery
...00)
☐ Priority Mail Express®
☑ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

---

USPS TRACKING #

NORTH HOUSTON TX 773
29 JUL 2023 PM 4 L

9590 9402 8116 2349 9405 84

United States Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

U.S. District Clerk's Office
300 Willow Street, Suite 104
Beaumont, Texas 77701

RECEIVED
CLERK, U.S. DISTRICT COURT
JUL 31 2023
EASTERN DISTRICT OF TEXAS
BEAUMONT, TEXAS