IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* JANA GARZA,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHWEST KEY PROGRAMS, INC.,<br>ALYSSA HERNANDEZ,<br>ANNELISE HERNANDEZ,<br>DANIEL DE LA CRUZ,<br>DIEGO NARANJO,<br>DIVINE FAMILY CARE, PLLC,<br>EDER HERNANDEZ,<br>FANNY FIGUEROA,<br>GERALDO RIVERA,<br>MIGDALEDER, LLC,<br>TRINITY HEALTH SERVICES, PLLC,<br>UC HEALTH CONSULTANTS, and<br>VALLEY MED URGENT CARE, PLLC,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 1:22-CV-000467<br>JUDGE MICHAEL TRUNCALE |

**RELATOR JANA GARZA'S**
**MOTION FOR EXTENSION OF TIME**

On July 11, 2023, after the United States declined to intervene in the case, the Court ordered that the complaint be unsealed and served upon the Defendants. Dkt. 8.

On July 28, 2023, this Court granted the Amended Unopposed Motion to Withdraw Representation and Terminate Electronic Notices, and gave Relator Jana Garza until October 27, 2023 to engage new counsel and to notify the Court. Dkt. 11.

Relator Jana Garza hereby requests a 60-day extension of time for good cause. Relator is currently in discussions with potential new counsel, and they need additional time to review the case.

Dated: October 20, 2023

Respectfully submitted,

RELATOR JANA GARZA
6425 REMLAP STREET
HOUSTON, TEXAS 77055

Nutrix Medical Worx

CLERK, U.S. DISTRICT COURT
RECEIVED
OCT 23 2023
EASTERN DISTRICT OF TEXAS
BEAUMONT, TEXAS

Retail

UNITED STATES POSTAL SERVICE

77701

U.S. POSTAGE PAID
USPS Ground Advtg
HOUSTON, TX 77008
OCT 20, 2023

$4.85

RDC 01 0 Lb 0.50 Oz R2303S103346-99

USPS TRACKING® #

9500 1105 4601 3293 8349 70

United States District Clerk
300 Willow Street Ste 104
Beaumont, TX. 77701

1415 North Loop West, Suite 618
Houston, TX 77008