**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jana Garza
6425 Remlap Street
Houston, TX 77055

1:22cv467 #14

9590 9402 8116 2349 9430 66

2. Article Number *(Transfer from service label)*

7020 3160 0001 5739 6785

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X [signature]
☐ Agent
☑ Addressee

B. Received by *(Printed Name)* Jana Garza

C. Date of Delivery 10/29/23

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

CLERK, U.S. DISTRICT COURT
RECEIVED
NOV 01 2023
EASTERN DISTRICT OF TEXAS
BEAUMONT, TEXAS

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☑ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- Restricted Delivery
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt