IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* JANA GARZA,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHWEST KEY PROGRAMS, INC., ALYSSA HERNANDEZ, ANNELISE HERNANDEZ, DANIEL DE LA CRUZ, DIEGO NARANJO, DIVINE FAMILY CARE, PLLC, EDER HERNANDEZ, FANNY FIGUEROA, GERALDO RIVERA, MIGDALEDER, LLC, TRINITY HEALTH SERVICES, PLLC, UC HEALTH CONSULTANTS, and VALLEY MED URGENT CARE, PLLC,<br><br>Defendants. | § | CIVIL ACTION NO. 1:22-CV-000467<br>JUDGE MICHAEL TRUNCALE |

**RELATOR JANA GARZA'S**
**MOTION FOR EXTENSION OF TIME**

On July 11, 2023, after the United States declined to intervene in the case, the Court ordered that the complaint be unsealed and served upon the Defendants. Dkt. 8.

On July 28, 2023, this Court granted the Amended Unopposed Motion to Withdraw Representation and Terminate Electronic Notices, and gave Relator Jana Garza until October 27, 2023 to engage new counsel and to notify the Court. Dkt. 11.

On October 20, 2023 Relator requested a 60-day extension in which to engage new counsel. Dkt. 12. On October 25, 2023 the Court granted the request, but instead of setting the deadline to December 24, 2023, the deadline was set to November 30, 2023.

On November 28, 2023, Relator sent via USPS Express 1-Day a Motion for Extension of Time, which according to the tracking number provided, was received by the Court on November 29, 2023.

On November 30, 2023, Relator called the Court to inform staff that a Motion had been mailed to the Court.

On December 6, 2023, Relator was informed by the Court that the Motion could not be located by staff, and to resubmit a new request for extension of time for the end of year via PACER.

Relator hereby requests an extension of time to December 31, 2023 for good cause. Relator and potential new counsel have been in active discussions and are on the verge of making a decision on whether to proceed with the case, but potential new counsel has requested a few additional weeks to finish reviewing the case.

Dated: December 6, 2023

Respectfully submitted,

**RELATOR JANA GARZA**
**6425 REMLAP STREET**
**HOUSTON, TEXAS 77055**