IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* JANA GARZA<br><br>*Plaintiff,*<br><br>V.<br><br>SOUTHWEST KEY PROGRAMS, INC., ALYSSA HERNANDEZ, ANNELISE HERNANDEZ, DANIEL DE LA CRUZ, DIEGO NARANJO, DIVINE FAMILY CRE, PLLC, EDER HERNANDEZ, FANNY FIGUEROA, GERALDO RIVERA, MIGDALEDER, LLC, TRINITY HEALTH SERVICES, PLLC, UC HEALTH CONSULTANTS, AND VALLEY MED URGENT CARE, PLLC<br><br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 1:22-CV-000467<br>JUDGE MICHAEL J. TRUNCALE |

**ORDER GRANTING RELATOR'S MOTION FOR EXTENSION OF TIME**

Before the Court is Relator Jana Garza's Motion for Extension of Time. [Dkt. 16]. Relator is seeking an additional extension in which to engage new counsel in this matter. After considering the Relator's motion and reviewing the pleadings on file and all applicable law, the Court grants the same.

It is therefore **ORDERED** that Relator Jana Garza's Motion for Extension of Time [Dkt. 16] is hereby **GRANTED**. Relator's deadline to notify the Court of her new counsel's name and contact information is now **January 2, 2024**.

The Clerk is **INSTRUCTED** to forward a copy of this Order to Relator via Certified Mail/Return Receipt Requested at her last known address.

**SIGNED this 7th day of December, 2023.**

Michael J. Truncale
United States District Judge