IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* JANA GARZA<br><br>*Plaintiff,*<br><br>V.<br><br>SOUTHWEST KEY PROGRAMS, INC., ALYSSA HERNANDEZ, ANNELISE HERNANDEZ, DANIEL DE LA CRUZ, DIEGO NARANJO, DIVINE FAMILY CRE, PLLC, EDER HERNANDEZ, FANNY FIGUEROA, GERALDO RIVERA, MIGDALEDER, LLC, TRINITY HEALTH SERVICES, PLLC, UC HEALTH CONSULTANTS, AND VALLEY MED URGENT CARE, PLLC<br><br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 1:22-CV-000467<br>JUDGE MICHAEL TRUNCALE |

**ORDER**

The Court previously received the Government's Notice of Election to Decline Intervention in this matter. [Dkt. 7]. Subsequent thereto, the Court entered an Order unsealing the Complaint and instructing Relator to serve the Defendants in this matter. [Dkt. 11]. The Court thereafter granted the Amended Motion to Withdraw as Attorney for Relator [Dkt. 11] and since that time, Relator has been seeking new counsel to represent her in this matter. The Court has now received Relator's Notice of New Counsel [Dkt. 18] on January 2, 2024.

It is therefore **ORDERED** that Relator serve Defendants with the Complaint in this matter on or before February 29, 2024. Relator is also **ORDERED** to follow the Court's previous instructions in its Order dated July 11, 2023. [Dkt. 8].

**SIGNED this 2nd day of January, 2024.**

Michael J. Truncale
United States District Judge