IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* JANA GARZA,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHWEST KEY PROGRAMS, INC.,<br>ALYSSA HERNANDEZ,<br>ANNELISE HERNANDEZ,<br>DANIEL DE LA CRUZ,<br>DIEGO NARANJO,<br>DIVINE FAMILY CARE, PLLC,<br>EDER HERNANDEZ,<br>FANNY FIGUEROA,<br>GERALDO RIVERA,<br>MIGDALEDER, LLC,<br>TRINITY HEALTH SERVICES, PLLC,<br>UC HEALTH CONSULTANTS, and<br>VALLEY MED URGENT CARE, PLLC,<br><br>Defendants. | § | CIVIL ACTION NO. 1:22-CV-000467<br>JUDGE MICHAEL TRUNCALE |

**APPEARANCE OF COUNSEL**

To: The Clerk of Court and all Parties of Record

I am admitted or otherwise authorized to practice in this Court, and I hereby enter my appearance in this case as counsel for Relator Jana Garza.

I further inform the clerk that Relator Garza will also be represented by the following, of whom Jack Kolar of the Government Accountability Project will serve as lead counsel:

**Government Accountability Project**
John A. ("Jack") Kolar (*pro hac vice*) (lead counsel)
D.C. Bar No. 292953
1612 K Street, N.W., Suite 1100
Washington, D.C. 20006
Phone: (202) 457-0034
Direct: (202) 926-3311
JackK@whistleblower.org

**Mehri & Skalet, PLLC**
Richard Condit (*pro hac vice*)
D.C. Bar No. 417786
Cleveland Lawrence III (*pro hac vice*)
D.C. Bar No. 480462
2000 K Street NW, Suite 325
Washington, D.C. 20006
Phone: (202) 822-5100
Fax: (202) 822-4997
RCondit@findjustice.com
CLawrence@findjustice.com

Date: January 3, 2024

Respectfully,

**Milpa Law PLLC**

Carlos Doroteo
Carlos Doroteo
TX Bar No. 24097616
1415 North Loop West #618
Houston, TX 77008
Phone: (832) 298-0801
Carlos@MilpaLaw.com

**COUNSEL FOR RELATOR**
**JANA GARZA**