AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Texas

United States of America ex rel. Jana Garza

*Plaintiff(s)*

v.

Southwest Key Programs, Inc. et al.

*Defendant(s)*

Civil Action No. 1:22-CV-000467

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Southwest Key Programs, Inc.
C/O Registered Agent Eleanor Benmenashe
6002 Jain Lane
Austin, Texas 78721

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: John A. Kolar
Government Accountability Project
1612 K Street, NW, Suite 1100
Washington, D.C. 20006
Phone: 202-457-0034

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: **2/8/2024**

David A. O'Toole

*Signature of Clerk or Deputy Clerk*

# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
US District District of Texas

Case Number: 1:22-CV-00467

Plaintiff: **UNITED STATES OF AMERICA ex rel. JANA GARZA,**
vs.
Defendant: **SOUTHWEST KEY PROGRAMS, INC., ALYSSA HERNANDEZ, DIEGO NARANJO, DIVINE FAMILY CARE, PLLC, EDER FRANCISCO HERNANDEZ, FANNY ROSA FIGUEROA, GERALDO RIVERA, MIGDAL EDER, LLC, TRINITY HEALTH SERVICES, PLLC, DIEGO NARANJO dba UC HEALTH CONSULTANTS, and VALLEY MED URGENT CARE, PLLC,**

For:
Carlos Doroteo - NEW
Milpa Law PLLC
1415 N Loop W #618
Houston, TX 77008

Received by Lucas McGill on the 12th day of February, 2024 at 11:08 am to be served on **SOUTHWEST KEY PROGRAMS INC. C/O REGISTERED AGENT ELEANOR BENMENASHE, 6002 JAIN LANE, AUSTIN, TRAVIS County, TX 78721**.

I, Lucas McGill, being duly sworn, depose and say that on the **12th day of February, 2024** at **12:12 pm, I:**

executed to a **BUSINESS ENTITY** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, RELATOR JANA GARZA'S FIRST AMENDED COMPLAINT** with the date of delivery endorsed thereon by me, to **Belinda Tenorio** as **Authorized Agent** at the address of **6002 JAIN LANE, AUSTIN, TRAVIS County, TX 78721.** and informed said person of the contents therein.

I certify that I am over the age of 18, have no interest in the above action, and am a certified process server, in good standing, in the judicial circuit in which the foregoing occurred. The facts in this affidavit are within my personal knowledge and are true and correct.

Subscribed and sworn to before me on the 13th day of February, 2024 by the affiant who is personally known to me.

NOTARY PUBLIC

NICOLE M. WADE
My Notary ID # 129086987
Expires August 9, 2024
NOTARY PUBLIC STATE OF TEXAS

**Lucas McGill**
PSC-16408, Exp. 2/28/2025

2-13-24
Date

**Kim Tindall & Associates**
**16414 San Pedro**
**Ste. 900**
**San Antonio, TX 78232**
**(210) 446-3321**

Our Job Serial Number: KTA-2024000534

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2m