AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Texas

United States of America ex rel. Jana Garza

*Plaintiff(s)*

v.

Southwest Key Programs, Inc. et al.

*Defendant(s)*

Civil Action No. 1:22-CV-000467

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Eder Francisco Hernandez aka Eder Hernandez
1180 Cieba Cir
Brownsville, Texas 78521

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: John A. Kolar
Government Accountability Project
1612 K Street, NW, Suite 1100
Washington, D.C. 20006
Phone: 202-457-0034

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

David A. O'Toole

*Signature of Clerk or Deputy Clerk*

Date: **2/8/2024**

UNITED STATES DISTRICT COURT ★ EASTERN DISTRICT OF TEXAS

# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
US District District of Texas

Case Number: 1:22-CV-00467

KTA2024000508

Plaintiff: **UNITED STATES OF AMERICA ex rel. JANA GARZA,**
vs.
Defendant: **SOUTHWEST KEY PROGRAMS, INC., ALYSSA HERNANDEZ, DIEGO NARANJO, DIVINE FAMILY CARE, PLLC, EDER FRANCISCO HERNANDEZ, FANNY ROSA FIGUEROA, GERALDO RIVERA, MIGDAL EDER, LLC, TRINITY HEALTH SERVICES, PLLC, DIEGO NARANJO dba UC HEALTH CONSULTANTS, and VALLEY MED URGENT CARE, PLLC,**

For:
Carlos Doroteo - NEW
Milpa Law PLLC
1415 N Loop W #618
Houston, TX 77008

Received by Angelica Vasquez on the 8th day of February, 2024 at 4:48 pm to be served on **EDER FRANCISCO HERNANDEZ AKA EDER HERNANDEZ, 2534 BOCA CHICA BLVD, SUITE 7, BROWNSVILLE, TX 78521**.

I, Angelica Vasquez, being duly sworn, depose and say that on the **13th day of February, 2024** at **10:44 am, I:**

**INDIVIDUALLY and PERSONALLY Executed**, by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, RELATOR JANA GARZA'S FIRST AMENDED COMPLAINT** with the date of service endorsed thereon by me, to **EDER FRANCISCO HERNANDEZ AKA EDER HERNANDEZ** in person at the Work address of **2534 BOCA CHICA BLVD, SUITE 7, BROWNSVILLE, CAMERON County, TX 78521**,.

**Description** of Person Served: Age: 35, Sex: M, Race/Skin Color: Hispanic, Height: 5'6", Weight: 150, Hair: Dark Brown, Glasses: Y

I am over eighteen, not a party to nor interested in the outcome of the above numbered suit and that I am authorized to serve civil process. I have personal knowledge of the facts set forth in the foregoing affidavit and declare that the statements therein contained are true and correct. I am familiar with the Rules of Civil Procedure. I have never been convicted of a Felony or Misdemeanor involving Moral Turpitude.

NOTARY PUBLIC IN AND FOR
THE STATE OF Texas

Subscribed and Sworn to before me on the 16 day of Feb, 2024 by the affiant who is personally known to me.

Barbara A. Trask
NOTARY PUBLIC

BARBARA A. TRASK
Notary Public, State of Texas
Comm. Expires 02-24-2027
Notary ID 130129396

**Angelica Vasquez**
PSC-16716 Exp: 4/30/2025

**Kim Tindall & Associates Inc.**
**16414 San Pedro Suite 900**
**San Antonio, TX 78232**
**(210) 697-3400**

Our Job Serial Number: KTA-2024000508