**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* JANA GARZA | ) | |
| *Plaintiff,* | ) | |
| v. | ) | Civil Action No. 1:22-CV-00467-MJT |
| SOUTHWEST KEY PROGRAMS, INC., *et. al.,* | ) | |
| *Defendants.* | ) | |

**CONSENT MOTION TO EXTEND RESPONSIVE PLEADING DEADLINE**

Pursuant to Local Rule CV-12, Southwest Key Programs Inc., by and through counsel, hereby files this consent motion to extend its responsive pleading deadline to and including May 13, 2024. Because the requested extension exceeds forty-five days, it is being made by motion. Counsel for Plaintiff-Relator Jana Garza consents to the motion, and both parties stipulate and agree to extend the time to file a responsive pleading to and including May 13, 2024.

Dated: February 26, 2024

Respectfully submitted,

By: /s/ *Rosie Dawn Griffin*

FELDESMAN LEIFER LLP
Rosie Dawn Griffin
1129 20th Street, NW
Suite 400
Washington, DC 20036
(202) 466-8960

*Counsel for Defendant Southwest Key Programs Inc.*

By: /s/ *Carlos Doroteo*

GOVERNMENT ACCOUNTABILTY PROJECT
John A. Kolar
Director of Litigation
1612 K Street, NW
Suite 1100
Washington, DC 20006
(202) 457-0034

MILPA LAW PLLC
Carlos Doroteo
TX Bar No. 24097616
1415 N Loop W #618

Houston, TX 77008
(832) 298-0801

MEHRI & SKALET, PLLC
Cleveland Lawrence, III
Richard Condit
2000 K Street, NW
Ste 325
Washington, DC 20006
(202) 822-5100

*Counsel for Plaintiff-Relator Jana Garza*

**Certificate of Service**

I hereby certify that on February 26, 2024, I electronically filed the foregoing document with the Clerk of the District Court using its CM/ECF system, which would then electronically notify all parties of record who are CM/ECF participants on this case.

By: /s/ *Rosie Dawn Griffin*
Rosie Dawn Griffin

*Counsel for Defendant*
*Southwest Key Programs, Inc.*

**Certificate of Conference**

I hereby certify that I have complied with the meet and confer requirement in Local Rule CV-7(h) and that the foregoing motion is unopposed.

By: /s/ *Rosie Dawn Griffin*
Rosie Dawn Griffin

*Counsel for Defendant*
*Southwest Key Programs, Inc.*