**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* JANA GARZA | ) | |
| *Plaintiff,* | ) | |
| v. | ) | Civil Action No. 1:22-CV-00467-MJT |
| SOUTHWEST KEY PROGRAMS, INC., *et. al.,* | ) | [PROPOSED] ORDER |
| *Defendants.* | ) | |

**[PROPOSED] ORDER GRANTING CONSENT MOTION TO EXTEND RESPONSIVE PLEADING DEADLINE**

Having reviewed the parties' Consent Motion to extend Defendant Southwest Key Programs Inc.'s responsive pleading deadline:

The Court GRANTS the motion.

Southwest Key Programs Inc.'s deadline to answer or otherwise respond to Plaintiff's First Amended Complaint is extended to and including May 13, 2024.