AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Texas

United States of America ex rel. Jana Garza

*Plaintiff(s)*

v.

Southwest Key Programs, Inc. et al.

*Defendant(s)*

Civil Action No. 1:22-CV-000467

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Valley Med Urgent Care PLLC
C/O Registered Agent Bawla & Bawla LLC
4 Sweetwater Ct.
Sugar Land, Texas 77479

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

John A. Kolar
Government Accountability Project
1612 K Street, NW, Suite 1100
Washington, D.C. 20006
Phone: 202-457-0034

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: **2/8/2024**

David A. O'Toole

*Signature of Clerk or Deputy Clerk*

# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
US District District of Texas

Case Number: 1:22-CV-00467

Plaintiff: **UNITED STATES OF AMERICA ex rel. JANA GARZA,**
vs.
Defendant: **SOUTHWEST KEY PROGRAMS, INC., ALYSSA HERNANDEZ, DIEGO NARANJO, DIVINE FAMILY CARE, PLLC, EDER FRANCISCO HERNANDEZ, FANNY ROSA FIGUEROA, GERALDO RIVERA, MIGDAL EDER, LLC, TRINITY HEALTH SERVICES, PLLC, DIEGO NARANJO dba UC HEALTH CONSULTANTS, and VALLEY MED URGENT CARE, PLLC,**

For:
Carlos Doroteo - NEW
Milpa Law PLLC
1415 N Loop W #618
Houston, TX 77008

Received by Richard J. Guerra on the 12th day of February, 2024 at 3:29 pm to be served on **VALLEY MED URGENT CARE PLLC C/O REGISTERED AGENT BAWLA & BAWLA OOC, 4 SWEETWATER CT, SUGRALAND, FORT BEND County, TX 77479**.

I, Richard J. Guerra, being duly sworn, depose and say that on the **12th day of February, 2024** at **7:08 pm, I:**

served an **AUTHORIZED** individual by hand delivering a true copy of the **SUMMONS IN A CIVIL ACTION, RELATOR JANA GARZA'S FIRST AMENDED COMPLAINT** to:**DANISH BAWLA FOR BAWLA & BAWLA OOC** as **REGISTERED AGENT** at the address of: **4 SWEETWATER CT, SUGRALAND, FORT BEND County, TX 77479**, who are authorized to accept service for **VALLEY MED URGENT CARE PLLC**.

I certify that I am approved by the Judicial Branch Certification Commission (JBCC) to deliver citations and other notices from any District, County or Justice Courts in and for the State of Texas. I am competent to make this oath; I am not less than eighteen years of age, I am not a party to the above-referenced cause, I have not been convicted of a felony or a crime involving moral turpitude, and I am not interested in the outcome of the above-referenced cause.

Subscribed and Sworn to before me on the 26th day of February, 2024 by the affiant who is personally known to me.

NOTARY PUBLIC

JOLENE N MACROSTIE
NOTARY PUBLIC
STATE OF TEXAS
MY COMM. EXP. 04/14/27
NOTARY ID 12858601-0

**Richard J. Guerra**
PSC--3248 Exp 7-31-2024

**Interaction Civil Process Investigations**
**5773 Woodway Dr. #125**
**Houston, TX 77057**
**(832) 606-8958**

Our Job Serial Number: RJG-2024000144

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2r