AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of Texas

United States of America ex rel. Jana Garza
*Plaintiff*
v.
Southwest Key Programs, Inc., et al.
*Defendant*

Case No. 1:22-CV-00467-MJT

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Diego Naranjo, Divine Family Care PLLC, Trinity Health Services PLLC, and Diego Naranjo d/b/a UC Health Consultants .

Date: 02/28/2024

/s/ Michael J. Murtha
*Attorney's signature*

Michael J. Murtha I TBN 24116801
*Printed name and bar number*

Jackson Walker LLP
2323 Ross Avenue, Suite 600
Dallas, Texas 75201
*Address*

mmurtha@jw.com
*E-mail address*

(214) 953-6187
*Telephone number*

(214) 953-5822
*FAX number*