AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of Texas

| | | |
|---|---|---|
| United States of America ex rel. Jana Garza<br>*Plaintiff*<br>v.<br>Southwest Key Programs, Inc., et al.<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No. 1:22-CV-00467-MJT |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Diego Naranjo, Divine Family Care PLLC, Trinity Health Services PLLC, and Diego Naranjo d/b/a UC Health Consultants .

Date: 02/28/2024

/s/ Laura M. Kidd Cordova
*Attorney's signature*

Laura M. Kidd Cordova | TBN 24128031
*Printed name and bar number*

Jackson Walker LLP
1401 McKinney, Suite 1900
Houston, Texas 77010
*Address*

lcordova@jw.com
*E-mail address*

(713) 752-4449
*Telephone number*

(202) 340-8472
*FAX number*