**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| Ex rel. JANA GARZA | § | |
| *Plaintiff,* | § | |
| | § | |
| V. | § | Case No. 1:22-CV-00467-MJT |
| | § | |
| SOUTHWEST KEY PROGRAMS, INC., | § | |
| et. al., | § | |
| *Defendants.* | § | |

**JOINT MOTION TO EXTEND RESPONSIVE PLEADING DEADLINE**

Pursuant to Local Rule CV-12, Diego Naranjo, Divine Family Care, PLLC, Trinity Health Services, PLLC, and Diego Naranjo d/b/a UC Health Consultants (collectively, "Naranjo Defendants"), hereby file this joint motion to extend their responsive pleading deadline up to and including May 13, 2024. Because the requested extension exceeds 45 days, it is being made by motion. Counsel for Plaintiff-Relator Jana Garza consents to the motion, and all parties stipulate and agree to extend the time to file a responsive pleading up to and including May 13, 2024.

Respectfully submitted,

**JACKSON WALKER LLP**

*/s/ Laura M. Kidd Cordova*

Laura M. Kidd Cordova
State Bar No. 24128031
lcordova@jw.com
Michael J. Murtha
State Bar No. 24116801
mmurtha@jw.com

1401 McKinney St, Suite 1900
Houston, Texas 77010
(713) 752-4449
(713) 752-4221 (Facsimile)

**ATTORNEYS FOR NARANJO DEFENDANTS**

*By: /s/ John A. Kolar*

GOVERNMENT ACCOUNTABILITY PROJECT
John A. Kolar
Director of Litigation
1612 K Street, NW
Suite 1100
Washington, DC 200006
(202) 457-0034

MILPA LAW PLLC
Carlos Doroteo
TX Bar No. 24097616
1415 N Loop W #618
Houston, TX 770008

MEHRI &. SKALET, PLLC
Cleveland Lawrence, III
Richard Condit
2000 K Street, NW
Ste 325
Washington, DCf20006
(202) 822-5100

**ATTORNEYS FOR PLAINTIFF-RELATOR JANA GARZA**

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2024, a true and correct copy of the foregoing was served electronically on all persons via the Court's CM/ECF system.

*/s/ Laura M. Kidd Cordova*
Laura M. Kidd Cordova

## CERTIFICATE OF CONFERENCE

I hereby certify that, pursuant to Local Rule CV-7(h), I conferred with counsel for Plaintiff-Relator Jana Garza, and the foregoing motion is unopposed.

*/s/ Laura M. Kidd Cordova*
Laura M. Kidd Cordova