**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| Ex rel. JANA GARZA | § | |
| *Plaintiff,* | § | |
| | § | |
| V. | § | Case No. 1:22-CV-00467-MJT |
| | § | |
| SOUTHWEST KEY PROGRAMS, INC., | § | |
| et. al., | § | |
| *Defendants*. | § | |

**[PROPOSED] ORDER**

Having considered the Naranjo Defendants' Joint Motion to Extend Responsive Pleading Deadline, the Court ORDERS the following:

GRANTED: that the Naranjo Defendants' responsive deadline is hereby extended up to and including May 13, 2024.

Signed at Beaumont, Texas this ___ day of ________________, 2024.

______________________________________
THE HONORABLE MICHAEL J. TRUNCALE
UNITED STATES DISTRICT JUDGE