**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| **Ex rel. JANA GARZA** | § | |
| **Plaintiff,** | § | |
| | § | |
| **V.** | § | **Civil Action No. 1:22-CV-00467-MJT** |
| | § | |
| **SOUTHWEST KEY PROGRAMS, INC.,** | § | |
| **et. al.,** | § | |
| **Defendants.** | § | |

## CONSENT MOTION TO EXTEND RESPONSIVE PLEADING DEADLINE

Pursuant to Local Rule CV-12, Eder Francisco Hernandez, Alyssa Hernandez, Migdal Eder, LLC, and Valley Med Urgent Care, PLLC (collectively "Hernandez Defendants"), by and through counsel, hereby file this consent motion to extend their responsive pleading deadline to and including May 13, 2024. Because the request extension exceeds forty-five days, it is being made by motion. Counsel for Plaintiff-Relator Jana Garza consents to the motion, and all parties stipulate and agree to extend the time to file a responsive pleading to and including May 13, 2024. Dated: February 28, 2024.

Respectfully submitted,

**MARTINEZ & TIJERINA P.L.L.C**
1201 E. Van Buren
Brownsville, Texas 78520
Ph. (956) 550-4868
Fax (956) 621-0135

*By: /s/ Benigno (Trey) Martinez*
Benigno (Trey) Martinez

State Bar No. 00797011
Federal ID No. 23945
trey@mbmtlawfirm.com
**ATTORNEY FOR HERNANDEZ DEFENDANTS**

*By: /s/ John A. Kolar*
GOVERNMENT ACCOUNTABILITY PROJECT
John A. Kolar
Director of Litigation
1612 K Street, NW
Suite 1100
Washington, DC 200006
(202) 457-0034

MILPA LAW PLLC
Carlos Doroteo
TX Bar No. 24097616
1415 N Loop W #618
Houston, TX 770008

MEHRI &. SKALET, PLLC
Cleveland Lawrence, III
Richard Condit
2000 K Street, NW
Ste 325
Washington, DCf20006
(202) 822-5100
**ATTORNEYS FOR PLAINTIFF-RELATOR JANA GARZA**

## CERTIFICATE OF CONFERENCE

I hereby certify that I have complied with the meet and confer requirement in Local Rule CV-7(h) and that the foregoing motion is unopposed.

By: /s/ *Benigno (Trey) Martinez*
Benigno (Trey) Martinez
*Counsel for Hernandez Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2024, I electronically filed the foregoing document with the Clerk of the District Court using its CM/ECF system, which would then electronically notify all parties of record who are CM/ECF participants on this case.

By: /s/ *Benigno (Trey) Martinez*
Benigno (Trey) Martinez
*Counsel for Hernandez Defendants*