**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| **Ex rel. JANA GARZA** | § | |
| **Plaintiff,** | § | |
| | § | |
| **V.** | § | **Civil Action No. 1:22-CV-00467-MJT** |
| | § | |
| **SOUTHWEST KEY PROGRAMS, INC.,** | § | **[PROPOSED] ORDER** |
| **et. al.,** | § | |
| **Defendants.** | § | |

## [PROPOSED] ORDER GRANTING CONSENT MOTION TO EXTEND RESPONSIVE PLEADING DEADLINE

Having reviewed the parties' consent Motion to extend Defendants Eder Francisco Hernandez, Alyssa Hernandez, Migdal Eder, LLC, and Valley Med Urgent Care, PLLC's responsive pleading deadline:

The Court GRANTS the motion.

Eder Francisco Hernandez, Alyssa Hernandez, Migdal Eder, LLC, and Valley Med Urgent Care, PLLC's deadline to answer or otherwise respond to Plaintiff's First Amended Complaint is extended to and including May 13, 2024.

____________________________________
UNITED STATES DISTRICT JUDGE