IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* JANA GARZA | § | |
| *Plaintiff,* | § | |
| V. | § | |
| SOUTHWEST KEY PROGRAMS, INC., ALYSSA HERNANDEZ, DIEGO NARANJO, DIVINE FAMILY CARE, PLLC, EDER FRANCISCO HERNANDEZ, FANNY RIOSA FIGUEROA, GERALDO RIVERA, MIGDAL EDER, LLC, TRINITY HEALTH SERVICES, PLLC, DIEGO NARANJO D/B/A UC HEALTH CONSULTANTS, AND VALLEY MED URGENT CARE, PLLC | § | CIVIL ACTION NO. 1:22-CV-000467<br>JUDGE MICHAEL TRUNCALE |
| *Defendants.* | § | |

**ORDER GRANTING IN PART CONSENT MOTION TO EXTEND RESPONSIVE PLEADING DEADLINE**

Before the Court is Defendant Southwest Key Programs, Inc.'s Consent Motion to Extend Responsive Pleading Deadline. [Dkt. 35]. Defendant is requesting a 45-day extension to file its responsive pleading in this matter. After considering the Defendant's consent motion and reviewing the pleadings on file and all applicable law, the Court **GRANTS IN PART** the same.

It is therefore **ORDERED** that Defendant Southwest Key Programs, Inc.'s Consent Motion to Extend Responsive Pleading Deadline [Dkt. 35] is hereby **GRANTED IN PART**. Defendant's deadline to file its responsive pleading is now **April 8, 2024**.

**SIGNED this 28th day of February, 2024.**

Michael J. Truncale
United States District Judge