AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of Texas

United States of America ex. rel. Jana Garza
*Plaintiff*
v.
Southwest Key Programs, Inc. et. al.
*Defendant*

Case No. 1:22-CV-000467

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Eder Francisco Hernandez, Alyssa Hernandez, Migdal Eder, LLC, and Valley Med Urgent Care, PLLC .

Date: 02/29/2024

/s/ Tomas F. Tijerina
*Attorney's signature*

Tomas F. Tijerina - 24070746
*Printed name and bar number*

Martinez & Tijerina, PLLC
1201 E. Van Buren
Brownsville, Texas 78520
*Address*

ttijerina@mbmtlawfirm.com
*E-mail address*

(956) 550-4868
*Telephone number*

(956) 621-0135
*FAX number*