IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* JANA GARZA<br><br>*Plaintiff,*<br><br>V.<br><br>SOUTHWEST KEY PROGRAMS, INC., ALYSSA HERNANDEZ, DIEGO NARANJO, DIVINE FAMILY CARE, PLLC, EDER FRANCISCO HERNANDEZ, FANNY RIOSA FIGUEROA, GERALDO RIVERA, MIGDAL EDER, LLC, TRINITY HEALTH SERVICES, PLLC, DIEGO NARANJO D/B/A UC HEALTH CONSULTANTS, AND VALLEY MED URGENT CARE, PLLC<br><br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 1:22-CV-000467<br>JUDGE MICHAEL TRUNCALE |

**ORDER GRANTING IN PART CONSENT MOTION TO EXTEND RESPONSIVE PLEADING DEADLINE**

Before the Court is Defendants Eder Francisco Hernandez, Alyssa Hernandez, Migdal Eder, LLC, and Valley Med Urgent Care, PLLC (collectively "Hernandez Defendants")'s Consent Motion to Extend Responsive Pleading Deadline. [Dkt. 42]. Hernandez Defendants are requesting an extension until May 13, 2024 to file its responsive pleading in this matter. After considering the Hernandez Defendant's consent motion and reviewing the pleadings on file and all applicable law, the Court **GRANTS IN PART** the same.

It is therefore **ORDERED** that Defendants Eder Francisco Hernandez, Alyssa Hernandez, Migdal Eder, LLC, and Valley Med Urgent Care, PLLC's Consent Motion to

Extend Responsive Pleading Deadline [Dkt. 42] is hereby **GRANTED IN PART**. Hernandez Defendant's deadline to file its responsive pleading is now **April 8, 2024**.

**SIGNED this 29th day of February, 2024.**

Michael J. Truncale
United States District Judge