IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* JANA GARZA | § | |
| *Plaintiff,* | § | |
| V. | § | |
| SOUTHWEST KEY PROGRAMS, INC., ALYSSA HERNANDEZ, DIEGO NARANJO, DIVINE FAMILY CARE, PLLC, EDER FRANCISCO HERNANDEZ, FANNY RIOSA FIGUEROA, GERALDO RIVERA, MIGDAL EDER, LLC, TRINITY HEALTH SERVICES, PLLC, DIEGO NARANJO D/B/A UC HEALTH CONSULTANTS, AND VALLEY MED URGENT CARE, PLLC | § | CIVIL ACTION NO. 1:22-CV-000467<br>JUDGE MICHAEL TRUNCALE |
| *Defendants.* | § | |

**ORDER GRANTING IN PART JOINT MOTION TO EXTEND RESPONSIVE PLEADING DEADLINE**

Before the Court is Defendants Diego Naranjo, Divine Family Care, PLLC, Trinity Health Services, PLLC, and Diego Naranjo d/b/a UC Health Consultants (collectively "Naranjo Defendants")'s Joint Motion to Extend Responsive Pleading Deadline. [Dkt. 41]. Naranjo Defendants are requesting an extension until May 13, 2024 to file its responsive pleading in this matter. After considering the Naranjo Defendant's joint motion and reviewing the pleadings on file and all applicable law, the Court **GRANTS IN PART** the same.

It is therefore **ORDERED** that Defendants Diego Naranjo, Divine Family Care, PLLC, Trinity Health Services, PLLC, and Diego Naranjo d/b/a UC Health Consultants' Joint Motion to Extend Responsive Pleading Deadline [Dkt. 41] is hereby **GRANTED IN PART**. Naranjo Defendant's deadline to file its responsive pleading is now **April 30, 2024**.

**SIGNED this 1st day of March, 2024.**

Michael J. Truncale
United States District Judge