**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* JANA GARZA<br><br>*Plaintiff,*<br><br>v.<br><br>SOUTHWEST KEY PROGRAMS, INC.,<br>*et. al.,*<br><br>*Defendants.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 1:22-CV-00467<br><br>**JOINT MOTION TO SET BRIEFING SCHEDULE** |

**DEFENDANTS' JOINT MOTION TO SET BRIEFING SCHEDULE REGARDING FED. R. CIV. P. 12(b)(3) MOTIONS TO DISMISS OR TO TRANSFER VENUE AND TO SET DEADLINES FOR SUBSEQUENT FED. R. CIV. P. 12(b)(6) MOTIONS TO DISMISS**

Defendant Southwest Key Programs, Inc. ("SWK"), together with all currently served Defendants (collectively "Defendants"),[1] respectfully move the Court to establish a briefing schedule related to their forthcoming motions to: (1) dismiss Relator's First Amended Complaint for improper venue pursuant to Federal Rule of Civil Procedure 12(b)(3) or, in the alternative to transfer venue pursuant to 28 U.S.C. § 1406(a); and (2) dismiss Relator's complaint for failure to state a claim pursuant to Federal Rules of Civil Procedure 12(b)(6) and (9)(b).

Undersigned counsel met and conferred with counsel for *Qui Tam* Relator Jana Garza on the forthcoming motions in a March 20, 2024 videoconference and in a series of email communications between March 18 and March 29, 2024. Relator agrees with Defendants that the Eastern District of Texas is an improper venue for Relator's action. *See* Ex. A, Email Correspondence at 3, 5, 6. Relator further agrees that motions to dismiss pursuant to Federal Rule

[1] Returns of service for Defendants Geraldo Rivera and Fanny Figueroa have not been filed in this matter, indicating these Defendants have not yet been served.

of Civil Procedure 12(b)(6) should be briefed, argued, and considered only in the proper venue. *Id.* at 6. Despite conceding that venue is improper in the Eastern District of Texas—and agreeing that motions to dismiss should only be briefed in the proper venue—Counsel for Relator nonetheless indicated opposition to this motion to adjust briefing schedules absent Defendants' consent to transfer to the Austin Division of the Western District of Texas. *Id.* at 2. Further, although Defendants have repeatedly requested that Relator consider the Houston Division of the Southern District of Texas as a proper transferee venue (*id.* at 1, 3, 7), Counsel for Relator has declined to provide any substantive response, merely stating that Relator only consents to the Austin Division of the Western District of Texas. *Id.* at 2, 6.

Because Relator and Defendants are at an impasse, Defendants jointly propose the following briefing schedule:

1. On or before April 8, 2024, the earliest responsive pleading deadline for any Defendant, Defendants shall file their motions to dismiss for improper venue pursuant to Federal Rule of Civil Procedure, or, in the alternative, to transfer to the Houston Division of the Southern District of Texas pursuant to 28 U.S.C. § 1406(a).
2. Relator shall file her response in opposition to Defendants' Rule 12(b)(3) motion to dismiss on or before April 22, 2024.
3. Defendants shall file their replies on or before April 29, 2024.
4. All discovery shall be stayed pending the Court's resolution of Defendants' venue motion.
5. The deadline for Defendants to file their Rule 12(b)(6) motions to dismiss Relator's First Amended Complaint shall be either 30 days after the Court enters an order denying Defendants' venue motion or 30 days after the motion to transfer is granted and the case is assigned to a judge and a civil action is opened in the transferee court.

There is good cause to grant this motion. Relator and Defendants agree that venue is improper in the Eastern District of Texas. Ex. A at 7. Venue is a threshold matter: Defendants should not be required to answer Relator's First Amended Complaint or brief and argue Rule 12(b)(6) motions to dismiss in a venue that all agree is improper. Settling venue as a threshold matter will serve the interests of justice and save the parties and the Court considerable time and expense. Finally, extending the deadline for Defendants' Rule 12(b)(6) motions will cause little to no disruption at this early stage in the litigation. No responsive pleadings have been filed yet, discovery has not started, and two named defendants have yet to be served.

Defendants, therefore, respectfully move the Court to establish the briefing schedule set forth above.

Dated: April 1, 2024 Respectfully submitted,

/s/ *Rosie Dawn Griffin*
**FELDESMAN LEIFER LLP**
Rosie Dawn Griffin
Scott S. Sheffler
1129 20th Street, NW
Suite 400
Washington, DC 20036
(202) 466-8960

*Counsel for Defendant Southwest Key Programs Inc.*

**MARTINEZ & TIJERINA P.L.L.C**
1201 E. Van Buren
Brownsville, Texas 78520
Ph. (956) 550-4868
Fax (956) 621-0135

By: */s/ Tomas F. Tijerina*
Tomas F. Tijerina
State Bar No. 24070746
Federal ID No. 1062166
E-mail: ttijerina@mbmtlawfirm.com
Benigno (Trey) Martinez

State Bar No. 00797011
Federal ID No. 23945
trey@mbmtlawfirm.com

*Counsel for the Hernandez Defendants*

**JACKSON WALKER LLP**

*/s/ Laura M. Kidd Cordova*
Laura M. Kidd Cordova
State Bar No. 24128031
lcordova@jw.com
Michael J. Murtha
State Bar No. 24116801
mmurtha@jw.com

1401 McKinney St, Suite 1900
Houston, Texas 77010
(713) 752-4449
(713) 752-4221 (Facsimile)

*Counsel for Defendants Diego Naranjo, Divine Family Care, PLLC, Trinity Health Services, PLLC, and Diego Naranjo dba UC Health Consultants*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of April, 2024 a true and correct copy of the foregoing was served electronically on all persons via the Court's CM/ECF system.

Respectfully submitted,

/s/ *Rosie Dawn Griffin*
Rosie Dawn Griffin

**CERTIFICATE OF CONFERENCE**

I hereby certify that I have complied with the meet and confer requirement in Local Rule CV-7(h).

/s/ *Rosie Dawn Griffin*
Rosie Dawn Griffin