**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* JANA GARZA<br><br>*Plaintiff,*<br><br>v.<br><br>SOUTHWEST KEY PROGRAMS, INC.,<br>*et. al.,*<br><br>*Defendants.* | ) | Civil Action No. 1:22-CV-00467<br><br>**[PROPOSED] ORDER** |

**[PROPOSED] ORDER GRANTING DEFENDANTS' JOINT MOTION TO SET BRIEFING SCHEDULE REGARDING FED. R. CIV. P. 12(b)(3) MOTIONS TO DISMISS OR TO TRANSFER VENUE AND TO SET DEADLINES FOR SUBSEQUENT FED. R. CIV. P. 12(b)(6) MOTIONS TO DISMISS**

Having considered Defendants' Joint Motion, the Court concludes there is good cause to **GRANT** the motion:

All currently served Defendants and Relator agree that the Eastern District of Texas is not a proper venue for the above-captioned action, and that motions to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) should be briefed, argued, and considered in the proper venue.

Defendants Southwest Key Programs, Inc., Alyssa Hernandez, Eder Francisco Hernandez, Migdal Eder, LLC, Trinity Health Services, PLLC, and Valley Med Urgent Care, PLLC are required to respond on or before April 8, 2024 to the First Amended Complaint of *Qui Tam* Relator Jana Garza in the above-captioned action, pursuant to the Court's Orders of February 28, 2024 (ECF No. 43) and February 29, 2024 (ECF No. 45). Defendants Diego Naranjo, Divine Family Care, PLLC, and Diego Naranjo d/b/a UC Health Consultants are required to respond on or before April 30, 2024 to the First Amended Complaint of *Qui Tam*

Relator Jana Garza in the above-captioned action, pursuant to the Court's Order of March 1, 2024 (ECF No. 46). Defendants Geraldo Rivera and Fanny Figueroa have yet to be served.

**IT IS SO ORDERED**:

1. On or before April 8, 2024, the earliest responsive pleading deadline for any Defendant, Defendants shall file their motions to dismiss for improper venue pursuant to Rule 12(b)(3), or, in the alternative, to transfer to the Houston Division of the Southern District of Texas pursuant to 28 U.S.C. § 1406(a).
2. Relator shall file her response in opposition, if any, to Defendants' Rule 12(b)(3) motion to dismiss on or before April 22, 2024.
3. Defendants shall file their replies on or before April 29, 2024.
4. All discovery shall be stayed pending the Court's resolution of Defendants' venue motion.
5. The deadline for Defendants to file their Rule 12(b)(6) motions to dismiss Relator's First Amended Complaint shall be either 30 days after the Court enters an order denying Defendants' venue motion or 30 days after the motion to transfer is granted and the case is assigned to a judge and a civil action is opened in the transferee court.