IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* JANA GARZA | § | |
| *Plaintiff,* | § | |
| V. | § | |
| SOUTHWEST KEY PROGRAMS, INC., ALYSSA HERNANDEZ, DIEGO NARANJO, DIVINE FAMILY CARE, PLLC, EDER FRANCISCO HERNANDEZ, FANNY RIOSA FIGUEROA, GERALDO RIVERA, MIGDAL EDER, LLC, TRINITY HEALTH SERVICES, PLLC, DIEGO NARANJO D/B/A UC HEALTH CONSULTANTS, AND VALLEY MED URGENT CARE, PLLC | § | CIVIL ACTION NO. 1:22-CV-000467<br>JUDGE MICHAEL TRUNCALE |
| *Defendants.* | § | |

**ORDER GRANTING IN PART DEFENDANTS' JOINT MOTION TO SET BRIEFING SCHEDULE REGARDING 12(B)(3) MOTIONS TO DISMISS OR TO TRANSFER VENUE AND TO SET DEADLINES FOR SUBSEQUENT 12(B)(6) MOTIONS TO DISMISS**

Before the Court is Defendants' Joint Motion to set Briefing Schedule Regarding 12(b)(3) Motions to Dismiss or to Transfer Venue and to Set Deadlines for Subsequent 12(b)(6) Motions to Dismiss. [Dkt. 47]. Defendants are requesting the Court enter a Briefing Schedule with respect to Motions to Dismiss. After considering the Defendants' joint motion and reviewing the pleadings on file and all applicable law, the Court grants the same in part.

It is therefore **ORDERED** that Defendants' Joint Motion to set Briefing Schedule Regarding 12(b)(3) Motions to Dismiss or to Transfer Venue and to Set Deadlines for Subsequent 12(b)(6) Motions to Dismiss [Dkt. 47] is hereby **GRANTED IN PART** and the following deadlines shall apply:

| | |
|---|---|
| **April 10, 2024** | Deadline to file Motions to Dismiss for improper venue; |
| **April 24, 2024** | Deadline to file response to pending Motion to Dismiss; |
| **May 1, 2024** | Deadline to file Reply, if applicable; and |
| **May 8, 2024** | Deadline to file a Sur-Reply, if applicable. |

**SIGNED this 3rd day of April, 2024.**

Michael J. Truncale
United States District Judge