**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* JANA GARZA<br><br>*Plaintiff,*<br><br>v.<br><br>SOUTHWEST KEY PROGRAMS, INC., *et. al.,*<br><br>*Defendants.* | ) | Civil Action No. 1:22-CV-00467-MJT |

**DECLARATION OF ELEANOR BENMENASHE**

I, Eleanor Benmenashe, declare as follows:

1. I am over the age of eighteen (18) and have personal knowledge of the facts set forth herein and, if called as a witness, I could and would competently testify to the matters stated.

2. I am Vice President of Legal for Defendant Southwest Key Programs, Inc. ("SWK"), and a member of SWK's executive management team. I have served various roles in SWK's legal department since around July 2020. From around February 2022 to around January 2023, I served as SWK's Interim Chief Legal Officer.

3. In my current role as VP of Legal, I support the Chief Legal and Compliance Officer in leading SWK's in-house legal department and overseeing legal affairs. My responsibilities also include advising on corporate compliance, policies and procedures, and matters of potential legal exposure. My role requires that I have access to SWK's procurement procedures, personnel records, and any other data sources necessary to advise SWK.

4. SWK is a nonprofit, 501(c)(3) tax exempt corporation. Its headquarters is located at 6002 Jain Lane, Austin, Texas. SWK has Regional Headquarters offices in Texas located in Houston and Brownsville.

5. In addition to its Austin and Regional Headquarters offices, SWK has offices in Arizona, California, Florida, Georgia, New York, and the District of Columbia. SWK does not have offices in the Eastern District of Texas.

6. Among other activities, SWK currently operates shelter facilities to provide care to children in the Unaccompanied Children ("UC") Program administered by the Office of Refugee Resettlement within the United States Department of Health and Human Services, Administration for Children and Families.

7. I am aware of the *qui tam* suit filed against SWK in the Eastern District of Texas, captioned *United States ex rel. Garza v. Southwest Key Programs, et al.*, and docketed as Civil Action No. 1:22-CV-00467-MJT, and have reviewed Relator Garza's First Amended Complaint ("First Amended Complaint").

8. The First Amended Complaint alleges violations of the Federal Civil False Claims Act based on purported conflicts of interest and noncompliance with the Anti-Kickback Statute relating to SWK's award of medical provider contracts for UC shelter health care services.

9. The First Amended Complaint lists twenty (20) shelters that are/were operated by SWK in Texas, none of which are/were located within the jurisdiction of the Eastern District of Texas.

10. Fifteen (15) of the listed shelters are, or were, located within the jurisdiction of the Southern District of Texas.

a. Casa Quetzal, Casa Houston Reliant, and Casa Sunzal are located in Houston, Harris County, Texas. Harris County is within the Southern District of Texas.

b. Casa Mesa, which is no longer in operation, was located in Houston, Harris County, Texas. Harris County is within the Southern District of Texas.

c. Casa Montezuma is located in Channelview, Harris County, Texas. Harris County is within the Southern District of Texas.

d. Casa Conroe, which is no longer in operation, was located in Conroe, Montgomery County, Texas. Montgomery County is within the Southern District of Texas.

e. Casa El Presidente, Casa La Esperanza, Casa Nueva Esperanza, and Casa Padre are located in Brownsville, Cameron County, Texas. Cameron County is within the Southern District of Texas.

f. Casa Norma Linda is located in Los Fresnos, Cameron County, Texas. Cameron County is within the Southern District of Texas.

g. Casa Oasis is located in McAllen, Hidalgo County, Texas. Hidalgo County is within the Southern District of Texas.

h. Casa Rio Grande and Casa Antigua are located in San Benito, Cameron County, Texas. Cameron County is within the Southern District of Texas.

i. Casa Sueño is located in Weslaco, Hidalgo County, Texas. Hidalgo County is within the Southern District of Texas.

11. Five (5) of the listed shelters are located within the jurisdiction of the Western District of Texas.

a. Casa Canutillo is located in Canutillo, El Paso County, Texas. El Paso County is within the Western District of Texas.

b. Casita del Valle is located in Clint, El Paso County, Texas. El Paso County is within the Western District of Texas.

c. Casa Franklin and Casa Trail House are located in El Paso, El Paso County, Texas. El Paso County is within the Western District of Texas.

d. Casa Blanca is located in San Antonio, Bexar County, Texas. Bexar County is within the Western District of Texas.

12. Though not listed in the First Amended Complaint, SWK also operates one additional shelter in Texas, Casa Houston located in Houston, Texas.

13. Based on the allegations in the First Amended Complaint, and my own personal knowledge of SWK's operations, I have identified the likely locations of potential SWK witnesses who may be called to testify in this matter as to relevant personal knowledge they hold. I believe the personnel likely to have information about the allegations in the First Amended Complaint are primarily within SWK's Operations, Procurement, and Finance Departments. Personnel in these departments are located at SWK's Austin headquarters and Regional Headquarters (Brownsville and Houston).

14. Relating to the allegations in the First Amended Complaint involving SWK non-party witnesses, the following list contains: (i) the names of former SWK employees who were employed by SWK during the timeframe at issue and named in the First Amended Complaint; (ii) the job titles of the former SWK employees during their SWK employment; (iii) the time periods of the former employees' employment with SWK; (iv) the primary office locations where those former employees worked while employed by SWK; and (v) the former SWK employees' current places of residence.

a. Gary Wilder is named in the First Amended Complaint. To my knowledge, he is currently based in Austin, Texas.

b. Lisdel Corderi Guerrero is named in the First Amended Complaint. To my knowledge, he is currently based in Channelview, overseeing the Houston programs.

c. Tamisha Piper is named in the First Amended Complaint. To my knowledge, she is currently based in Houston.

Regarding documentation that may relate to the allegations in the First Amended Complaint, SWK documents are primarily stored electronically. To the extent paper records relevant to Relator's allegations exist, they are located in SWK's physical locations, *i.e.*, Austin Headquarters, Regional Headquarters (Brownsville and Houston), and shelter facilities.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this _9_ day of April 2024.

DocuSigned by:

Eleanor Benmenashe

CC8E9F015615417...

Eleanor Benmenashe
SWK Vice President of Legal