**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* JANA GARZA<br><br>*Plaintiff,*<br><br>v.<br><br>SOUTHWEST KEY PROGRAMS, INC., *et. al.,*<br><br>*Defendants.* | ) | Civil Action No. 1:22-CV-00467-MJT |

**<u>DECLARATION OF KELA KASEMI</u>**

I, Kela Kasemi, declare as follows:

1. I am over the age of eighteen (18) and have personal knowledge of the facts set forth herein, except as to any stated on information and belief, and, as to those, I am informed and believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein.

2. I am employed by Southwest Key Programs, Inc. ("SWK") as a paralegal. As such, I am responsible, among other duties, for supporting SWK's affirmative and defensive litigation efforts. I am based in SWK's corporate offices in Austin, Texas.

3. I am aware of the *qui tam* suit filed against SWK in the Eastern District of Texas, captioned *United States ex rel. Garza v. Southwest Key Programs, et al.*, and docketed as Civil Action No. 1:22-CV-00467-MJT.

4. I have reviewed the First Amended Complaint filed in the above-captioned matter, docketed as ECF No. 24 ("First Amended Complaint"), and, from that review, my own research, and my own personal knowledge of SWK's operations, I have knowledge regarding the respective locations of all named Defendants.

5. SWK is headquartered at 6002 Jain Lane, Austin, Texas. SWK also has substantial operations in Houston.

6. On information and belief, Defendants Fanny Rosa Figueroa and Geraldo Rivera both reside in Allentown, Pennsylvania.

7. Per information included in the First Amended Complaint, Defendant Diego Naranjo resides at [redacted] Drive, Brownsville, Texas.

8. I have reviewed Diego Naranjo, Divine Family Care, PLLC, Trinity Health Services, PLLC, and Diego Naranjo d/b/a UC Health Consultants' February 28, 2024 Motion to Extend Responsive Pleading Deadlines (docketed as ECF No. 41), and, on information and belief, Diego Naranjo is the natural person representing the interests of Divine Family Care, PLLC, Trinity Health Services, PLLC, and Diego Naranjo d/b/a/ UC Health Consultants, with all such Defendants collectively described in such motion as the "Naranjo Defendants."

9. Per information included in the First Amended Complaint, Defendant Eder Francisco Hernandez resides at [redacted] Circle, Brownsville, Texas.

10. Per information included in the First Amended Complaint and Westlaw's PeopleMap tool, Defendant Alyssa Hernandez resides at [redacted] Drive, Harlingen, Texas.

11. I have reviewed Eder Francisco Hernandez, Alyssa Hernandez, Migdal Eder, LLC, and Valley Med Urgent Care, PLLC's February 28, 2024 Motion to Extend Responsive Pleading Deadlines (docketed as ECF No. 42), and on information and belief, either (or both) Eder Francisco Hernandez and/or Alyssa Hernandez are the natural persons representing the interests of Migdal Eder, LLC and Valley Med Urgent Care, PLLC, with all such Defendants collectively described in such motion as the "Hernandez Defendants."

12. I have calculated the distance and travel time, both by car and via commercial flight, between the locations of each Defendant and the U.S. District Court for the Eastern District of Texas, Beaumont Division, housed in the Jack Brooks Federal Building located at 300 Willow Street, Beaumont, Texas 77701 ("Beaumont Courthouse"). Additionally, I have

calculated the distance and travel time, both by car and via commercial flight, between the locations of each Defendant and the proposed transferee forum, the U.S. District Court for the Southern District of Texas, Houston Division, housed in the Bob Casey U.S. Courthouse located at 515 Rusk Street, Houston, TX 77002 ("Houston Courthouse").

13. I used Google Maps (https://www.google.com/maps) to calculate driving distance and travel time by car. For each Defendant, I used the "directions" tool to find the distance between that Defendant's location (place of residence or headquarters), and both the Beaumont Courthouse and the Houston Courthouse, respectively. I also used the Google Maps "directions" tool to approximate driving times between locations, choosing the shortest (in duration) generated route. All driving times were calculated on the same day, at or around the same time.

14. I used various tools to research the availability and approximate the overall travel time of flights between each Defendant's location and the Beaumont Courthouse and Houston Courthouse, respectively. My calculations of total travel time via flight considered driving time to the airport of departure, the duration of the flight, and driving time from the arrival airport to the respective courthouse. My calculations do not account for the additional time likely to be spent in security screenings, boarding, and other necessary aspects of air travel.

15. I understand from my research that Beaumont, Texas has one airport: Jack Brooks Regional Airport ("BPT"). The website for BPT indicates that American Airlines is the only commercial carrier serving the airport. https://flysetx.com/airlines-flights/. Using Flightradar24.com (https://www.flightradar24.com/), I searched for flights arriving to and departing from BPT. Based on my search, two commercial flights (operated by American Airlines) arrive to BPT daily; both flights originate from or connect through Dallas Fort Worth International Airport ("DFW") in Dallas, Texas. Additionally, two commercial flights depart from BPT daily, both traveling to or connecting through DFW.

16. I understand from my research that Houston, Texas has two airports: George Bush Intercontinental Airport ("IAH") and William P. Hobby Airport ("HOU"). Using fly2houston.com, I was able to access all flights arriving to and departing from IAH and HOU on

Monday, April 1, 2024. Based on my search, several hundred commercial flights arrive to and depart from IAH daily. These flights connect Houston to various locations across the United States as well as the world. Additionally, more than one hundred commercial flights arrive to and depart HOU daily. These flights connect Houston to locations across the United States as well as Mexico, Central America, and the Caribbean.

17. To calculate travel time via flight, I used Google Flights (https://www.google.com/flights) to find the shortest (in duration), regularly available commercial flight between each Defendant's location and the cities where each courthouse is located (Beaumont and Houston). In determining flight durations, I surveyed flight options over a three-day range and, based on those options, found the shortest, regularly available flight. I also reviewed return flights, finding no significant difference in flight duration or availability.

18. My review showed there are no direct flights from Austin, Brownsville, or Harlingen, to Beaumont, making travel from these cities by flight fastest by flying to Houston and driving approximately one-and-a-half hours from Houston to Beaumont. There are also no direct flights from Allentown, Pennsylvania, to Beaumont, making travel to Beaumont fastest by flight to Houston followed by driving to Beaumont.

19. My review showed that the distance between SWK's headquarters in Austin and the Beaumont Courthouse is approximately 246 miles. Travel time by car is approximately three hours and forty-three minutes, and total travel time via flight, including driving time from HOU to the Beaumont Courthouse, is approximately two hours and twenty-three minutes (seven-minute drive to Austin-Bergstrom International Airport ("AUS"); fifty-nine-minute flight to HOU; one-hour and seventeen-minute drive from HOU to the Beaumont Courthouse). By comparison, the distance between SWK's headquarters in Austin and the Houston Courthouse is approximately 160 miles. Travel time by car is approximately two hours and thirty minutes; travel time via flight is approximately one hour and thirty-one minutes (seven-minute drive to AUS; fifty-nine-minute flight to HOU; twenty-five-minute drive from HOU to the Houston Courthouse).

20. My review showed that the distance between Defendant Alyssa Hernandez's residence and the Beaumont Courthouse is approximately 420 miles. Travel time by car is approximately six hours and thirteen minutes, and total travel time via flight, including driving time from HOU to the Beaumont Courthouse, is approximately two hours and forty-one minutes (fourteen-minute drive to Valley International Airport ("HRL"); one-hour and ten-minute flight to HOU; one-hour and seventeen-minute drive from HOU to the Beaumont Courthouse). By comparison, the distance between her residence and the Houston Courthouse is approximately 334 miles. Travel time by car is approximately four hours and fifty-one minutes, and total travel time via flight is approximately one hour and forty-nine minutes (fourteen-minute drive to HRL; one-hour and ten-minute flight to HOU; twenty-five-minute drive from HOU to the Houston Courthouse).

21. My review showed that the distance between Defendant Eder Hernandez's residence and the Beaumont Courthouse is approximately 438 miles. Travel time by car is approximately six hours and twenty-seven minutes, and total travel time via flight, including driving time from IAH to the Beaumont Courthouse, is approximately three hours and eight minutes (fifteen-minute drive to BRO; one-hour and twenty-seven-minute flight to IAH; one-hour and twenty-six-minute drive from IAH to the Beaumont Courthouse). By comparison, the distance between his residence and the Houston Courthouse is approximately 353 miles. Travel time by car is approximately five hours and twelve minutes, and total travel time via flight is approximately two hours and sixteen minutes (fifteen-minute drive to BRO; one-hour and twenty-six-minute flight to IAH; thirty-five-minute drive from IAH to the Houston Courthouse).

22. My review showed that the distance between Defendant Diego Naranjo's residence and the Beaumont Courthouse is approximately 439 miles. Travel time by car is approximately six hours and twenty-two minutes, and total travel time via flight, including driving time from IAH to the Beaumont Courthouse, is approximately three hours and seven minutes (fourteen-minute drive to Brownsville South Padre Island International Airport ("BRO"); one-hour and twenty-six-minute flight to IAH; one-hour and twenty-seven minute

drive from IAH to the Beaumont Courthouse). By comparison, the distance between his residence and the Houston Courthouse is approximately 353 miles. Travel time by car is approximately five hours and seven minutes, and total travel time via flight is approximately two hours and fifteen minutes (fourteen-minute drive to BRO; one-hour and twenty-six-minute flight to IAH; thirty-five-minute drive from IAH to the Houston Courthouse).

23. My review showed that the distance between Allentown, Pennsylvania (where Defendants Fanny Rosa Figueroa and Geraldo Rivera reside) and the Beaumont Courthouse is approximately 1,455 miles. Total travel time via flight, including driving time from IAH to the Beaumont Courthouse, is approximately six hours and twenty-four minutes (one-hour and fifteen-minute drive to Philadelphia International Airport ("PHL"); three-hour and forty-two-minute flight to IAH; one-hour and twenty-seven-minute drive from IAH to the Beaumont Courthouse). By comparison, the distance between Allentown and the Houston Courthouse is approximately 1,541 miles. Total travel time via flight is approximately five hours and thirty-two minutes (one-hour and fifteen-minute drive to PHL; three-hour and forty-two-minute flight to IAH; thirty-five-minute drive from IAH to the Houston Courthouse).

24. Based on my research, and on information and belief, potential witnesses to this action who are currently employed at SWK ("SWK party witnesses") are largely located in or around SWK's corporate headquarters in Austin, Texas. As previously stated, SWK is headquartered at 6002 Jain Lane, Austin, Texas. The distance between SWK's headquarters (used for this purpose as an average starting point for Austin-based SWK employees) and the Beaumont Courthouse is approximately 246 miles. Travel time by car is approximately three hours and forty-three minutes, and total travel time via flight is approximately two hours and twenty-two minutes (seven-minute drive to AUS; fifty-eight-minute flight to HOU; one-hour and seventeen-minute drive from HOU to the Beaumont Courthouse). Alternatively, the distance between SWK's headquarters and the Houston Courthouse is approximately 160 miles. Travel time by car is approximately two hours, thirty minutes and total travel time via flight is

approximately one hour and thirty minutes (seven-minute drive to AUS; fifty-eight-minute flight to HOU; twenty-five-minute drive from HOU to the Houston Courthouse).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 9th day of April 2024.

DocuSigned by:
Kela Kasemi
285DF59B7F79415...

Kela Kasemi
SWK Paralegal