**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* JANA GARZA<br><br>*Plaintiff,*<br><br>v.<br><br>SOUTHWEST KEY PROGRAMS, INC.,<br>*et. al.,*<br><br>*Defendants.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 1:22-CV-00467<br><br>**[PROPOSED] ORDER** |

**[PROPOSED] ORDER GRANTING DEFENDANT SOUTHWEST KEY PROGRAMS INC.'S MOTION TO DISMISS FOR IMPROPER VENUE**

Having considered Defendant Southwest Key Programs Inc.'s Motion to Dismiss for Improper Venue, the Court concludes there is good cause to **GRANT** the motion.

**IT IS SO ORDERED**:

Plaintiff-Relator's First Amended Complaint is dismissed without prejudice under Federal Rule of Civil Procedure 12(b)(3).