# Exhibit A

**From:** Jack Kolar <jackk@whistleblower.org>
**Sent:** Thursday, March 28, 2024 12:53 PM
**To:** Griffin, Rosie; Sheffler, Scott
**Cc:** Richard Condit; Cleveland Lawrence III; Carlos Doroteo; Jana Garza
**Subject:** RE: Venue

Forgot to add my colleagues and client. Sorry. Sending again.

---

**From:** Jack Kolar
**Sent:** Thursday, March 28, 2024 1:51 PM
**To:** Griffin, Rosie <rgriffin@feldesman.com>; Sheffler, Scott <sSheffler@feldesman.com>
**Subject:** Venue

We would oppose a motion to transfer venue to S.D. Texas. We agree that the E.D. Tex. is not a proper venue. So we are prepared to stipulate to a transfer to the W.D. Texas, Austin. We assume that the ct. in Austin would want to address scheduling from there on. Jack