# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| *ex rel.* JANA GARZA | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 1:22-cv-00467-MJT |
| | § | |
| SOUTHWEST KEY PROGRAMS, INC., | § | |
| *et al.*, | § | |
| Defendants. | § | |

**AFFIDAVIT OF DIEGO NARANJO**

| | |
|---|---|
| **STATE OF TEXAS** | **§** |
| **COUNTY OF CAMERON** | **§** |

Before me, the undersigned Notary Public, on this day personally appeared Diego Naranjo, who after being by me duly sworn an oath, deposes, and says:

1. I am over 18 years of age, of sound mind, and capable of making this affidavit.

2. The facts stated in this affidavit are within my personal knowledge and are true and correct.

3. I am named as a Defendant in the above styled and numbered cause. My businesses, Divine Family Care, PLLC and Trinity Health Services, PLLC, are also named Defendants.

4. UC Health Consultants, named as a Defendant and referenced in the complaint as "Diego Naranjo dba UC Health Consultants," is not a legal entity.

5. I am the sole owner of both Divine Family Care, PLLC and Trinity Health Services, PLLC.

6. I have never resided, nor have I transacted business, in the Eastern District of Texas.

7. Neither Divine Family Care, PLLC nor Trinity Health Services, PLLC have any offices or otherwise reside or can be found in the Eastern District of Texas. Neither Divine Family

Care, PLLC nor Trinity Health Services, PLLC have conducted business in the Eastern District of Texas.

I declare under the penalty of perjury that the foregoing is true and corrected.

Executed this 9th day of April, 2024.

Diego Naranjo

**NOTARY ACKNOWLEDGMENT**

Texas, County of Cameron, ss:

This Affidavit was acknowledged before me on this 9th day of April, 2024, by Diego Naranjo, who, being first duly sworn on oath according to law, deposes and says that he read the foregoing Affidavit subscribed by him and that the matters stated herein are true to the best of his information, knowledge, and belief.

Notary Public in and for the
State of Texas

My commission expires 6-30-2027

MARISA ESTHER AMAYA
My Notary ID # 134435066
Expires June 30, 2027