# EXHIBIT C

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| **Ex rel. JANA GARZA** | § | |
| **Plaintiff,** | § | |
| | § | |
| **V.** | § | **Civil Action No. 1:22-CV-00467-MJT** |
| | § | |
| **SOUTHWEST KEY PROGRAMS, INC.,** | § | |
| **et. al.,** | § | |
| **Defendants.** | § | |

---

**AFFIDAVIT OF EDER FRANCISCO HERNANDEZ**

---

**STATE OF TEXAS** §

**COUNTY OF CAMERON** §

Before me, the undersigned Notary Public, on this day personally appeared Eder Francisco Hernandez, known to me, who being by me dully sworn upon his oath, deposed, and said:

"My name is Eder Francisco Hernandez, I am over 18 years of age, of sound mind, and capable of making this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

I, Eder Francisco Hernandez, am a named Defendant in the above styled and numbered cause. My businesses, Migdal Eder, LLC and Valley Med Urgent Care, PLLC are also named Defendants. I am a Managing Member of both Migdal Eder, LLC and Valley Med Urgent Care, PLLC.

I have never resided nor have I ever transacted any business, individually or via my businesses, in any county of the Eastern District of Texas.

Further affiant sayeth not."

[signature]
Eder Francisco Hernandez

SUBSCRIBED AND SWORN TO before me by the said Eder F. Hernandez, on this the 9 day of April, 2024, to certify which witness my hand and seal of office.

SAMANTHA MICHELLE GARZA
Notary Public, State of Texas
Comm. Expires 09-07-2026
Notary ID 129684304

[signature]
Notary Public in and for the State of Texas