# EXHIBIT D

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**<br>**Ex rel. JANA GARZA**<br>**Plaintiff,** | § | |
| **V.** | § | **Civil Action No. 1:22-CV-00467-MJT** |
| **SOUTHWEST KEY PROGRAMS, INC., et. al.,**<br>**Defendants.** | § | |

---

## AFFIDAVIT OF ALYSSA HERNANDEZ

---

**STATE OF TEXAS** §

**COUNTY OF CAMERON** §

Before me, the undersigned Notary Public, on this day personally appeared Alyssa Hernandez, known to me, who being by me dully sworn upon his oath, deposed, and said:

"My name is Alyssa Hernandez, I am over 18 years of age, of sound mind, and capable of making this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

I, Alyssa Hernandez, am a named Defendant in the above styled and numbered cause. I have never resided and have never transacted business in any county of the Eastern District of Texas.

Further affiant sayeth not."

[signature]
Alyssa Hernandez

SUBSCRIBED AND SWORN TO before me by the said Alyssa Hernandez, on this the 10 day of April, 2024, to certify which witness my hand and seal of office.

SAMANTHA MICHELLE GARZA
Notary Public, State of Texas
Comm. Expires 09-07-2026
Notary ID 129684304

[signature]
Notary Public in and for the
State of Texas