**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| Ex rel. JANA GARZA | § | |
| *Plaintiff,* | § | |
| | § | |
| V. | § | Case No. 1:22-CV-00467-MJT |
| | § | |
| SOUTHWEST KEY PROGRAMS, INC., | § | |
| et. al., | § | |
| *Defendants.* | § | |

**[PROPOSED] ORDER GRANTING MOTION TO DISMISS**

Having considered the Naranjo and Hernandez Defendants' Motion to Dismiss the First Amended Complaint for Improper Venue Pursuant to Federal Rule of Civil Procedure 12(B)(3), the Court ORDERS the following:

ORDERED/DENIED: that Relator Jana Garza's Complaint is hereby dismissed without prejudice.

ORDERED/DENIED: that Relator Jana Garza's Complaint is hereby transferred to the Southern District of Texas, Houston Division.

Signed at Houston, Texas this ___ day of ________________, 2024.

_________________________________
THE HONORABLE MICHAEL J. TRUNCALE
UNITED STATES DISTRICT JUDGE