IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* JANA GARZA,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHWEST KEY PROGRAMS, INC., et al.,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO.<br>1:22-CV-000467<br>JUDGE MICHAEL TRUNCALE |

**[PROPOSED] ORDER ON**
**<u>DEFENDANTS' MOTIONS TO DISMISS FOR IMPROPER VENUE</u>**

This matter came before the Court on Defendant Southwest Key Programs, Inc.'s Motion to Dismiss for Improper Venue, or in the Alternative to Transfer Venue (Dkt. #49) and the Naranjo Defendants' and Hernandez Defendants' Joint Motion to Dismiss for Improper Venue (Dkt. #50).

Plaintiff-Relator, Jana Garza, opposes Defendants' motions to dismiss, and seeks transfer of venue to the United States District Court for the Western District of Texas – Austin Division, while Defendants request a transfer to the United States District Court for the Southern District of Texas – Houston Division Plaintiff has also moved to strike the Naranjo Defendants' and Hernandez Defendants' joint motion to dismiss. (Dkt. # _).

Having considered the arguments of counsel, the Court finds that this matter could have originally been brought in the U.S. District Court for the Western District of Texas, and that the interests of justice warrant transfer of venue, and not dismissal. Therefore, for good cause shown and in the interest of justice:

**IT IS ORDERED** that Plaintiff-Relator's request for transfer of venue to the United States District Court for the Western District of Texas – Austin Division is **GRANTED**.

**IT IS ORDERED** that Defendants' respective motions to dismiss are **DENIED**, and Plaintiff-Relator's motion to strike is **DENIED as MOOT**.

SIGNED this ______________________________.

__________________________________

Michael J. Truncale
United States District Judge