# Exhibit A

**From:** Griffin, Rosie
**To:** Jack Kolar; Sheffler, Scott
**Cc:** Carlos Doroteo; Cleveland Lawrence III; Richard Condit; Cordova, Laura; Murtha, Michael; Tomas Tijerina; Benigno (Trey) Martinez; Schlottman, David
**Subject:** RE: Consent Motion for a Change of Venue.docx
**Attachments:** image001.png

---

Jack,
Thank you for clarifying. We'll regrettably note Relator's opposition to Defendants' joint motion for a scheduling order.

We continue to see voluntary dismissal as the simplest way for Relator to have her choice of (proper) venue, appreciate you engaging with your client on that, and expect your update on it early next week as you indicated below.

As noted in my 12:35 pm email, we likewise await an explanation of Relator's objection to venue in SD Tex., Houston, and the basis of her opposition to the anticipated Fed. R. Civ. P. 12(b)(3) dismissal, given the concession that venue in ED Tex. is improper. As a reminder, Local Rule CV-7(h) requires counsel to substantively meet and confer on all motions, including by "compar[ing] views and hav[ing] a discussion in an attempt to resolve their differing views before coming to court. Such discussion requires *a sincere effort in which the participants present the merits of their respective positions and meaningfully assess the relative strengths of each position*."

Best,
Rosie

**Rosie Dawn Griffin**
Partner
Feldesman Leifer LLP
1129 20th Street, NW, Suite 400
Washington, DC 20036
**P:** 202.466.8960
**F:** 202.293.8103
**www.feldesman.com**

FELDESMAN

CONFIDENTIALITY NOTICE: This e-mail and any attachments contain information from the law firm of Feldesman Leifer LLP and are intended solely for the use of the named recipient(s). This e-mail may contain privileged attorney-client communications or work product. Any dissemination by anyone other than an intended recipient is prohibited. If you are not a named recipient, you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments. If you have received this e-mail in error, notify rgriffin@feldesman.com immediately and delete the e-mail, any attachments, and all copies from any drives or storage media and destroy any printouts.

---

**From:** Jack Kolar <jackk@whistleblower.org>
**Sent:** Friday, March 29, 2024 5:29 PM
**To:** Griffin, Rosie <rgriffin@feldesman.com>; Sheffler, Scott <sSheffler@feldesman.com>
**Cc:** Carlos Doroteo <carlos@milpalaw.com>; Cleveland Lawrence III <CLawrence@findjustice.com>; Richard Condit <rcondit@findjustice.com>; Cordova, Laura <lcordova@jw.com>; Murtha, Michael <mmurtha@jw.com>; Tomas Tijerina <ttijerina@mbmtlawfirm.com>; Benigno (Trey) Martinez <trey@mbmtlawfirm.com>; Schlottman, David <dschlottman@jw.com>
**Subject:** RE: Consent Motion for a Change of Venue.docx

Rosie,

Thanks for your message and the draft consent motion. Plaintiff will agree to support a motion to reset the current schedule if the Defendants agree to transfer the case to WDTX, Austin. There is no incentive for Plaintiff to agree to a change in schedule that requires her to litigate venue and whatever other issues Defendants will raise in a separate MTD.

If Defendants consent to change venue to WDTX, the parties can file a joint motion to transfer venue and reset the schedule for filing responsive pleadings. Please let us know your position at your earliest convenience.

---

**From:** Griffin, Rosie <rgriffin@feldesman.com>
**Sent:** Friday, March 29, 2024 12:48 PM
**To:** Jack Kolar <jackk@whistleblower.org>; Sheffler, Scott <sSheffler@feldesman.com>
**Cc:** Carlos Doroteo <carlos@milpalaw.com>; Cleveland Lawrence III <CLawrence@findjustice.com>; Richard Condit <rcondit@findjustice.com>; Cordova, Laura <lcordova@jw.com>; Murtha, Michael <mmurtha@jw.com>; Tomas Tijerina <ttijerina@mbmtlawfirm.com>; Benigno (Trey) Martinez <trey@mbmtlawfirm.com>; Schlottman, David <dschlottman@jw.com>
**Subject:** RE: Consent Motion for a Change of Venue.docx

Thanks, Jack, understood as to timing. As an interim measure, to protect against default or waiver, I'd like to get the attached motion for a briefing schedule and stay of discovery in front of the Court by Monday at the latest. I've indicated Relator's consent to the proposed schedule based on our discussions to date, but please review and confirm (or let me know of any objection to any aspect) in keeping with meet and confer requirements.

Given the short timeframe, I'd appreciate having your position on this important housekeeping piece before end of day today.

Best,
Rosie

**Rosie Dawn Griffin**
Partner
Feldesman Leifer LLP
1129 20th Street, NW, Suite 400
Washington, DC 20036
**P:** 202.466.8960
**F:** 202.293.8103
www.feldesman.com

FELDESMAN

CONFIDENTIALITY NOTICE: This e-mail and any attachments contain information from the law firm of Feldesman Leifer LLP and are intended solely for the use of the

named recipient(s). This e-mail may contain privileged attorney-client communications or work product. Any dissemination by anyone other than an intended recipient is prohibited. If you are not a named recipient, you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments. If you have received this e-mail in error, notify rgriffin@feldesman.com immediately and delete the e-mail, any attachments, and all copies from any drives or storage media and destroy any printouts.

---

**From:** Jack Kolar <jackk@whistleblower.org>
**Sent:** Friday, March 29, 2024 12:39 PM
**To:** Griffin, Rosie <rgriffin@feldesman.com>; Sheffler, Scott <sSheffler@feldesman.com>
**Cc:** Carlos Doroteo <carlos@milpalaw.com>; Cleveland Lawrence III <CLawrence@findjustice.com>; Richard Condit <rcondit@findjustice.com>; Cordova, Laura <lcordova@jw.com>; Murtha, Michael <mmurtha@jw.com>; Tomas Tijerina <ttijerina@mbmtlawfirm.com>; Benigno (Trey) Martinez <trey@mbmtlawfirm.com>; Schlottman, David <dschlottman@jw.com>
**Subject:** RE: Consent Motion for a Change of Venue.docx

Let us discuss the dismissal and re-filing suggestion with the client and my colleagues and circle back. That may take until Monday or Tuesday of next week given the religious holidays from now until Easter.

---

**From:** Griffin, Rosie <rgriffin@feldesman.com>
**Sent:** Friday, March 29, 2024 12:35 PM
**To:** Jack Kolar <jackk@whistleblower.org>; Sheffler, Scott <sSheffler@feldesman.com>
**Cc:** Jana Garza <JGarza@NutrixMed.com>; Carlos Doroteo <carlos@milpalaw.com>; Cleveland Lawrence III <CLawrence@findjustice.com>; Richard Condit <rcondit@findjustice.com>; Cordova, Laura <lcordova@jw.com>; Murtha, Michael <mmurtha@jw.com>; Tomas Tijerina <ttijerina@mbmtlawfirm.com>; Benigno (Trey) Martinez <trey@mbmtlawfirm.com>; Schlottman, David <dschlottman@jw.com>
**Subject:** RE: Consent Motion for a Change of Venue.docx

Thank you, Jack, I appreciate you putting this together quickly. I think I now understand our disconnect.

First, all seem to agree that venue in ED Tex. is improper. Dismissal under 12(b)(3) is thus warranted, or, in the alternative, transfer under 28 U.S.C. § 1406(a) would be appropriate if "in the interests of justice." Given Relator's concession that venue in ED Tex. is improper, 28 U.S.C. § 1404(a)—which balances the relative convenience of competing, proper venues—is not the appropriate vehicle for transfer.

Second, SWK and the other defendants (all counsel of record copied here) are obligated to meet an April 8 (or April 30) responsive pleading deadline; we understandably do not want to risk default and thus plan to meet that obligation via Fed. R. Civ. P. 12(b)(3) motions to dismiss for improper venue, with transfer as an alternative basis for relief. To avoid waiving 12(b)(6) grounds for dismissal, we need to ask the Court—as soon as possible—for a briefing schedule that contemplates resolution of venue before any other motions or discovery practice.

Rather than go through the motions practice contemplated above, we believe it would save the parties and the court significant time and resources if Relator were to simply voluntarily dismiss and refile her action. We are happy to waive service of a newly filed action to save Relator that time and expense.

Finally, if you are not amendable to voluntary dismissal, we need to understand Relator’s objection to venue in SD Tex., Houston, and the basis of her opposition to 12(b)(3) dismissal.

Best,
Rosie

**Rosie Dawn Griffin**
Partner
Feldesman Leifer LLP
1129 20th Street, NW, Suite 400
Washington, DC 20036
**P:** 202.466.8960
**F:** 202.293.8103
**www.feldesman.com**
FELDESMAN

CONFIDENTIALITY NOTICE: This e-mail and any attachments contain information from the law firm of Feldesman Leifer LLP and are intended solely for the use of the named recipient(s). This e-mail may contain privileged attorney-client communications or work product. Any dissemination by anyone other than an intended recipient is prohibited. If you are not a named recipient, you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments. If you have received this e-mail in error, notify rgriffin@feldesman.com immediately and delete the e-mail, any attachments, and all copies from any drives or storage media and destroy any printouts.

---

**From:** Jack Kolar <jackk@whistleblower.org>
**Sent:** Friday, March 29, 2024 12:06 PM
**To:** Griffin, Rosie <rgriffin@feldesman.com>; Sheffler, Scott <sSheffler@feldesman.com>
**Cc:** Jana Garza <JGarza@NutrixMed.com>; Carlos Doroteo <carlos@milpalaw.com>; Cleveland Lawrence III <CLawrence@findjustice.com>; Richard Condit <rcondit@findjustice.com>
**Subject:** Consent Motion for a Change of Venue.docx

This is my stab at a stipulation and motion. Apologize for the out of whack formatting; I don’t have a legal assistant to get format correct. Also, please feel free to suggest what you consider to be reasonable scheduling if you wish. Jack

**From:** Jack Kolar
**To:** Griffin, Rosie; Sheffler, Scott
**Cc:** Richard Condit; Cleveland Lawrence III; Carlos Doroteo
**Subject:** RE: Venue
**Date:** Thursday, March 28, 2024 3:55:28 PM
**Attachments:** image001.png

---

Rosie, do a phone call this afternoon or tonight, I am booked both times. I will try to draft a stip, but can't until tomorrow morning. Jack

---

**From:** Griffin, Rosie <rgriffin@feldesman.com>
**Sent:** Thursday, March 28, 2024 2:46 PM
**To:** Jack Kolar <jackk@whistleblower.org>; Sheffler, Scott <sSheffler@feldesman.com>
**Cc:** Richard Condit <rcondit@findjustice.com>; Cleveland Lawrence III <CLawrence@findjustice.com>; Carlos Doroteo <carlos@milpalaw.com>
**Subject:** RE: Venue

Hi Jack,

Thanks for your response. We appreciate your agreeing that ED Tex. is not a proper venue for Ms. Garza's *qui tam*. That said, we think it would be helpful to have a brief call this afternoon or evening to clarify both substantive and procedural aspects involved in getting this case into a proper forum.

Alternatively, or additionally, if you would like to circulate a stipulation as you envision it, that will likely help us understand your position. Given the short timeline for responsive pleading, please do so by mid-day tomorrow.

Best,
Rosie

**Rosie Dawn Griffin**
Partner
Feldesman Leifer LLP
1129 20th Street, NW, Suite 400
Washington, DC 20036
**P:** 202.466.8960
**F:** 202.293.8103
**www.feldesman.com**

FELDESMAN

CONFIDENTIALITY NOTICE: This e-mail and any attachments contain information from the law firm of Feldesman Leifer LLP and are intended solely for the use of the named recipient(s). This e-mail may contain privileged attorney-client communications or work product. Any dissemination by anyone other than an intended recipient is prohibited. If you are not a named recipient, you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments. If you have received this e-mail in error, notify rgriffin@feldesman.com immediately and delete the e-mail, any attachments, and all copies from any drives or storage media and destroy any printouts.

---

**From:** Jack Kolar <jackk@whistleblower.org>
**Sent:** Thursday, March 28, 2024 1:53 PM

**To:** Griffin, Rosie <rgriffin@feldesman.com>; Sheffler, Scott <sSheffler@feldesman.com>
**Cc:** Richard Condit <rcondit@findjustice.com>; Cleveland Lawrence III <CLawrence@findjustice.com>; Carlos Doroteo <carlos@milpalaw.com>; Jana Garza <JGarza@NutrixMed.com>
**Subject:** RE: Venue

Forgot to add my colleagues and client. Sorry. Sending again.

---

**From:** Jack Kolar
**Sent:** Thursday, March 28, 2024 1:51 PM
**To:** Griffin, Rosie <rgriffin@feldesman.com>; Sheffler, Scott <sSheffler@feldesman.com>
**Subject:** Venue

We would oppose a motion to transfer venue to S.D. Texas. We agree that the E.D. Tex. is not a proper venue. So we are prepared to stipulate to a transfer to the W.D. Texas, Austin. We assume that the ct. in Austin would want to address scheduling from there on. Jack

**From:** Sheffler, Scott
**To:** Griffin, Rosie; Jack Kolar; Carlos@MilpaLaw.com; Cleveland Lawrence III
**Subject:** RE: Case No. 22-cv-00467; U.S. ex rel. Garza v. Southwest Key Programs, Inc. - Meeting
**Date:** Wednesday, March 27, 2024 3:29:07 PM
**Attachments:** image001.png

---

Jack,

I hope my email finds you well. With the upcoming filing deadline, I am writing to check in on the below. Please do let us know.

Kind regards,
Scott

**Scott Sheffler**
Partner
Feldesman Leifer LLP
1129 20th Street, NW, Suite 400
Washington, DC 20036
**P:** 202.466.8960
**F:** 202.293.8103
www.feldesman.com

FELDESMAN

CONFIDENTIALITY NOTICE: This e-mail and any attachments contain information from the law firm of Feldesman Leifer LLP and are intended solely for the use of the named recipient(s). This e-mail may contain privileged attorney-client communications or work product. Any dissemination by anyone other than an intended recipient is prohibited. If you are not a named recipient, you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments. If you have received this e-mail in error, notify sSheffler@feldesman.com immediately and delete the e-mail, any attachments, and all copies from any drives or storage media and destroy any printouts.

---

**From:** Griffin, Rosie <rgriffin@feldesman.com>
**Sent:** Monday, March 25, 2024 11:20 AM
**To:** Jack Kolar <jackk@whistleblower.org>; Carlos@MilpaLaw.com; Cleveland Lawrence III <CLawrence@findjustice.com>
**Cc:** Sheffler, Scott <sSheffler@feldesman.com>
**Subject:** RE: Case No. 22-cv-00467; U.S. ex rel. Garza v. Southwest Key Programs, Inc. - Meeting

Thank you, Jack. We appreciate Relator's willingness to consent to a motion to transfer venue. I'd like to make sure we are clear two points.

First, your email provides that Relator will not oppose transfer to the Western District of Texas, Austin. As we discussed in our conference, given the multiple defendants, we are contemplating transfer to either Houston (SD Tex.) or Austin (WD Tex.). Would Relator also consent to Houston if that is where all parties could agree to transfer?

Second, we assume that in noting that Relator will not oppose transfer, you are not conceding that venue in ED Tex. is improper. If that is indeed the case, we will still need to file and brief our Fed. R. Civ. P. 12(b)(3) dismissal motion, with transfer in the alternative under 28 U.S.C. § 1404(a) (noting Relator's non-opposition there). If, instead, Relator is willing to concede that venue is improper in ED Tex., we would be open to a stipulated

dismissal without prejudice or a consent motion to transfer under 28 U.S.C. § 1406(a).

In either case, we'd like to submit a joint proposed scheduling order to the court as soon as possible, with our venue motion (in whatever form) due April 8, and any responses and replies due according to standard FRCP/local rules timelines. As for time needed for briefing our subsequent 12(b)(6) motion—we can present to the court that if it maintains jurisdiction over the case, we'll submit our 12(b)(6) motion within 30 days of its denial of transfer. I will draft and circulate that motion once we're all on the same page. If the case is transferred, we can target a similar schedule for our 12(b)(6), but we may need to get there through a preliminary scheduling conference in the transferee court. If you have a good idea for papering it, we're certainly open to that.

Please let us know your thinking at your earliest convenience. If a phone call is better, Scott and I will make ourselves available today or tomorrow.

Best,
Rosie

**Rosie Dawn Griffin**
Partner
Feldesman Leifer LLP
1129 20th Street, NW, Suite 400
Washington, DC 20036
**P:** 202.466.8960
**F:** 202.293.8103
**www.feldesman.com**
FELDESMAN

CONFIDENTIALITY NOTICE: This e-mail and any attachments contain information from the law firm of Feldesman Leifer LLP and are intended solely for the use of the named recipient(s). This e-mail may contain privileged attorney-client communications or work product. Any dissemination by anyone other than an intended recipient is prohibited. If you are not a named recipient, you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments. If you have received this e-mail in error, notify rgriffin@feldesman.com immediately and delete the e-mail, any attachments, and all copies from any drives or storage media and destroy any printouts.

---

**From:** Jack Kolar <jackk@whistleblower.org>
**Sent:** Friday, March 22, 2024 5:02 PM
**To:** Griffin, Rosie <rgriffin@feldesman.com>; Carlos@MilpaLaw.com; Cleveland Lawrence III <CLawrence@findjustice.com>
**Cc:** Sheffler, Scott <sSheffler@feldesman.com>
**Subject:** RE: Case No. 22-cv-00467; U.S. ex rel. Garza v. Southwest Key Programs, Inc. - Meeting

Rosie and Scott, we will not oppose your motion if you propose transferring the case to the W.D. Tex.,
Austin. Assuming such an unopposed motion is granted, how much time would you need/want to file a MTD?

---

**From:** Griffin, Rosie <rgriffin@feldesman.com>

**Sent:** Friday, March 22, 2024 4:06 PM
**To:** Jack Kolar <jackk@whistleblower.org>; Carlos@MilpaLaw.com; Cleveland Lawrence III <CLawrence@findjustice.com>
**Cc:** Sheffler, Scott <sSheffler@feldesman.com>
**Subject:** RE: Case No. 22-cv-00467; U.S. ex rel. Garza v. Southwest Key Programs, Inc. - Meeting

Jack, Carlos, and Cleveland:

Thanks for meeting with us on Wednesday. I'm following up to see whether you can share your position on our anticipated 12(b)(3) motion and proposed briefing schedule. Please let us know when you're able.

Best,
Rosie

**Rosie Dawn Griffin**
Partner
Feldesman Leifer LLP
1129 20th Street, NW, Suite 400
Washington, DC 20036
**P:** 202.466.8960
**F:** 202.293.8103
**www.feldesman.com**
FELDESMAN

CONFIDENTIALITY NOTICE: This e-mail and any attachments contain information from the law firm of Feldesman Leifer LLP and are intended solely for the use of the named recipient(s). This e-mail may contain privileged attorney-client communications or work product. Any dissemination by anyone other than an intended recipient is prohibited. If you are not a named recipient, you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments. If you have received this e-mail in error, notify rgriffin@feldesman.com immediately and delete the e-mail, any attachments, and all copies from any drives or storage media and destroy any printouts.

---

**From:** Jack Kolar <jackk@whistleblower.org>
**Sent:** Tuesday, March 19, 2024 10:03 AM
**To:** Griffin, Rosie <rgriffin@feldesman.com>; Carlos@MilpaLaw.com; Cleveland Lawrence III <CLawrence@findjustice.com>
**Cc:** Sheffler, Scott <sSheffler@feldesman.com>
**Subject:** RE: Case No. 22-cv-00467; U.S. ex rel. Garza v. Southwest Key Programs, Inc. - Meeting

Great. Please include Cleveland.

---

**From:** Griffin, Rosie <rgriffin@feldesman.com>
**Sent:** Tuesday, March 19, 2024 10:01 AM
**To:** Jack Kolar <jackk@whistleblower.org>; Carlos@MilpaLaw.com; Cleveland Lawrence III <CLawrence@findjustice.com>
**Cc:** Sheffler, Scott <sSheffler@feldesman.com>
**Subject:** RE: Case No. 22-cv-00467; U.S. ex rel. Garza v. Southwest Key Programs, Inc. - Meeting

Thank you, Jack. We'll send a Zoom invite for tomorrow at 1:00 pm Eastern / noon Central.

**Rosie Dawn Griffin**
Partner
Feldesman Leifer LLP
1129 20th Street, NW, Suite 400
Washington, DC 20036
**P:** 202.466.8960
**F:** 202.293.8103
**www.feldesman.com**

FELDESMAN

CONFIDENTIALITY NOTICE: This e-mail and any attachments contain information from the law firm of Feldesman Leifer LLP and are intended solely for the use of the named recipient(s). This e-mail may contain privileged attorney-client communications or work product. Any dissemination by anyone other than an intended recipient is prohibited. If you are not a named recipient, you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments. If you have received this e-mail in error, notify rgriffin@feldesman.com immediately and delete the e-mail, any attachments, and all copies from any drives or storage media and destroy any printouts.

---

**From:** Jack Kolar <jackk@whistleblower.org>
**Sent:** Tuesday, March 19, 2024 9:22 AM
**To:** Griffin, Rosie <rgriffin@feldesman.com>; Carlos@MilpaLaw.com; Cleveland Lawrence III <CLawrence@findjustice.com>
**Cc:** Sheffler, Scott <sSheffler@feldesman.com>
**Subject:** RE: Case No. 22-cv-00467; U.S. ex rel. Garza v. Southwest Key Programs, Inc. - Meeting

Rosie, we can meet with you at 1 pm ET tomorrow (so 12 pm central time). Jack

---

**From:** Griffin, Rosie <rgriffin@feldesman.com>
**Sent:** Monday, March 18, 2024 5:09 PM
**To:** Jack Kolar <jackk@whistleblower.org>; Carlos@MilpaLaw.com
**Cc:** Sheffler, Scott <sSheffler@feldesman.com>
**Subject:** Case No. 22-cv-00467; U.S. ex rel. Garza v. Southwest Key Programs, Inc. - Meeting

Jack and Carlos:

I'm reaching out to request that we meet and confer this week—Wednesday or Thursday preferred—regarding our anticipated motions and a workable briefing schedule in the Garza *qui tam*. In particular, we intend to meet SWK's April 8 responsive pleading deadline with the filing of a motion to dismiss for improper venue under Fed. R. Civ. P. 12(b)(3) or, in the alternative, to transfer venue under 28 U.S.C. § 1404. Given that venue is a threshold matter, we would like to reach an agreement with you on a briefing schedule that allows for the prompt filing and full briefing of 12(b)(6) and 9(b) motions to dismiss following disposition of the venue motion. A consent motion setting out such a schedule is our preference.

We conferred today with counsel for Alyssa Hernandez, Eder Hernandez and associated companies, and Diego Naranjo and associated companies, and are authorized to represent the interests of all currently-served defendants in meeting and conferring with

you on the items described above.

Please let us know your availability this Wednesday or Thursday for a call or Zoom. We will do our best to accommodate your schedule.

Best,
Rosie

**Rosie Dawn Griffin**
Partner
Feldesman Leifer LLP
1129 20th Street, NW, Suite 400
Washington, DC 20036
**P:** 202.466.8960
**F:** 202.293.8103
www.feldesman.com

FELDESMAN

CONFIDENTIALITY NOTICE: This e-mail and any attachments contain information from the law firm of Feldesman Leifer LLP and are intended solely for the use of the named recipient(s). This e-mail may contain privileged attorney-client communications or work product. Any dissemination by anyone other than an intended recipient is prohibited. If you are not a named recipient, you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments. If you have received this e-mail in error, notify rgriffin@feldesman.com immediately and delete the e-mail, any attachments, and all copies from any drives or storage media and destroy any printouts.