# EXHIBIT
# B

**Carlos Doroteo**

---

| | |
|---|---|
| **From:** | Griffin, Rosie <rgriffin@feldesman.com> |
| **Sent:** | Friday, February 23, 2024 9:06 AM |
| **To:** | Carlos Doroteo; Jack Kolar |
| **Cc:** | Sheffler, Scott; clawrence@findjustice.com; Richard Condit |
| **Subject:** | RE: U.S. ex rel. Garza v. Southwest Key Programs, Inc., 22-cv-00467 |
| **Attachments:** | DRAFT_Consent Motion Extending SWK Responsive Pleading Deadline (EDITED)_V3.docx |

Thanks, Carlos, and nice to meet you. I appreciate the close attention. While we don't necessarily share your read of Local Rule CV-12, we're not opposed to making the request by consent motion. I've made a few additional changes in the attached to (1) reflect that we are moving Southwest Key's deadline to respond (by answer, motion, or otherwise), and (2) indicate that this is a consent motion, not simply unopposed. Other revisions are simply to correct a few nits, as you'll see. If acceptable, we'll proceed with filing as soon as we've made our appearances.

Best,
Rosie

**Rosie Dawn Griffin**
Partner
Feldesman Leifer LLP
1129 20th Street, NW, Suite 400
Washington, DC 20036
**P:** 202.466.8960
**F:** 202.293.8103
**www.feldesman.com**

FELDESMAN

CONFIDENTIALITY NOTICE: This e-mail and any attachments contain information from the law firm of Feldesman Leifer LLP and are intended solely for the use of the named recipient(s). This e-mail may contain privileged attorney-client communications or work product. Any dissemination by anyone other than an intended recipient is prohibited. If you are not a named recipient, you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments. If you have received this e-mail in error, notify rgriffin@feldesman.com immediately and delete the e-mail, any attachments, and all copies from any drives or storage media and destroy any printouts.

---

**From:** Carlos Doroteo <carlos@milpalaw.com>
**Sent:** Thursday, February 22, 2024 4:34 PM
**To:** Griffin, Rosie <rgriffin@feldesman.com>; Jack Kolar <jackk@whistleblower.org>
**Cc:** Sheffler, Scott <sSheffler@feldesman.com>; clawrence@findjustice.com; Richard Condit <rcondit@findjustice.com>
**Subject:** RE: U.S. ex rel. Garza v. Southwest Key Programs, Inc., 22-cv-00467

Hi Rosie,

Jack informed us about the agreement. I reviewed the Local Rules and they do touch upon the subject of requests to extend the answer deadline. I have made edits to the stipulation to change it to an unopposed motion, as required by the Local Rules: .

https://txed.uscourts.gov/sites/default/files/How%20to%20file%20applications%20to%20extend%20time%20to%20answer%20complaint%20-%2012272016.pdf. I also added a certificate of conference.

I also updated my information, since it contained my old firm information. Please let me know if you have any questions.

**Carlos Doroteo**
Milpa Law PLLC

---

**From:** Griffin, Rosie <rgriffin@feldesman.com>
**Sent:** Thursday, February 22, 2024 1:11 PM
**To:** Jack Kolar <jackk@whistleblower.org>
**Cc:** Sheffler, Scott <sSheffler@feldesman.com>; Carlos Doroteo <carlos@milpalaw.com>; clawrence@findjustice.com; Richard Condit <rcondit@findjustice.com>
**Subject:** RE: U.S. ex rel. Garza v. Southwest Key Programs, Inc., 22-cv-00467

Hi Jack,

It was nice speaking with you yesterday. Thank you for agreeing to extend Southwest Key's time to file a responsive pleading to Ms. Garza's complaint to 90 days. By our count, that gives us a deadline of Monday, May 13, 2024. I've attached a very straightforward draft stipulation to that effect. Let me know if you have any revisions. We're happy to handle filing once we've made our appearances.

Best,
Rosie

**Rosie Dawn Griffin**
Partner
Feldesman Leifer LLP
1129 20th Street, NW, Suite 400
Washington, DC 20036
**P:** 202.466.8960
**F:** 202.293.8103
**www.feldesman.com**

FELDESMAN

CONFIDENTIALITY NOTICE: This e-mail and any attachments contain information from the law firm of Feldesman Leifer LLP and are intended solely for the use of the named recipient(s). This e-mail may contain privileged attorney-client communications or work product. Any dissemination by anyone other than an intended recipient is prohibited. If you are not a named recipient, you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments. If you have received this e-mail in error, notify rgriffin@feldesman.com immediately and delete the e-mail, any attachments, and all copies from any drives or storage media and destroy any printouts.

---

**From:** Jack Kolar <jackk@whistleblower.org>
**Sent:** Wednesday, February 21, 2024 12:40 PM
**To:** Sheffler, Scott <sSheffler@feldesman.com>; Griffin, Rosie <rgriffin@feldesman.com>; Carlos@MilpaLaw.com; clawrence@findjustice.com; Richard Condit <rcondit@findjustice.com>
**Subject:** RE: U.S. ex rel. Garza v. Southwest Key Programs, Inc., 22-cv-00467

A zoom link would be great. Thank you.

---

**From:** Sheffler, Scott <sSheffler@feldesman.com>
**Sent:** Wednesday, February 21, 2024 12:38 PM
**To:** Jack Kolar <jackk@whistleblower.org>; Griffin, Rosie <rgriffin@feldesman.com>; Carlos@MilpaLaw.com; clawrence@findjustice.com; Richard Condit <rcondit@findjustice.com>
**Subject:** RE: U.S. ex rel. Garza v. Southwest Key Programs, Inc., 22-cv-00467

Jack,

Certainly. Have a conference line that you prefer, or would you like me to send a Zoom link?

Best,
Scott

**Scott Sheffler**
Partner
Feldesman Leifer LLP
1129 20th Street, NW, Suite 400
Washington, DC 20036
**P:** 202.466.8960
**F:** 202.293.8103
**www.feldesman.com**

FELDESMAN

CONFIDENTIALITY NOTICE: This e-mail and any attachments contain information from the law firm of Feldesman Leifer LLP and are intended solely for the use of the named recipient(s). This e-mail may contain privileged attorney-client communications or work product. Any dissemination by anyone other than an intended recipient is prohibited. If you are not a named recipient, you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments. If you have received this e-mail in error, notify sSheffler@feldesman.com immediately and delete the e-mail, any attachments, and all copies from any drives or storage media and destroy any printouts.

---

**From:** Jack Kolar <jackk@whistleblower.org>
**Sent:** Wednesday, February 21, 2024 12:37 PM
**To:** Sheffler, Scott <sSheffler@feldesman.com>; Griffin, Rosie <rgriffin@feldesman.com>; Carlos@MilpaLaw.com; clawrence@findjustice.com; Richard Condit <rcondit@findjustice.com>
**Subject:** RE: U.S. ex rel. Garza v. Southwest Key Programs, Inc., 22-cv-00467

Scott, we can meet with you today at 4 pm. Does that still work for you? Jack

---

**From:** Sheffler, Scott <sSheffler@feldesman.com>
**Sent:** Tuesday, February 20, 2024 2:52 PM
**To:** Jack Kolar <jackk@whistleblower.org>; Griffin, Rosie <rgriffin@feldesman.com>; Carlos@MilpaLaw.com; clawrence@findjustice.com; Richard Condit <rcondit@findjustice.com>
**Subject:** RE: U.S. ex rel. Garza v. Southwest Key Programs, Inc., 22-cv-00467

Jack,

Rosie and I are both available after 3pm today. If today is no good, we are also available before 10am or after 4pm tomorrow. Please just let us know what might work best for you.

Best,
Scott

**Scott Sheffler**
Partner
Feldesman Leifer LLP
1129 20th Street, NW, Suite 400
Washington, DC 20036
**P:** 202.466.8960
**F:** 202.293.8103
**www.feldesman.com**

FELDESMAN

CONFIDENTIALITY NOTICE: This e-mail and any attachments contain information from the law firm of Feldesman Leifer LLP and are intended solely for the use of the named recipient(s). This e-mail may contain privileged attorney-client communications or work product. Any dissemination by anyone other than an intended recipient is prohibited. If you are not a named recipient, you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments. If you have received this e-mail in error, notify sSheffler@feldesman.com immediately and delete the e-mail, any attachments, and all copies from any drives or storage media and destroy any printouts.

---

**From:** Jack Kolar <jackk@whistleblower.org>
**Sent:** Tuesday, February 20, 2024 1:18 PM
**To:** Griffin, Rosie <rgriffin@feldesman.com>; Carlos@MilpaLaw.com; clawrence@findjustice.com; Richard Condit <rcondit@findjustice.com>
**Cc:** Sheffler, Scott <sSheffler@feldesman.com>
**Subject:** RE: U.S. ex rel. Garza v. Southwest Key Programs, Inc., 22-cv-00467

Rosie and Scott, let us know when would be a good time for you to touch base re SWK's response to the amended complaint.

Jack

---

**From:** Griffin, Rosie <rgriffin@feldesman.com>
**Sent:** Friday, February 16, 2024 4:37 PM
**To:** Jack Kolar <jackk@whistleblower.org>; Carlos@MilpaLaw.com; clawrence@findjustice.com; Richard Condit <rcondit@findjustice.com>
**Cc:** Sheffler, Scott <sSheffler@feldesman.com>
**Subject:** U.S. ex rel. Garza v. Southwest Key Programs, Inc., 22-cv-00467

Counsel,

My colleague Scott Sheffler (copied) and I are engaged to represent defendant Southwest Key Programs, Inc. in the above-captioned matter. Given the length and apparent complexity of Ms. Garza's complaint, as well as existing professional obligations, we'd appreciate your courtesy in stipulating to a 90-day extension of our responsive pleading deadline, to and including May 13, 2024.

Please let us know if that would be agreeable to you. We're happy to meet and discuss by phone (or Zoom) if helpful.

Also, we noted there are several law firms for Ms. Garza. If it will be more efficient for us to direct our communications to a particular attorney moving forward, please let us know.

Best,
Rosie

**Rosie Dawn Griffin**
Partner
Feldesman Leifer LLP
1129 20th Street, NW, Suite 400
Washington, DC 20036
**P:** 202.466.8960
**F:** 202.293.8103
**www.feldesman.com**

FELDESMAN

CONFIDENTIALITY NOTICE: This e-mail and any attachments contain information from the law firm of Feldesman Leifer LLP and are intended solely for the use of the named recipient(s). This e-mail may contain privileged attorney-client communications or work product. Any dissemination by anyone other than an intended recipient is prohibited. If you are not a named recipient, you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments. If you have received this e-mail in error, notify rgriffin@feldesman.com immediately and delete the e-mail, any attachments, and all copies from any drives or storage media and destroy any printouts.