# EXHIBIT
# C

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* JANA GARZA, Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. 1:22-CV-000467<br>JUDGE MICHAEL TRUNCALE |
| SOUTHWEST KEY PROGRAMS, INC., et al., Defendants. | § | |

**UNSWORN DECLARATION OF CARLOS DOROTEO**

1. I am Carlos Doroteo, undersigned counsel for Relator Jana Garza.

2. I am over eighteen years of age and have personal knowledge on the facts stated herein and am competent to testify about the matters stated in this declaration.

3. I was present during the March 20, 2024 meet and confer conference that took place via Zoom between Defendants' counsel and Relators' counsel. Therein, Defendants' counsel Rosie Griffin sought a consent motion, which was very unclear and confusing because she sought a briefing schedule for a 12(b)(6) motion to dismiss, but also sought a transfer of venue, which would render it moot. I attempted to obtain clarification as to what the consent motion would consist of. The response I received suggested to me that the true purpose of the motion was for Defendants to obtain more time to postpone the April 8 answer deadline. No agreement was reached because no briefing schedule was presented by Defendants' counsel and no dates were exchanged.

4. Using Google Maps, I have calculated the distance and travel time between McAllen, Texas to the courthouse for the Southern District of Texas, Houston Division located at 515 Rusk, Street, Houston, Texas, 77002 ("Houston Courthouse") and to the courthouse for the

Western District of Texas, Austin Division located at 501 West Fifth Street, Suite 1100 Austin, Texas 78701 ("Austin Courthouse"). According to my research using Google Maps, the driving distance and time from McAllen to the Houston Courthouse is 349 miles and takes 5 hours and 18 minutes of driving time to travel there. The driving distance and time from McAllen to the Austin Courthouse is 314 miles and takes 4 hours and 50 minutes in driving time to travel there.

5. Using Google Maps, I have calculated the distance and travel time between Brownsville, Texas to the courthouse for the Southern District of Texas, Houston Division located at 515 Rusk, Street, Houston, Texas, 77002 ("Houston Courthouse") and to the courthouse for the Western District of Texas, Austin Division located at 501 West Fifth Street, Suite 1100 Austin, Texas 78701 ("Austin Courthouse"). According to my research using Google Maps, the driving distance and time from Brownsville to the Houston Courthouse is 359 miles and takes 5 hours and 20 minutes of driving time to travel there. The driving distance and time from Brownsville to the Austin Courthouse is 351 miles and takes 5 hours and 15 minutes in driving time to travel there.

**I declare under penalty of perjury that the foregoing is true and correct. (28 U.S.C. 1746).**

Executed on:

April 24, 2024

Date

Carlos Doroteo