# EXHIBIT

# D

southwest key programs

National Headquarters
6002 Jain Lane, Austin, Texas 78721

phone: 512.462.2181 • fax: 512.462.2028 • www.swkey.org

# SOUTHWEST KEY PROGRAMS
# SUPPLIER TERMS AND CONDITIONS

Southwest Key Programs, Inc. ("SWK") desires to purchase certain services or goods from Contractor (the "Work"), as set forth in the applicable Purchase Order ("PO").

Contractor desires to perform such services and/or provide such goods that Southwest Key has agreed to procure in the PO.

Contractor acknowledges that such services or goods may be in support of a government funded program or contract and that such governmental funding source ("Sponsor") may require additional terms than those presented in these terms and conditions.

These terms and conditions, together with the purchase order, and statement of work constitute the entire agreement between the parties (the "Contract"). This Contract constitutes the parties' entire contractual agreement and supersedes any previous oral or written representations, including but not limited to provisions in Contractor's quotations, proposals, acknowledgments, or other documents. The terms of this Contract may not be varied or modified in any manner, unless in a subsequent writing signed by an authorized representative of SWK legal department or executive management. Contractor's written acknowledgment, commencement of work on the goods, shipment of such goods, performance of services, or receipt of payment of any goods and/or services, whichever occurs first, shall be deemed an effective mode of acceptance of these terms and conditions provided herein. All work is to be done and/or materials provided subject to an approved PO prior to commencement of any said work. Any proposal for additional or different terms or any attempt by Contractor to vary in any degree any of the terms of this herein is hereby objected to and rejected, except for variances in the description, quantity, price or delivery schedule of the goods, which must be agreed to by both parties in writing.

1. PURCHASE ORDER

A. The Contractor shall perform, in a good and businesslike manner, the services set forth in each PO, which shall include the production of any described deliverables.

B. While this Contract aspires to include all terms and conditions applicable to the Work, notwithstanding the Changes Article of this Contract, SWK may impose additional reasonable conditions through a written notice on the Contractor unilaterally for SWK to achieve compliance with its obligations under its federal and state funding agreements.

C. Notwithstanding any other provision hereof, any decision of a governmental Sponsor that binds SWK will, upon being communicated to the Contractor in writing, bind the Contractor to the extent that it relates to this Contract or the Work hereunder.

2. COMPENSATION

A. Contractor shall invoice SWK not more than once per month for the proceeding month's labor or charges. SWK shall pay any undisputed invoices within 60 days of SWK's receipt. In the case of a disputed invoice, SWK will provide Contractor notice of any dispute within 30 days of receipt for correction and resubmission. All invoices must include: Contractor's name; Invoice date and number; Total Contract/PO value; payment information; and Federal Tax I.D. number.

3. EXPENSES

A. General

i. Expenses above and beyond the price schedule set forth in applicable PO are not permitted. In the event non-travel expenses are authorized in advance by SWK, the Contractor shall adhere to the requirements of this subsection.

southwest key programs

National Headquarters
6002 Jain Lane, Austin, Texas 78721
phone: 512.462.2181 • fax: 512.462.2028 • www.swkey.org

iii. Contractor breaches any material terms of this Contract; or

iv. In the event of suspension or debarment by any governmental entity of the Contractor, effective upon receipt by the Contractor of SWK's written notice of termination.

B. If this Contract is terminated, in whole or in part, then SWK shall not be liable for any work that is not yet performed or was not performed in accordance with the Contract.

C. If this Contract is terminated for cause, in whole or in part, SWK may acquire supplies or services similar to those terminated, and Contractor will be liable to SWK for any excess costs for those supplies or services.

10. DISPUTES

A. Disputes Involving the Government

i. For any Government Dispute, the Contractor may submit a detailed claim to SWK. SWK may, upon receipt of adequate information from the Contractor, submit an appropriate corresponding claim to the governmental agency.

B. Disputes Not Involving the Government

i. In the event a dispute arises out of or in connection with this Contract, the Parties will attempt to resolve the dispute through mediation.

ii. If the mediation does not successfully resolve the dispute, then either Party shall have the right to file suit in a court of competent jurisdiction in Travis County, TX.

iii. Contractor waives Contractor's right to request or demand a jury trial.

11. INDEMNIFICATION

**A. IN THE EVENT CONTRACTOR'S BREACH OF CONTRACT, NEGLIGENCE, GROSS NEGLIGENCE, OR WILLFUL MISCONDUCT OF ITS OFFICERS, EMPLOYEES, CONSULTANTS, SUBCONTRACTORS, AGENTS, REPRESENTATIVES OR AFFILIATES ("CONTRACTOR GROUP") ARISING FROM THE PERFORMANCE OF THIS CONTRACT CAUSES OR RESULTS IN (i) LOSS, DAMAGE TO, OR DESTRUCTION OF, REAL OR TANGIBLE PROPERTY THEN CONTRACTOR SHALLINDEMNIFY, DEFEND, AND HOLD SWK AND ITS OFFICERS, DIRECTORS, EMPLOYEES, PARENTS, SUBSIDIARIES, AFFILIATED PARTY, AND ANY FUNDING SOURCE BY A GOVERNMENT AGENCY ("SWK GROUP") HARMLESS FROM AND AGAINST ANY AND ALL CLAIMS, DEMANDS, ACTIONS, SUITS, DAMAGES, LIABILITIES, COSTS, AND EXPENSES, INCLUDING REASONABLE ATTORNEY'S FEES AND EXPENSES, RESULTING THERE FROM (COLECTIVELY, "LOSS").**

**B. TO THE EXTENT ALLOWED BY LAW, CONTRACTOR SHALL DEFEND, INDEMIFY, RELEASE AND HOLD HARMLESS SWK GROUP FROM AND AGAINST ANY LOSS, INCLUDING REASONABLE LEGAL FEES, BROUGHT AGAINST SWK GROUP BY REASON OF OR IN CONNECTION TO ANY BODILY INJURY OF, SICKNESS OF, OR DEATH OF CONTRACTOR GROUP.**

**C. WITH RESPECT TO ANY SETTLEMENT OF A LOSS THAT THE CONTRACTOR IS RESPONSIBLE TO INDEMNIFY, DEFEND, AND HOLD**