# EXHIBIT

# E

southwest key programs

National Headquarters
6002 Jain Lane, Austin, Texas 78721

phone: 512.462.2181 • fax: 512.462.2028 • www.swkey.org

# VENDOR NONDISCLOSURE AGREEMENT

This VENDOR NONDISCLOSURE AGREEMENT (this "Agreement") is made and entered by and between Southwest Key Programs, Inc. ("SWK"), and the entity or person identified on the signature block below ("Contractor"), and governs the disclosure of Confidential Information (as defined below) between the parties. Discloser shall mean the party disclosing the Confidential Information. Recipient shall mean the party receiving the Confidential Information.

Recipient understands that Discloser has disclosed or may disclose, either directly or indirectly in writing, orally, or by inspection of tangible objects, to Recipient information relating to Discloser's business that is confidential or proprietary in nature, whether explicitly designated as such or which in good faith ought to be treated as such given its nature and/or the nature of the disclosure (which to the extent previously, presently or subsequently obtained by Recipient is hereinafter referred to as "Confidential Information").

Confidential Information may include, but shall not be deemed to be not limited to, the following:

i. non-published patent applications and the information contained therein, trade secrets, inventions (whether patentable or not), discoveries and improvements;

ii. (ii) concepts, know-how, ideas, inventions, products, techniques, processes, methodologies, testing procedures, design and functional specifications, analysis and performance information, sketches, drawings, models, apparatus, equipment, user documentation, internal documentation, engineering information, hardware configuration information, technical or other representations, documentation, diagrams, schematics, flow charts, features, mode of operation and other details of products and services, and information concerning research, experimental work, development, design documents, details and specifications;

iii. (iii) software design and architecture, software programs, source code, object code and other computer code, modules, software source documents, specifications, algorithms, formulas, scripts, data, databases, and formulas related to the current, future and proposed products and services;

iv. (iv) names and expertise of directors, officers, employees and consultants;

v. (v) procurement requirements, purchasing, customer data, customer lists, customer names, suppliers and strategic partners, and lists thereof; and

vi. (vi) technical, business, financial, marketing, customer, supplier and product development plans, schedules, forecasts, strategies, analysis, budgets, materials sales, merchandising, promotional and marketing plans and information.

Without limiting the foregoing, Confidential Information also may include proprietary or confidential information of any third party who may disclose such information to Discloser in the course of Discloser's business, and for purposes of this Agreement, as between the parties such third-party confidential information shall be deemed Discloser's Confidential Information.

In consideration of any access Recipient may have to Confidential Information and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties hereto agree as follows:

1. Recipient agrees:

southwest key programs

National Headquarters
6002 Jain Lane, Austin, Texas 78721
phone: 512.462.2181 • fax: 512.462.2028 • www.swkey.org

such unauthorized release or other breach of which it is aware and shall cooperate with Discloser in every reasonable way to help Discloser regain possession of such Confidential Information and prevent its further unauthorized use or disclosure.

15. In the event any provision of this Agreement shall be held by a court of competent jurisdiction to be illegal, invalid or unenforceable, the remainder of this Agreement shall remain in full force and effect and the illegal, invalid or unenforceable provision shall be modified so as to be fully enforceable and to achieve to the maximum extent possible the business and economic purposes of the provision as originally drafted.

16. This Agreement shall be governed by the laws of the State of Texas without regard to the conflicts of law provisions thereof, and the parties consent to the exclusive jurisdiction and venue of the state and federal courts located in Travis County, Texas and agree to waive all objections to personal jurisdiction, venue and forum non conveniens.

17. This Agreement supersedes all prior discussions and writings and constitutes the entire agreement between the parties with respect to the Confidential Information disclosed pursuant to this Agreement.

18. This Agreement shall bind the respective officers, agents, employees and representatives of the parties and shall inure to the benefit of the parties, their successors and permitted assigns.

19. No waiver, modification or amendment of this Agreement will be binding upon either party unless made in writing and signed by a duly authorized representative of such party, and no failure or delay in enforcing any right will be deemed a waiver thereof.

20. Notices hereunder will be effective only if in writing and upon receipt if delivered personally or by overnight mail carrier or facsimile transmission confirmed by mailing, or three (3) days after deposit in the United States mail, first class postage prepaid.

21. Any ambiguous language in this Agreement shall be interpreted as to its fair meaning, and not strictly for or against either party, regardless of whether either party drafted the Agreement.

22. The prevailing party in any action to enforce this Agreement shall be entitled to costs and fees (including reasonable attorneys' fees and expert witness fees) incurred in connection with such action.

| **SOUTHWEST KEY PROGRAMS, INC.** | **CONTRACTOR** |
|---|---|
| **By:** ______________________ | **By:** ______________________ |
| **Name:** ______________________ | **Name:** ______________________ |
| **Title:** ______________________ | **Title:** ______________________ |
| **Date:** ______________ | **Date:** ______________ |