# EXHIBIT

# F

LexisNexis

**1 OF 1 RECORD(S)**

## SmartLinx® Comprehensive Business Report

**Report Created:** 4-21-2024 10:12 PM EST | FOR INFORMATIONAL PURPOSES ONLY | Copyright © 2024 LexisNexis, All rights reserved.

**Search Terms -** company(Divine Family Care PLLC) radius(30) first-name(Diego) last-name(Naranjo) state(TX)

| | | | |
|---|---|---|---|
| Executives - Current (2) | Incorporation/SOS (3) | Operations/Sites (2) | Sales (1) |
| Licenses (0) | URLs (1) | Real Property - Current (0) | Real Property - Prior (0) |
| MVRs - Current (0) | MVRs - Prior (0) | Watercraft - Current (0) | Watercraft - Prior (0) |
| Aircraft - Current (0) | Aircraft - Prior (0) | Bankruptcy Filings (0) | Judgments & Liens Filings (0) |
| UCC Filings (0) | Executives - Prior (0) | Registered Agents (3) | Name Variations (3) |
| Possible Employees (1) | Person Associates (0) | Business Associates (0) | TINs (1) |
| Possible Connected Business (2) | Parent Company (0) | Industry Information (1) | |
| View All Sources (39) | | | |

## Business Summary

| **Name** | **Address** | **Phone** |
|---|---|---|
| DIVINE FAMILY CARE PLLC | 832 Abrahamson Dr<br>Brownsville, TX 78526-9469<br>Cameron County | 956-551-6858 |
| **LexID** | **Established** | **TIN** |
| 1361-6022-5817 | 2019<br>(5 Years in Business) | 84-3594559 |

## At a Glance

| | | | |
|---|---|---|---|
| **Real Property** | 0 | **UCC Debtor** | 0 |
| **Personal Property** | 0 | **Bankruptcy** | 0 |
| **Secured Assets** | 0 | **Judgments/Liens** | 0 |
| **Executives** | 2 | **Foreclosure/Notice of Default** | 0 |

## Name Variations - 3 name variations found

| NO. | NAME |
|---|---|
| 1 | DIVINE FAMILY CARE PLLC |
| 2 | DEVINE FAMILY CARE, PLLC |
| 3 | DIVINE FAMILY CARE, PLLC |

## TINs - 1 TIN(s) found

| NO. | TIN | NAME |
|---|---|---|
| 1 | 84-3594559 | DIVINE FAMILY CARE |

## Business Profile

### Executives: Current - 2 executive(s) found

| NO. | NAME | TITLE |
|---|---|---|
| 1. | Garcia, Berenice | MEMBER (01/2020 - 12/04/2023) |
| 2. | Naranjo, Diego<br>Associated with Other Companies | - MEMBER (10/30/2019 - 12/04/2023)<br>- MANAGER (01/2020 - 06/07/2021)<br>- N/A (10/30/2019)<br>- MANAGING MEMBER |

### Incorporation/SOS (3 active, 0 other)

| NO. | NAME | FILING TYPE | STATUS | FILING DATE | FILING NO. | STATE |
|---|---|---|---|---|---|---|
| 1. | DIVINE FAMILY CARE, PLLC | LIMITED LIABILITY CORPORATION | ACTIVE | 02/05/2024 | 2783751 | NC |

*Additional Details*
Business Type: LIMITED LIABILITY CORPORATION

Business Status: ACTIVE

Expiration: PERPETUAL

For Profit: Unknown

Foreign/Domestic: Foreign

Foreign Incorporation Location: TEXAS

Origin: State of NC

*Filing History (most recent two years)*

| Filing Date | Description |
|---|---|
| 02/05/2024 | APPLICATION FOR CERTIFICATE OF AUTHORITY LIMITED L |

| | | | | | | |
|---|---|---|---|---|---|---|
| 2. | DIVINE FAMILY CARE PLLC | FOREIGN PROFESSIONAL LLC | ACTIVE | 06/09/2020 | 23049125 | AZ |

*Additional Details*
Business Type: FOREIGN PROFESSIONAL LLC

Business Status: ACTIVE

Filing Type: APPROVED

For Profit: Unknown

Foreign/Domestic: Foreign

Foreign Incorporation Location: TEXAS

Origin: State of AZ

| | | | | | | |
|---|---|---|---|---|---|---|
| 3. | DIVINE FAMILY CARE, PLLC | | ACTIVE | 12/30/2019 | 0803458580 | TX |

*Additional Details*
Business Status: ACTIVE

Filing Type: CREATION

For Profit: Unknown

Origin: State of TX

*Filing History (most recent two years)*

| Filing Date | Description |
|---|---|
| 04/03/2024 | CHANGE OF REGISTERED AGENT/OFFICE |
| 12/31/2023 | PUBLIC INFORMATION REPORT (PIR) |
| 12/06/2023 | PUBLIC INFORMATION REPORT (PIR) |
| 09/20/2023 | PUBLIC INFORMATION REPORT (PIR) |
| 05/16/2023 | PUBLIC INFORMATION REPORT (PIR) |
| 12/31/2022 | PUBLIC INFORMATION REPORT (PIR) |

## OperatingLocations - Showing 2 location(s)

| NO. | ADDRESS | METRO AREA | PHONE |
|---|---|---|---|
| 1. | 2375 E Camelback Rd Ste 600<br>Phoenix, AZ 85016-3493<br>Maricopa County | Phoenix-Mesa, AZ | |

| | | | |
|---|---|---|---|
| 2. | 832 Abrahamson Dr<br>Brownsville, TX 78526-9469<br>Cameron County | Brownsville-Harlingen-San Benito, TX | 602-805-6677<br>956-838-2338<br>(Phone De-Listed in Electronic Directory Assistance)<br>956-551-6858 |

## Sales - 1 record(s) found

| ANNUAL SALES | DATE REPORTED |
|---|---|
| $83,000.00 | 03/06/2024 |

## Parent Company - 0 record(s) found

## Industry Information - 6 record(s) found

| SIC | | NAIC | |
|---|---|---|---|
| 8049 | Offices Of Health Practitioners, Nec | 621111 | Offices of Physicians (except Mental Health Specialists) |
| 5699 | Misc. Apparel & Accessory Stores | 621399 | Offices of All Other Miscellaneous Health Practitioners |
| 8010 | Offices & Clinics Of Medical Doctors | | |
| 8011 | Offices & Clinics Of Medical Doctors | | |

Industry Description: DOCTORS OF MEDICINE, OFFICES & CLI

Business Description: OFFICES OF PHYSICIANS (EXCEPT MENTAL HEALTH SPECIALISTS)

## Licenses - 0 licenses found

## URLs - 1 URLs found

HTTPS:

## Bankruptcy (0 active, 0 closed)

## Judgments/Liens (0 filings)

## UCC Filings (0 debtor, 0 creditor)

## Real Property (0 current, 0 prior)

**Personal Property (0 current, 0 prior)**

Motor Vehicles (Showing 0 of 0)

Watercraft (Showing 0 of 0)
Aircraft (Showing 0 of 0)

## Associates

Executives: Prior - 0 prior executive(s) found

Registered Agents - 3 registered agent(s) found

| NO. | NAME | ADDRESS | STATE | DATE(S) |
|---|---|---|---|---|
| 1. | CAPITOL CORPORATE SERVICES, INC. | 176 Mine Lake Ct Ste 100<br>Raleigh, NC 27615-6417 | North Carolina | 02/05/2024 - 04/09/2024 |
| 2. | Garcia, Berenice | 2375 E Camelback Rd Ste 600<br>Phoenix, AZ 85016-3493 | Arizona | 06/09/2020 |
| 3. | Naranjo, Diego | 832 Abrahamson Dr<br>Brownsville, TX 78526-9469 | Texas | 10/30/2019 - 05/17/2023 |

Possible Employees - 0 current, 1 prior employees found

| NO. | NAME | ADDRESS | STATUS | DATE(S) |
|---|---|---|---|---|
| 1. | Garcia, Juan M | 2375 E Camelback Rd Ste 600<br>Phoenix, AZ 85016-3493 | Prior | |

Person Associates - 0 other person associates found

Possible Connected Business - 2 businesses found

| NO. | NAME | ADDRESS |
|---|---|---|
| 1. | DIVINE FAMILY CARE PLLC | 222 N Expressway Ste 129<br>Brownsville, TX 78521-2258<br>Cameron County |
| 2. | DIVINE FAMILY CARE, PLLC | 4 Sweetwater Ct<br>Sugar Land, TX 77479-3130<br>Fort Bend County |

Business Associates - 0 business associates found

Sources - 39 record(s) found

| | |
|---|---|
| All Sources | 39 Source Documents |
| Experian Business Data | 1 Source Documents |