# EXHIBIT
# G

LexisNexis

**1 OF 1 RECORD(S)**

# SmartLinx® Comprehensive Business Report

**Report Created:** 4-21-2024 10:16 PM EST | FOR INFORMATIONAL PURPOSES ONLY | Copyright © 2024 LexisNexis, All rights reserved.

**Search Terms -** company(Trinity Health Services PLLC) radius(30) first-name(Diego) last-name(Naranjo) state(TX)

| | | | |
|---|---|---|---|
| Executives - Current (1) | Incorporation/SOS (1) | Operations/Sites (1) | Sales (1) |
| Licenses (0) | URLs (0) | Real Property - Current (0) | Real Property - Prior (0) |
| MVRs - Current (0) | MVRs - Prior (0) | Watercraft - Current (0) | Watercraft - Prior (0) |
| Aircraft - Current (0) | Aircraft - Prior (0) | Bankruptcy Filings (0) | Judgments & Liens Filings (0) |
| UCC Filings (0) | Executives - Prior (0) | Registered Agents (1) | Name Variations (2) |
| Possible Employees (0) | Person Associates (0) | Business Associates (0) | TINs (0) |
| Possible Connected Business (7) | Parent Company (0) | Industry Information (1) | |
| View All Sources (5) | | | |

## Business Summary

| Name | Address | Phone |
|---|---|---|
| TRINITY HEALTH SERVICES PLLC | 832 Abrahamson Dr<br>Brownsville, TX 78526-9469<br>Cameron County | 956-551-6858 |
| **LexID** | **Established** | **TIN** |
| 1352-5626-6835 | 2019<br>(5 Years in Business) | |

**At a Glance**

| | | | |
|---|---|---|---|
| **Real Property** | 0 | **UCC Debtor** | 0 |
| **Personal Property** | 0 | **Bankruptcy** | 0 |
| **Secured Assets** | 0 | **Judgments/Liens** | 0 |
| **Executives** | 1 | **Foreclosure/Notice of Default** | 0 |

## Name Variations - 2 name variations found

| NO. | NAME |
|---|---|
| 1 | TRINITY HEALTH SERVICES PLLC |
| 2 | TRINITY HEALTH SERVICES P |

## TINs - 0 TIN(s) found

**Business Profile**

## Executives: Current - 1 executive(s) found

| NO. | NAME | TITLE |
|---|---|---|
| 1. | Naranjo, Diego<br>Associated with Other Companies | - MEMBER (04/2019 - 12/04/2023)<br>- MANAGER (03/28/2019)<br>- N/A (03/28/2019)<br>- MANAGING MEMBER |

## Incorporation/SOS (1 active, 0 other)

| NO. | NAME | FILING TYPE | STATUS | FILING DATE | FILING NO. | STATE |
|---|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| 1. | TRINITY HEALTH SERVICES PLLC | ACTIVE | 03/28/2019 | 0803276570 | TX |

*Additional Details*
Business Status: ACTIVE
Filing Type: CREATION
For Profit: Unknown
Origin: State of TX

*Filing History (most recent two years)*

| Filing Date | Description |
|---|---|
| 04/03/2024 | CHANGE OF REGISTERED AGENT/OFFICE |
| 12/31/2023 | PUBLIC INFORMATION REPORT (PIR) |
| 11/01/2023 | PUBLIC INFORMATION REPORT (PIR) |
| 10/15/2023 | PUBLIC INFORMATION REPORT (PIR) |
| 05/16/2023 | PUBLIC INFORMATION REPORT (PIR) |
| 12/31/2022 | PUBLIC INFORMATION REPORT (PIR) |

## OperatingLocations - Showing 1 location(s)

| NO. | ADDRESS | METRO AREA | PHONE |
|---|---|---|---|
| 1. | 832 Abrahamson Dr<br>Brownsville, TX 78526-9469<br>Cameron County | Brownsville-Harlingen-San Benito, TX | 956-551-6858<br>361-249-1201<br>956-592-1311 |

## Sales - 1 record(s) found

| ANNUAL SALES | DATE REPORTED |
|---|---|
| $1,043,000.00 | 03/06/2024 |

## Parent Company - 0 record(s) found

## Industry Information - 2 record(s) found

| SIC | | NAIC | |
|---|---|---|---|
| 8099 | Health And Allied Services, Nec | 621999 | All Other Miscellaneous Ambulatory Health Care Services |

Industry Description: HEALTH & ALLIED SERVICES, NEC
Business Description:

## Licenses - 0 licenses found

## URLs - 0 URLs found

## Bankruptcy (0 active, 0 closed)

## Judgments/Liens (0 filings)

## UCC Filings (0 debtor, 0 creditor)

## Real Property (0 current, 0 prior)

**Personal Property (0 current, 0 prior)**
Motor Vehicles (Showing 0 of 0)
Watercraft (Showing 0 of 0)
Aircraft (Showing 0 of 0)

**Associates**

## Executives: Prior - 0 prior executive(s) found

## Registered Agents - 1 registered agent(s) found

| NO. | NAME | ADDRESS | STATE | DATE(S) |
|---|---|---|---|---|
| 1. | Naranjo, Diego | 832 Abrahamson Dr<br>Brownsville, TX 78526-9469 | Texas | 03/28/2019 - 05/17/2023 |

## Possible Employees - 0 current, 0 prior employees found

## Person Associates - 0 other person associates found

## Possible Connected Business - 7 businesses found

| NO. | NAME | ADDRESS |
|---|---|---|
| 1. | SCOTT & WHITE FOUNDATION BRENHAM | 700 Medical Pkwy<br>Brenham, TX 77833-5413<br>Washington County |
| 2. | TRINITY HEALTH SERVICES | 222 N Expressway<br>Brownsville, TX 78521-2258<br>Cameron County |
| 3. | TRINITY HEALTH SERVICES | 4247 Armand View Dr<br>Pasadena, TX 77505-4469<br>Harris County |
| 4. | TRINITY HEALTH SERVICES CORPORATION | 400 E Sayles St<br>Brenham, TX 77833-2358<br>Washington County |
| 5. | TRINITY HEALTH SERVICES INC | 10100 Morrison Rd Ste 108<br>New Orleans, LA 70127-0825<br>Orleans County |
| 6. | TRINITY HEALTH SERVICES PLLC | 4 Sweetwater Ct<br>Sugar Land, TX 77479-3130<br>Fort Bend County |
| 7. | TRINITY HEALTH SVC PLLC | 7480 Padre Island Hwy<br>Brownsville, TX 78521-3449<br>Cameron County |

## Business Associates - 0 business associates found

## Sources - 5 record(s) found

| | |
|---|---|
| All Sources | 5 Source Documents |
| Experian Business Data | 1 Source Documents |
| Corporate Filings | 1 Source Documents |
| Other Directories | 2 Source Documents |
| Experian | 1 Source Documents |

Key
High Risk Indicator. These symbols may prompt you to investigate further.
Moderate Risk Indicator. These symbols may prompt you to investigate further.
General Information Indicator. These symbols inform you that additional information is provided.
The most recent telephone listing as reported by Electronic Directory Assistance.

**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents,