# EXHIBIT H

LexisNexis

**1 OF 1 RECORD(S)**

FOR INFORMATIONAL PURPOSES ONLY
Copyright © 2024 LexisNexis
a division of Reed Elsevier Inc. All Rights Reserved.
Report Created: March 28, 2024 - Thursday 12:38 PM

# Texas Secretary of State

**This data is for informational purposes only.**

## Corporate Filing 1

**Business Information**

**Filing Type:** CURRENT
**Filing Number:** 0802634433
**Name:** VALLEY MED URGENT CARE PLLC
**Name Type:** LEGAL
**Filing Type:** CREATION
**Filing Date:** 01/26/2017
**Status:** IN USE
**Place Incorporated:** TEXAS
**Date Incorporated:** 01/25/2017
**Manufacturer:** NO
**Partnership:** NO
**Status Comment:** RIGHT TO TRANSACT BUSINESS: ACTIVE
**Date Last Seen:** 03/03/2024

## Corporate Filing 2

**Business Information**

**Filing Type:** CURRENT
**Filing Number:** 0802634433
**Name:** VALLEY MED URGENT CARE PLLC
**Name Type:** LEGAL
**Standard Business Address:** 4 SWEETWATER CT
SUGAR LAND, TX 77479-3130
**Original Business Address:** 4 SWEETWATER CT
SUGAR LAND, TX 774793130
US

**State Tax ID:** 32062686095
**Business Type:** DOMESTIC LIMITED LIABILITY COMPANY (LLC)
**Status:** IN EXISTENCE
**Place Incorporated:** TEXAS
**Date Incorporated:** 01/25/2017
**Foreign/Domestic:** DOMESTIC
**Terms:** PERPETUAL
**Manufacturer:** NO
**Partnership:** NO
**Status Comment:** RIGHT TO TRANSACT BUSINESS: ACTIVE
**Date Last Seen:** 03/03/2024

**Registered Agent**

**Name:** BAWLA & BAWLA LLC
**Registered Agent Address Type:** REGISTERED OFFICE
**Registered Agent Address:** 4 SWEETWATER CT
SUGAR LAND, TX 77479-3130

## Corporate Filing 3

## Corporate Filing 3

### Business Information

**Filing Type:** CURRENT
**Filing Number:** 0802634433
**Name:** REVIVE AESTHETIC MEDICINE
**Name Type:** ASSUMED
**Filing Type:** CREATION
**Filing Date:** 03/02/2024
**Status:** ACTIVE
**Place Incorporated:** TEXAS
**Date Incorporated:** 01/25/2017
**Terms:** DATE OF EXPIRATION: 3/1/2034
**Manufacturer:** NO
**Partnership:** NO
**Additional Information:** ASSUMED NAME LISTED IN ALL COUNTIES
**Status Comment:** RIGHT TO TRANSACT BUSINESS: ACTIVE
**Date Last Seen:** 03/03/2024

## Corporate Filing 4

### Business Information

**Filing Type:** CURRENT
**Filing Number:** 0802634433
**Name:** VIRTUE FUNCTIONAL MEDICINE
**Name Type:** ASSUMED
**Filing Type:** CREATION
**Filing Date:** 03/02/2024
**Status:** ACTIVE
**Place Incorporated:** TEXAS
**Date Incorporated:** 01/25/2017
**Terms:** DATE OF EXPIRATION: 3/1/2034
**Manufacturer:** NO
**Partnership:** NO
**Additional Information:** ASSUMED NAME LISTED IN ALL COUNTIES
**Status Comment:** RIGHT TO TRANSACT BUSINESS: ACTIVE
**Date Last Seen:** 03/03/2024

## Corporate Filing 5

### Business Information

**Filing Type:** HISTORICAL
**Filing Number:** 0802634433
**Name:** VALLEY MED URGENT CARE PLLC
**Name Type:** LEGAL
**Standard Business Address:** 4 SWEETWATER CT
SUGAR LAND, TX 77479-3130
**Original Business Address:** 4 SWEETWATER CT
SUGAR LAND, TX 774793130
US

**State Tax ID:** 32062686095
**Business Type:** DOMESTIC LIMITED LIABILITY COMPANY (LLC)
**Status:** IN EXISTENCE
**Place Incorporated:** TEXAS
**Date Incorporated:** 01/25/2017
**Foreign/Domestic:** DOMESTIC
**Terms:** PERPETUAL
**Manufacturer:** NO
**Partnership:** NO
**Status Comment:** RIGHT TO TRANSACT BUSINESS: ACTIVE
**Date Last Seen:** 05/14/2022

### Registered Agent

**Name:** ABDUR, RAUF
**Registered Agent Address Type:** REGISTERED OFFICE
**Registered Agent Address:** 2534 BOCA CHICA BLVD

**Corporate Filing 5**

BROWNSVILLE, TX 78521-2310

**Corporate Filing 6**
**Business Information**

**Filing Type:** HISTORICAL
**Filing Number:** 0802634433
**Name:** VALLEY MED URGENT CARE PLLC
**Name Type:** LEGAL
**Standard Business Address:** 4 NEW HYDE PARK RD STE 4
FRANKLIN SQUARE, NY 11010-3644
**Original Business Address:** 4 NEW HYDE PARK RD STE 4
FRANKLIN SQ, NY 110103644
US

**State Tax ID:** 32062686095
**Business Type:** DOMESTIC LIMITED LIABILITY COMPANY (LLC)
**Status:** IN EXISTENCE
**Place Incorporated:** TEXAS
**Date Incorporated:** 01/25/2017
**Foreign/Domestic:** DOMESTIC
**Terms:** PERPETUAL
**Manufacturer:** NO
**Partnership:** NO
**Status Comment:** RIGHT TO TRANSACT BUSINESS: ACTIVE
**Date Last Seen:** 03/04/2022

**Registered Agent**

**Name:** ABDUR, RAUF
**Registered Agent Address Type:** REGISTERED OFFICE
**Registered Agent Address:** 2534 BOCA CHICA BLVD
BROWNSVILLE, TX 78521-2310

**Corporate Filing 7**
**Business Information**

**Filing Type:** HISTORICAL
**Filing Number:** 0802634433
**Name:** VALLEY MED URGENT CARE PLLC
**Name Type:** LEGAL
**Standard Business Address:** 17 LAKE MIST CT
SUGAR LAND, TX 77479-5858
**Original Business Address:** 17 LAKE MIST CT
SUGAR LAND, TX 77479
US

**State Tax ID:** 32062686095
**Business Type:** DOMESTIC LIMITED LIABILITY COMPANY (LLC)
**Status:** IN EXISTENCE
**Place Incorporated:** TEXAS
**Date Incorporated:** 01/25/2017
**Foreign/Domestic:** DOMESTIC
**Terms:** PERPETUAL
**Manufacturer:** NO
**Partnership:** NO
**Status Comment:** RIGHT TO TRANSACT BUSINESS: ACTIVE
**Date Last Seen:** 01/17/2020

**Registered Agent**

**Name:** ABDUR, RAUF
**Registered Agent Address Type:** REGISTERED OFFICE
**Registered Agent Address:** 2534 BOCA CHICA BLVD
BROWNSVILLE, TX 78521-2310

**Corporate Filing 8**
**Business Information**

**Corporate Filing 8**

**Filing Type:** HISTORICAL
**Filing Number:** 0802634433
**Name:** VALLEY MED URGENT CARE PLLC
**Name Type:** LEGAL
**Standard Business Address:** 2534 BOCA CHICA BLVD
BROWNSVILLE, TX 78521-2310
**Original Business Address:** 2534 BOCA CHICA BLVD
BROWNSVILLE, TX 785212310
US

**State Tax ID:** 32062686095
**Business Type:** DOMESTIC LIMITED LIABILITY COMPANY (LLC)
**Status:** IN EXISTENCE
**Place Incorporated:** TEXAS
**Date Incorporated:** 01/25/2017
**Foreign/Domestic:** DOMESTIC
**Terms:** PERPETUAL
**Manufacturer:** NO
**Partnership:** NO
**Status Comment:** RIGHT TO TRANSACT BUSINESS: ACTIVE
**Date Last Seen:** 03/17/2017

**Registered Agent**

**Name:** ABDUR, RAUF
**Registered Agent Address Type:** REGISTERED OFFICE
**Registered Agent Address:** 2534 BOCA CHICA BLVD
BROWNSVILLE, TX 78521-2310

## Historical Registered Agents

| Name | Address | Contact Info |
|---|---|---|
| ABDUR, RAUF | Type: REGISTERED OFFICE<br>2534 BOCA CHICA BLVD<br>BROWNSVILLE, TX 78521-2310 | |

## Officers

| Name | Date(s) | Standardized Address | Original Address |
|---|---|---|---|
| HERNANDEZ, EDER<br>Title: PRESIDENT | | Type: CONTACT<br>1180 CEIBA CIR<br>BROWNSVILLE, TX 78521-3655 | 1180 CEIBA CIRCLE<br>BROWNSVILLE, TX 78526<br>US |

## Historical Contacts

| Name | Date(s) | Standardized Address | Original Address |
|---|---|---|---|
| GARCIA, JUAN MARCOS<br>Title: MANAGER | | Type: CONTACT<br>2950 MCALLEN RD<br>BROWNSVILLE, TX 78520-9704 | 2950 MCALLEN ROAD<br>BROWNSVILLE, TX 78520<br>US |
| HERNANDEZ, EDER FRANCISCO<br>Title: MANAGER | | Type: CONTACT<br>2950 MCALLEN RD<br>BROWNSVILLE, TX 78520-9704 | 2950 MCALLEN ROAD<br>BROWNSVILLE, TX 78520<br>US |
| ABDUR, RAUF<br>Title: PRESIDENT | | Type: CONTACT<br>17 LAKE MIST CT<br>SUGAR LAND, TX 77479-5858 | 17 LAKE MIST CT<br>SUGAR LAND, TX 77479<br>US |
| ABDUR, RAUF<br>Title: MANAGER | | Type: CONTACT<br>17 LAKE MIST CT | 17 LAKE MIST CT<br>SUGAR LAND, TX 77479 |

**Estimated Roll Certification Date: 07/25/2023**

**Assessor's Parcel Number:** A0480-99-000-0001-00
**Tax Account Number:** 1184071
**Brief Description:** INVENTORY SUPPLIES FURNITURE FIXTURES & EQUIPMENT AT 101 E EXPWY 83 STE 170 / NEW ACCT 2019

**Assessment Information**

**Market Value Year:** 2023
**Total Market Value:** $46,040
**Assessment Year:** 2023
**Total Assessed Value:** $46,040

**Tax Information**

**Tax Rate Code:** CML DR1 GHD JCC
**Tax Amount:** $1,083.18
**Tax Year:** 2023

**Property Characteristics**

**School Tax District:** SML SST

# Tax Assessor Records

**This data is for informational purposes only.**

**Estimated Roll Certification Date: 07/25/2023**

**Owner Information**

**Original Name:** VALLEY MED URGENT CARE PLLC
**Standardized Name:** VALLEY MED URGENT CARE PLLC
**Original Address:** 2534 BOCA CHICA BLVD STE 7
BROWNSVILLE, TX 78521-3497
**Standardized Address:** 2534 BOCA CHICA BLVD STE 7
BROWNSVILLE, TX 78521-2310
CAMERON COUNTY

**Property Information**

**Original Property Address:** 800 E ALTON GLOOR BLVD #A
BROWNSVILLE, TX
**Standardized Property Address:** 800 E ALTON GLOOR BLVD STE A
BROWNSVILLE, TX 78526-4296
CAMERON COUNTY
**Land Use:** MISC BPP NOT OTHERWISE CLASSED
**County:** CAMERON
**Data Source:** B

**Legal Information**

**Assessor's Parcel Number:** 00-0100-2021-0716-00
**Tax Account Number:** 429439
**Brief Description:** INV, FURN, FIXT, MACH, & EQPT AT 800 E ALTON GLOOR BLVD, STE A, BROWNSVILLE, TX
**Legal Description:** CITY/MUNI/TWNSP: CITY OF BROWNSVILLE

**Assessment Information**

**Market Value Year:** 2023
**Total Market Value:** $78,816
**Assessment Year:** 2023
**Total Assessed Value:** $78,816

**Tax Information**

**Tax Rate Code:** CAD CBR IBR SBN

# Tax Assessor Records

**This data is for informational purposes only.**

**Estimated Roll Certification Date: 07/25/2023**

**Owner Information**

**Original Name:** VALLEY MED URGENT CARE
**Standardized Name:** VALLEY MED URGENT CARE
**Original Address:** 2534 BOCA CHICA BLVD STE 7
BROWNSVILLE, TX 78521-3497
**Standardized Address:** 2534 BOCA CHICA BLVD STE 7
BROWNSVILLE, TX 78521-2310
CAMERON COUNTY

**Property Information**

**Original Property Address:** 101 E INTERSTATE HWY 2 STE 170
MCALLEN, TX 78501
**Standardized Property Address:** 101 E INTERSTATE HWY 2 STE 170
MCALLEN, TX 78501
HIDALGO COUNTY
**Land Use:** MISC BPP NOT OTHERWISE CLASSED
**County:** HIDALGO
**Data Source:** B

**Legal Information**

**Assessor's Parcel Number:** A0480-99-000-0001-00
**Tax Account Number:** 1184071
**Brief Description:** INVENTORY SUPPLIES FURNITURE FIXTURES & EQUIPMENT AT 101 E EXPWY 83 STE 170 / NEW ACCT 2019
**Legal Description:** CITY/MUNI/TWNSP: UNINCORPORATED AREA

**Assessment Information**

**Market Value Year:** 2023
**Total Market Value:** $46,040
**Assessment Year:** 2023
**Total Assessed Value:** $46,040

**Tax Information**

**Tax Rate Code:** CML,DR1,GHD,JCC,SM
**Tax Amount:** $920.80
**Tax Year:** 2022

**Property Characteristics**

**School Tax District:** L,SST

# Tax Assessor Records

**This data is for informational purposes only.**

**Estimated Roll Certification Date: 07/25/2022**

**Owner Information**

**Original Name:** VALLEY MED URGENT CARE PLLC
**Standardized Name:** VALLEY MED URGENT CARE PLLC
**Original Address:** 2534 BOCA CHICA BLVD STE 7
BROWNSVILLE, TX 78521-2310
**Standardized Address:** 2534 BOCA CHICA BLVD STE 7
BROWNSVILLE, TX 78521-2310
CAMERON COUNTY

**Property Information**