# EXHIBIT I

**1 OF 1 RECORD(S)**

FOR INFORMATIONAL PURPOSES ONLY
Copyright © 2024 LexisNexis
a division of Reed Elsevier Inc. All Rights Reserved.
Report Created: April 21, 2024 - Sunday 9:41 PM

# Texas Secretary of State

# Corporate Filing 1

### Business Information

**Filing Type:** CURRENT
**Filing Number:** 0802886264
**Name:** MIGDAL EDER, LLC
**Name Type:** LEGAL
**Filing Date:** 12/19/2017
**Filing Type:** CREATION
**Status:** IN USE
**Place Incorporated:** TEXAS
**Date Incorporated:** 12/19/2017
**Partnership:** NO
**Status Comment:** RIGHT TO TRANSACT BUSINESS: ACTIVE
**Date Last Seen:** 12/06/2023

# Corporate Filing 2

### Business Information

**Filing Type:** CURRENT
**Filing Number:** 0802886264
**Name:** MIGDAL EDER, LLC
**Name Type:** LEGAL
**STANDARD BUSINESS Address:** 4 SWEETWATER CT
SUGAR LAND, TX 77479-3130
**ORIGINAL BUSINESS Address:** 4 SWEETWATER CT
SUGAR LAND, TX 774793130
US

**State Tax ID:** 32065707013
**Business Type:** DOMESTIC LIMITED LIABILITY COMPANY (LLC)
**Status:** IN EXISTENCE
**Place Incorporated:** TEXAS
**Date Incorporated:** 12/19/2017
**Foreign/Domestic:** DOMESTIC
**Terms:** PERPETUAL
**Partnership:** NO
**Status Comment:** RIGHT TO TRANSACT BUSINESS: ACTIVE
**Date Last Seen:** 12/06/2023

### Registered Agent

**Name:** BAWLA & BAWLA LLC
**Registered Agent Address** 4 SWEETWATER CT
SUGAR LAND, TX 77479-3130

# Corporate Filing 3

### Business Information

**Filing Type:** HISTORICAL
**Filing Number:** 0802886264
**Name:** MIGDAL EDER, LLC
**Name Type:** LEGAL
**STANDARD BUSINESS Address:** 2950 MCALLEN RD APT 9
BROWNSVILLE, TX 78520-9781
**ORIGINAL BUSINESS Address:** 2950 MCALLEN RD APT 9
BROWNSVILLE, TX 785209781
US

**State Tax ID:** 32065707013
**Business Type:** DOMESTIC LIMITED LIABILITY COMPANY (LLC)
**Status:** IN EXISTENCE
**Place Incorporated:** TEXAS
**Date Incorporated:** 12/19/2017
**Foreign/Domestic:** DOMESTIC
**Terms:** PERPETUAL
**Partnership:** NO
**Status Comment:** RIGHT TO TRANSACT BUSINESS: ACTIVE
**Date Last Seen:** 04/24/2023

### Registered Agent

**Name:** BAWLA & BAWLA LLC
**Registered Agent Address** 4 SWEETWATER CT
SUGAR LAND, TX 77479-3130

# Corporate Filing 4

### Business Information

**Filing Type:** HISTORICAL
**Filing Number:** 0802886264
**Name:** MIGDAL EDER, LLC
**Name Type:** LEGAL
**STANDARD BUSINESS Address:** 2950 MCALLEN RD APT 9
BROWNSVILLE, TX 78520-9781
**ORIGINAL BUSINESS Address:** 2950 MCALLEN RD APT 9
BROWNSVILLE, TX 785209781
US

**State Tax ID:** 32065707013
**Business Type:** DOMESTIC LIMITED LIABILITY COMPANY (LLC)
**Status:** IN EXISTENCE
**Place Incorporated:** TEXAS
**Date Incorporated:** 12/19/2017
**Foreign/Domestic:** DOMESTIC
**Terms:** PERPETUAL
**Partnership:** NO
**Status Comment:** RIGHT TO TRANSACT BUSINESS: ACTIVE
**Date Last Seen:** 01/09/2022

### Registered Agent

**Name:** HERNANDEZ, EDER
**Registered Agent Address** 1180 CEIBA CIR
BROWNSVILLE, TX 78521-3655

# Corporate Filing 5

### Business Information

**Filing Type:** HISTORICAL
**Filing Number:** 0802886264
**Name:** MIGDAL EDER, LLC
**Name Type:** LEGAL
**STANDARD BUSINESS Address:** 1180 CEIBA CIR
BROWNSVILLE, TX 78521-3655
**ORIGINAL BUSINESS Address:** 1180 CEIBA CIR
BROWNSVILLE, TX 78521
US

**State Tax ID:** 32065707013
**Business Type:** DOMESTIC LIMITED LIABILITY COMPANY (LLC)
**Status:** IN EXISTENCE
**Place Incorporated:** TEXAS
**Date Incorporated:** 12/19/2017
**Foreign/Domestic:** DOMESTIC
**Terms:** PERPETUAL
**Partnership:** NO
**Status Comment:** RIGHT TO TRANSACT BUSINESS: ACTIVE
**Date Last Seen:** 06/26/2021

### Registered Agent

**Name:** HERNANDEZ, EDER
**Registered Agent Address** 1180 CEIBA CIR
BROWNSVILLE, TX 78521-3655

# Corporate Filing 6

### Business Information

**Filing Type:** HISTORICAL
**Filing Number:** 0802886264
**Name:** MIGDAL EDER, LLC
**Name Type:** LEGAL
**STANDARD BUSINESS Address:** 1180 CEIBA CIR
BROWNSVILLE, TX 78521-3655
**ORIGINAL BUSINESS Address:** 1180 CEIBA CIR
BROWNSVILLE, TX 785213655
US

**State Tax ID:** 32065707013
**Business Type:** DOMESTIC LIMITED LIABILITY COMPANY (LLC)
**Status:** IN EXISTENCE
**Place Incorporated:** TEXAS
**Date Incorporated:** 12/19/2017
**Foreign/Domestic:** DOMESTIC
**Terms:** PERPETUAL
**Partnership:** NO
**Status Comment:** RIGHT TO TRANSACT BUSINESS: ACTIVE
**Date Last Seen:** 12/26/2017

### Registered Agent

**Name:** HERNANDEZ, EDER
**Registered Agent Address** 1180 CEIBA CIR
BROWNSVILLE, TX 78521-3655