# EXHIBIT

# J

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* JANA GARZA, | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. 1:22-CV-000467 JUDGE MICHAEL TRUNCALE |
| SOUTHWEST KEY PROGRAMS, INC., et al., | § | |
| Defendants. | § | |

**DECLARATION OF JANA GARZA**

1. I am Jana Garza, Plaintiff-Relator in the above styled case.

2. I am over the age of eighteen (18) and have personal knowledge of the facts set forth herein, except as to any stated on information and belief.

3. I am currently a medical provider for Southwest Keys Program ("SWK").

4. Sometime in June or July 2018, Eder Hernandez ("Eder") recruited me to become a medical provider for SWK, specifically for the upcoming new shelter in Houston called Casa Sunzal and Casa Quetzal. Eder set up a call with Fanny Figueroa and Diego Naranjo.

5. While I did not know it at the time, Figueroa and Naranjo had high-ranking roles at SWK. Figueroa was the Director of Medical Services and Naranjo was the Assistant Medical Director and, in those positions, had the authority to select and award medical provider contracts for SWK. They did so without any procurement process in place. Both were based out of SWK's headquarters in Austin, TX.



Doc ID: d14797cf04fd6032edeeabef5e6692499ee30dbc

6. On or about August 14, 2018, I entered into an oral contract with Figueroa to provide medical services at SWK. I began providing medical services at Quetzal on or about November 16, 2018.

7. In August 2018, Eder sought a kickback from me for helping me obtain the medical provider contracts with SWK. In September 2018, I informed Naranjo about Eder's request for a kickback.

8. I was slated to begin providing medical services at Sunzal in October, but it did not open on schedule until March 2019. During this time, Naranjo told me he was going to divide the Houston region, took away the Sunzal shelter, and awarded it to Dr. Abdur Rauf. Naranjo also told me that he was going to award Casa Montezuma and Casa Conroe to Dr. Rauf. Naranjo made these decisions in Austin. Naranjo's plan failed, and on April 11, 2019, Figueroa awarded me the Sunzal and Conroe shelters and told me that they would transition the other Houston shelters to me.

9. In June 2019, Figueroa sent me a formal contract for each shelter: Quetzal, Sunzal, Montezuma, Conroe, Mesa, and Reliant. The contracts were executed by Stephen Calvert, a SWK attorney who upon information and belief is based out of SWK's Austin office.

10. In July 2020, I executed one-year renewal contracts for Casa Quetzal, Casa Sunzal, Casa Montezuma, Mesa, and Reliant. The contracts were executed by Tris Y. Gonzalez, SWK Senior Legal Counsel who upon information and belief is based out of SWK's Austin office.

11. In May 2021, I executed one-year renewal contracts for Casa Quetzal, Casa Sunzal, Casa Montezuma, Mesa, and Reliant. The contracts were executed by Geraldo Rivera, a SWK Vice President who is based out of SWK's Austin office.

12. In October 2021, Gary Wilder, SWK's procurement specialist who is based out Austin informed me that the medical provider contracts would be awarded through a bidding process. This was the first time that SWK required me to go through a procurement process. SWK



Doc ID: d14797cf04fd6032edeeabef5e6692499ee30dbc

issued an RFP entitled "RFP – 112321 Primary Care Physician for Children", which required bids to be submitted to the Procurement Department in Austin, Texas. The RFP further required any bidder to report conflicts of interest to Efren Garcia, SWK's Chief Legal & Compliance Officer, who is based out of SWK's Austin office.

13. On June 15, 2022, Wilder sent me a letter terminating the Quetzal, Montezuma, and Sunzal shelter contracts and a separate letter awarding me the Reliant and Mesa shelters. In the termination letter, Wilder asked me for help to transition the shelters to Trinity Health Services, a company owned by Naranjo.

14. That same day, I had a Zoom meeting with Wilder. Therein, Wilder informed me that the procurement decisions had all been made by SWK's CEO, Anselmo Villareal, who is based out of SWK's Austin office.

15. Exhibit K, L, and M and true and correct copies of the contracts I signed with SWK to provide medical services at the various Houston shelters.

16. Exhibit N is a true and correct copy of the Request for Proposal that Gary Wilder sent to me in October or November 2021 that contained the process for me to submit proposals to "bid" for medical provider contracts at the various SWK shelters.

17. Exhibit O is a true and correct copy of the Termination Letter that Gary Wilder sent to me on June 15, 2022.

18. Exhibit P is a true and correct copy of a medical record I received while I was providing medical services at Casa Reliant in 2024. The underlying patient was transferred from Casa Oasis in Mc Allen, Texas to Casa Reliant in Houston, TX. The record shows that the medical provider for the patient at Casa Oasis was Dr. Juan Garcia of Trinity Health Services. The patient was also seen by Eder Hernandez.



Doc ID: d14797cf04fd6032edeeabef5e6692499ee30dbc

19. Exhibit Q is a true and correct copy of a medical record I received while I was providing medical services at Casa Sunzal in 2021. The underlying patient was transferred from SWK's Midland influx shelter to Casa Sunzal in Houston, TX. The record shows that the medical providers for the patient at the Midland influx shelter were Diego Naranjo, Eder Hernandez, and Dr. Juan Garcia of Divine Family Care.

**I declare under penalty of perjury that the foregoing is true and correct. (28 U.S.C. 1746).**

Executed on:

04 / 24 / 2024

Date

Relator Jana Garza



Doc ID: d14797cf04fd6032edeeabef5e6692499ee30dbc