# EXHIBIT
# K

| SOUTHWEST KEY USE ONLY |
|---|
| ☐ W-9 completed/forwarded to AP |
| Reviewed/approved by ☐ PD ☐ RED ☐ VP ☐ |
| Contract Monitor: |

southwest key programs

## CONTRACT FOR SERVICES AND DECLARATION OF INDEPENDENT BUSINESS STATUS

### Specific Terms and Conditions and Declaration

| | | | |
|---|---|---|---|
| Contractor's Full Name: | Jana Garza, FNP<br>Nutrix Medical Worx, PLLC | Mailing Address: | 7333 45 North Unit 450,<br>Houston, TX 77076 |
| Home/Office Phone Number: | 1-956-640-6775 | Mobile Phone Number: | |
| Email address: | janagarza@nutrixmedicalworx.com | | |
| Rate of Pay: | ☐ total: ☐ /hour<br>☒ Other (specify): PCU | | |
| Term of the Agreement (choose one): | ☐ One day/event; specify day or event:<br>☐ Through completion of the work or as specified in the attached proposal(s).<br>☒ One year from the date of execution.<br>☐ From 6/6/2019 through 6/5/2020. | | |
| Description of Services to be Provided by Contractor: | Attach proposal and check this box ☒ or describe services: Attachment A 1-5 | | |
| Mailing Address for Billing: | 10393 League Line Rd. Conroe, TX 77304 (P 952) | | |

Contractor understands that as a contractor of Southwest Key Programs, Inc. ("Southwest Key"), Contractor is bound by the general terms and conditions available at http://www.swkey.org/terms_conditions/ a copy of which will be provided upon request. If Contractor has any questions about this document or needs to send Southwest Key correspondence concerning this agreement, notice/contact should be made to: General Counsel, Southwest Key, 6002 Jain Lane, Austin, Texas 78721; (512) 462-2028 (fax).

Contractor acknowledges that the following declaration of independent business status is made by Contractor in relation to services performed by Contractor for or in connection with Southwest Key. Contractor states and declares the following: (1) Contractor acknowledges that Contractor operates Contractor's own independent business and is providing services for or in connection with Southwest Key as an independent contractor; (2) Contractor acknowledges that Contractor is not an employee of Southwest Key and the services rendered for or in connection with Southwest Key do not establish any right to unemployment benefits or any other right arising from an employment relationship; (3) Contractor is responsible for all tax liability associated with payments received from or through Southwest Key and Southwest Key will not withhold any taxes from payments to Contractor; and (4) Contractor is responsible for obtaining and maintaining any required registration, licenses, or other authorization necessary for the services rendered by Contractor. Additionally, Contractor acknowledges that: (1) Contractor is not insured under Southwest Key's health insurance coverage or workers compensation insurance coverage; (2) Southwest Key does not restrict Contractor's ability to perform services for or through other parties and Contractor is authorized to accept work from and perform work for other businesses and individuals beside Southwest Key; (3) Contractor has the right to accept or decline requests for services by or through Southwest Key; (4) Southwest Key expects that Contractor provides services for other parties; (5) Contractor is not economically dependent on the services performed for or in connection with Southwest Key; (6) Southwest Key does not dictate the performance, methods, or process Contractor uses to perform the services performed for or in connection with Southwest Key; and (7) the terms set forth in this declaration apply to Contractor, Contractor's employees, and Contractor's independent contractors.

| [signature] | 6/6/19 | Stephen Calvert/CP | 06/13/2019 |
|---|---|---|---|
| CONTRACTOR | DATE | ATTORNEY FOR SOUTHWEST KEY | DATE |

| SOUTHWEST KEY USE ONLY |
|---|
| ☐ W-9 completed/forwarded to AP |
| Reviewed/approved by ☐ PD ☐ RED ☐ VP ☐ |
| Contract Monitor: |

southwest key programs

# CONTRACT FOR SERVICES AND DECLARATION OF INDEPENDENT BUSINESS STATUS

## Specific Terms and Conditions and Declaration

| | | | |
|---|---|---|---|
| **Contractor's Full Name:** | Jana Garza, FNP<br>Nutrix Medical Worx, PLLC | **Mailing Address:** | 7333 45 North Unit 450,<br>Houston, TX 77076 |
| **Home/Office Phone Number:** | 1-956-640-6775 | **Mobile Phone Number:** | |
| **Email address:** | janagarza@nutrixmedicalworx.com | | |
| **Rate of Pay:** | ☐ total: ☐ /hour<br>☒ Other (specify): PCU | | |
| **Term of the Agreement (choose one):** | ☐ One day/event; specify day or event:<br>☐ Through completion of the work or as specified in the attached proposal(s).<br>☒ One year from the date of execution.<br>☐ From 6/6/2019 through 6/5/2020. | | |
| **Description of Services to be Provided by Contractor:** | Attach proposal and check this box ☒ or describe services: Attachment A 1-5 | | |
| **Mailing Address for Billing:** | 7900 Mesa Dr. Houston, Texas 77028 (P950) | | |

Contractor understands that as a contractor of Southwest Key Programs, Inc. ("Southwest Key"), Contractor is bound by the general terms and conditions available at http://www.swkey.org/terms_conditions/ a copy of which will be provided upon request. If Contractor has any questions about this document or needs to send Southwest Key correspondence concerning this agreement, notice/contact should be made to: General Counsel, Southwest Key, 6002 Jain Lane, Austin, Texas 78721; (512) 462-2028 (fax).

Contractor acknowledges that the following declaration of independent business status is made by Contractor in relation to services performed by Contractor for or in connection with Southwest Key. Contractor states and declares the following: (1) Contractor acknowledges that Contractor operates Contractor's own independent business and is providing services for or in connection with Southwest Key as an independent contractor; (2) Contractor acknowledges that Contractor is not an employee of Southwest Key and the services rendered for or in connection with Southwest Key do not establish any right to unemployment benefits or any other right arising from an employment relationship; (3) Contractor is responsible for all tax liability associated with payments received from or through Southwest Key and Southwest Key will not withhold any taxes from payments to Contractor; and (4) Contractor is responsible for obtaining and maintaining any required registration, licenses, or other authorization necessary for the services rendered by Contractor. Additionally, Contractor acknowledges that: (1) Contractor is not insured under Southwest Key's health insurance coverage or workers compensation insurance coverage; (2) Southwest Key does not restrict Contractor's ability to perform services for or through other parties and Contractor is authorized to accept work from and perform work for other businesses and individuals beside Southwest Key; (3) Contractor has the right to accept or decline requests for services by or through Southwest Key; (4) Southwest Key expects that Contractor provides services for other parties; (5) Contractor is not economically dependent on the services performed for or in connection with Southwest Key; (6) Southwest Key does not dictate the performance, methods, or process Contractor uses to perform the services performed for or in connection with Southwest Key; and (7) the terms set forth in this declaration apply to Contractor, Contractor's employees, and Contractor's independent contractors.

| [signature] | 6/6/19 | Stephen Calvert/CP | 6/13/2019 |
|---|---|---|---|
| CONTRACTOR | DATE | ATTORNEY FOR SOUTHWEST KEY | DATE |

| SOUTHWEST KEY USE ONLY |
|---|
| ☐ W-9 completed/forwarded to AP |
| Reviewed/approved by ☐ PD ☐ RED ☐ VP ☐ |
| Contract Monitor: |

southwest key programs

# CONTRACT FOR SERVICES AND DECLARATION OF INDEPENDENT BUSINESS STATUS

## Specific Terms and Conditions and Declaration

| | | | |
|---|---|---|---|
| Contractor's Full Name: | Jana Garza, FNP<br>Nutrix Medical Worx, PLLC | Mailing Address: | 7333 North Unit 450, Houston, TX 77076 |
| Home/Office Phone Number: | 1-956-640-6775 | Mobile Phone Number: | |
| Email address: | janagarza@nutrixmedicalworx.com | | |
| Rate of Pay: | ☐ total: ☐ /hour<br>☒ Other (specify): PCU | | |
| Term of the Agreement (choose one): | ☐ One day/event; specify day or event:<br>☐ Through completion of the work or as specified in the attached proposal(s).<br>☒ One year from the date of execution.<br>☐ From 6/6/2019 through 6/5/2020. | | |
| Description of Services to be Provided by Contractor: | Attach proposal and check this box ☒ or describe services: Attachment A 1-5 | | |
| Mailing Address for Billing: | 15101 East Frwy, Channelview, Texas 77530 (P962) | | |

Contractor understands that as a contractor of Southwest Key Programs, Inc. ("Southwest Key"), Contractor is bound by the general terms and conditions available at http://www.swkey.org/terms_conditions/ a copy of which will be provided upon request. If Contractor has any questions about this document or needs to send Southwest Key correspondence concerning this agreement, notice/contact should be made to: General Counsel, Southwest Key, 6002 Jain Lane, Austin, Texas 78721; (512) 462-2028 (fax).

Contractor acknowledges that the following declaration of independent business status is made by Contractor in relation to services performed by Contractor for or in connection with Southwest Key. Contractor states and declares the following: (1) Contractor acknowledges that Contractor operates Contractor's own independent business and is providing services for or in connection with Southwest Key as an independent contractor; (2) Contractor acknowledges that Contractor is not an employee of Southwest Key and the services rendered for or in connection with Southwest Key do not establish any right to unemployment benefits or any other right arising from an employment relationship; (3) Contractor is responsible for all tax liability associated with payments received from or through Southwest Key and Southwest Key will not withhold any taxes from payments to Contractor; and (4) Contractor is responsible for obtaining and maintaining any required registration, licenses, or other authorization necessary for the services rendered by Contractor. Additionally, Contractor acknowledges that: (1) Contractor is not insured under Southwest Key's health insurance coverage or workers compensation insurance coverage; (2) Southwest Key does not restrict Contractor's ability to perform services for or through other parties and Contractor is authorized to accept work from and perform work for other businesses and individuals beside Southwest Key; (3) Contractor has the right to accept or decline requests for services by or through Southwest Key; (4) Southwest Key expects that Contractor provides services for other parties; (5) Contractor is not economically dependent on the services performed for or in connection with Southwest Key; (6) Southwest Key does not dictate the performance, methods, or process Contractor uses to perform the services performed for or in connection with Southwest Key; and (7) the terms set forth in this declaration apply to Contractor, Contractor's employees, and Contractor's independent contractors.

| [signature] | 6/6/19 | Stephen Calvert/CP | 06/13/2019 |
|---|---|---|---|
| CONTRACTOR | DATE | ATTORNEY FOR SOUTHWEST KEY | DATE |

| SOUTHWEST KEY USE ONLY |
|---|
| ☐ W-9 completed/forwarded to AP |
| Reviewed/approved by ☐ PD ☐ RED ☐ VP ☐ |
| Contract Monitor: |

southwest key programs

## CONTRACT FOR SERVICES AND DECLARATION OF INDEPENDENT BUSINESS STATUS

### Specific Terms and Conditions and Declaration

| | | | |
|---|---|---|---|
| **Contractor's Full Name:** | Jana Garza, FNP<br>Nutrix Medical Worx, PLLC | **Mailing Address:** | 7333 45 North Unit 450, Houston, TX 77076 |
| **Home/Office Phone Number:** | 1-956-640-6775 | **Mobile Phone Number:** | |
| **Email address:** | janagarza@nutrixmedicalworx.com | | |
| **Rate of Pay:** | ☐ total: ☐ /hour<br>☒ Other (specify): PCU | | |
| **Term of the Agreement (choose one):** | ☐ One day/event; specify day or event:<br>☐ Through completion of the work or as specified in the attached proposal(s).<br>☒ One year from the date of execution.<br>☐ From 6/6/2019 through 6/5/2020. | | |
| **Description of Services to be Provided by Contractor:** | Attach proposal and check this box ☒ or describe services: Attachment A 1-5 | | |
| **Mailing Address for Billing:** | 7407 North Fwy Houston, TX 77076 (P961) | | |

Contractor understands that as a contractor of Southwest Key Programs, Inc. ("Southwest Key"), Contractor is bound by the general terms and conditions available at http://www.swkey.org/terms_conditions/ a copy of which will be provided upon request. If Contractor has any questions about this document or needs to send Southwest Key correspondence concerning this agreement, notice/contact should be made to: General Counsel, Southwest Key, 6002 Jain Lane, Austin, Texas 78721; (512) 462-2028 (fax).

Contractor acknowledges that the following declaration of independent business status is made by Contractor in relation to services performed by Contractor for or in connection with Southwest Key. Contractor states and declares the following: (1) Contractor acknowledges that Contractor operates Contractor's own independent business and is providing services for or in connection with Southwest Key as an independent contractor; (2) Contractor acknowledges that Contractor is not an employee of Southwest Key and the services rendered for or in connection with Southwest Key do not establish any right to unemployment benefits or any other right arising from an employment relationship; (3) Contractor is responsible for all tax liability associated with payments received from or through Southwest Key and Southwest Key will not withhold any taxes from payments to Contractor; and (4) Contractor is responsible for obtaining and maintaining any required registration, licenses, or other authorization necessary for the services rendered by Contractor. Additionally, Contractor acknowledges that: (1) Contractor is not insured under Southwest Key's health insurance coverage or workers compensation insurance coverage; (2) Southwest Key does not restrict Contractor's ability to perform services for or through other parties and Contractor is authorized to accept work from and perform work for other businesses and individuals beside Southwest Key; (3) Contractor has the right to accept or decline requests for services by or through Southwest Key; (4) Southwest Key expects that Contractor provides services for other parties; (5) Contractor is not economically dependent on the services performed for or in connection with Southwest Key; (6) Southwest Key does not dictate the performance, methods, or process Contractor uses to perform the services performed for or in connection with Southwest Key; and (7) the terms set forth in this declaration apply to Contractor, Contractor's employees, and Contractor's independent contractors.

| [signature] | 6/6/19 | Stephen Calvert/CP | 06/13/2019 |
|---|---|---|---|
| CONTRACTOR | DATE | ATTORNEY FOR SOUTHWEST KEY | DATE |

| SOUTHWEST KEY USE ONLY |
| --- |
| ☐ W-9 completed/forwarded to AP |
| Reviewed/approved by ☐ PD ☐ RED ☐ VP ☐ |
| Contract Monitor: |

southwest key programs

## CONTRACT FOR SERVICES AND DECLARATION OF INDEPENDENT BUSINESS STATUS

### Specific Terms and Conditions and Declaration

| | | | |
| --- | --- | --- | --- |
| Contractor's Full Name: | Jana Garza, FNP<br>Nutrix Medical Worx, PLLC | Mailing Address: | 7333 45 North Unit 450,<br>Houston, TX 77076 |
| Home/Office Phone Number: | 1-956-640-6775 | Mobile Phone Number: | |
| Email address: | janagarza@nutrixmedicalworx.com | | |
| Rate of Pay: | ☐ total: ☐ /hour<br>☒ Other (specify): PCU | | |
| Term of the Agreement (choose one): | ☐ One day/event; specify day or event:<br>☐ Through completion of the work or as specified in the attached proposal(s).<br>☒ One year from the date of execution.<br>☐ From 6/6/2019 through 6/5/2020. | | |
| Description of Services to be Provided by Contractor: | Attach proposal and check this box ☒ or describe services: Attachment A 1-5 | | |
| Mailing Address for Billing: | 1550 La Concha Lane, Houston, TX 77054 (P955) | | |

Contractor understands that as a contractor of Southwest Key Programs, Inc. ("Southwest Key"), Contractor is bound by the general terms and conditions available at http://www.swkey.org/terms_conditions/ a copy of which will be provided upon request. If Contractor has any questions about this document or needs to send Southwest Key correspondence concerning this agreement, notice/contact should be made to: General Counsel, Southwest Key, 6002 Jain Lane, Austin, Texas 78721; (512) 462-2028 (fax).

Contractor acknowledges that the following declaration of independent business status is made by Contractor in relation to services performed by Contractor for or in connection with Southwest Key. Contractor states and declares the following: (1) Contractor acknowledges that Contractor operates Contractor's own independent business and is providing services for or in connection with Southwest Key as an independent contractor; (2) Contractor acknowledges that Contractor is not an employee of Southwest Key and the services rendered for or in connection with Southwest Key do not establish any right to unemployment benefits or any other right arising from an employment relationship; (3) Contractor is responsible for all tax liability associated with payments received from or through Southwest Key and Southwest Key will not withhold any taxes from payments to Contractor; and (4) Contractor is responsible for obtaining and maintaining any required registration, licenses, or other authorization necessary for the services rendered by Contractor. Additionally, Contractor acknowledges that: (1) Contractor is not insured under Southwest Key's health insurance coverage or workers compensation insurance coverage; (2) Southwest Key does not restrict Contractor's ability to perform services for or through other parties and Contractor is authorized to accept work from and perform work for other businesses and individuals beside Southwest Key; (3) Contractor has the right to accept or decline requests for services by or through Southwest Key; (4) Southwest Key expects that Contractor provides services for other parties; (5) Contractor is not economically dependent on the services performed for or in connection with Southwest Key; (6) Southwest Key does not dictate the performance, methods, or process Contractor uses to perform the services performed for or in connection with Southwest Key; and (7) the terms set forth in this declaration apply to Contractor, Contractor's employees, and Contractor's independent contractors.

[signature] 6/6/19 Stephen Calvert/CP 06/13/2019

CONTRACTOR DATE ATTORNEY FOR SOUTHWEST KEY DATE

| SOUTHWEST KEY USE ONLY |
|---|
| ☐ W-9 completed/forwarded to AP |
| Reviewed/approved by ☐ PD ☐ RED ☐ VP ☐ |
| Contract Monitor: |

southwest key programs

# CONTRACT FOR SERVICES AND DECLARATION OF INDEPENDENT BUSINESS STATUS

## Specific Terms and Conditions and Declaration

| | | | |
|---|---|---|---|
| Contractor's Full Name: | Jana Garza, FNP<br>Nutrix Medical Worx, PLLC | Mailing Address: | 7333 45 North Unit 450,<br>Houston. TX 77076 |
| Home/Office Phone Number: | 1-956-640-6775 | Mobile Phone Number: | |
| Email address: | janagarza@nutrixmedicalworx.com | | |
| Rate of Pay: | ☐ total: ☐ /hour<br>☒ Other (specify): PCU | | |
| Term of the Agreement (choose one): | ☐ One day/event; specify day or event:<br>☐ Through completion of the work or as specified in the attached proposal(s).<br>☒ One year from the date of execution.<br>☐ From 6/6/2019 through 6/5/2020. | | |
| Description of Services to be Provided by Contractor: | Attach proposal and check this box ☒ or describe services: Attachment A 1-5 | | |
| Mailing Address for Billing: | 419 Emancipation Avenue, Houston, TX 77003 (P973) | | |

Contractor understands that as a contractor of Southwest Key Programs, Inc. ("Southwest Key"), Contractor is bound by the general terms and conditions available at http://www.swkey.org/terms_conditions/ a copy of which will be provided upon request. If Contractor has any questions about this document or needs to send Southwest Key correspondence concerning this agreement, notice/contact should be made to: General Counsel, Southwest Key, 6002 Jain Lane, Austin, Texas 78721; (512) 462-2028 (fax).

Contractor acknowledges that the following declaration of independent business status is made by Contractor in relation to services performed by Contractor for or in connection with Southwest Key. Contractor states and declares the following: (1) Contractor acknowledges that Contractor operates Contractor's own independent business and is providing services for or in connection with Southwest Key as an independent contractor; (2) Contractor acknowledges that Contractor is not an employee of Southwest Key and the services rendered for or in connection with Southwest Key do not establish any right to unemployment benefits or any other right arising from an employment relationship; (3) Contractor is responsible for all tax liability associated with payments received from or through Southwest Key and Southwest Key will not withhold any taxes from payments to Contractor; and (4) Contractor is responsible for obtaining and maintaining any required registration, licenses, or other authorization necessary for the services rendered by Contractor. Additionally, Contractor acknowledges that: (1) Contractor is not insured under Southwest Key's health insurance coverage or workers compensation insurance coverage; (2) Southwest Key does not restrict Contractor's ability to perform services for or through other parties and Contractor is authorized to accept work from and perform work for other businesses and individuals beside Southwest Key; (3) Contractor has the right to accept or decline requests for services by or through Southwest Key; (4) Southwest Key expects that Contractor provides services for other parties; (5) Contractor is not economically dependent on the services performed for or in connection with Southwest Key; (6) Southwest Key does not dictate the performance, methods, or process Contractor uses to perform the services performed for or in connection with Southwest Key; and (7) the terms set forth in this declaration apply to Contractor, Contractor's employees, and Contractor's independent contractors.

| [signature] | 6/4/19 | Stephen Calvert/CP | 06/13/2019 |
|---|---|---|---|
| CONTRACTOR | DATE | ATTORNEY FOR SOUTHWEST KEY | DATE |