# EXHIBIT N

southwest key programs

# REQUEST FOR PROPOSAL

RFP – 112321

Primary Care Physician for Children

November 23, 2021

| PROPOSAL SUBMISSION: | REFER INQUIRIES TO: |
|---|---|
| BidNet Direct<br>Procurement Department<br>Southwest Key Programs | BidNet Direct<br>Gary Wilder<br>Procurement Specialist |

*To access proposal documents on BidNet Direct, a free registration is required.

PROPOSALS ARE DUE: December 17, 2021, by 5:00 p.m. CST.

### 1.5 Budget

SWK may award to multiple Respondents to adequately address the unique needs of national locations. Locations are in different cities and states. Proposals must include a detailed budget that adheres to SWK RFP requirements and indicates which areas where Respondents can provide medical services.

Respondents must complete Attachment F specifying which location medical services are available and classify all associated costs. SWK reserves the right to award this RFP to Respondents for specific areas and locations if it is in the best interest of SWK to do so.

## 2 GENERAL INSTRUCTIONS AND STANDARD PROPOSAL REQUIREMENTS

### 2.1 Proposal Submission, Date, and Time

WITHOUT EXCEPTION – PROPOSALS MUST BE RECEIVED ON OR BEFORE:

December 17, 2021, by 5:00 p.m. CST

Proposals must be submitted through the BidNet Direct platform. Email submissions will not be accepted. **REQUESTS RECEIVED AFTER THE DUE DATE WILL BE DISQUALIFIED.**

### 2.2 Period of Non-Communication

The "Period of non-communication" is considered to be from the time the solicitation is published through receipt of a fully executed contract. During this time, all correspondence and/or communications regarding this solicitation are restricted to the Procurement Department staff. Contact with any other Southwest Keys employees during this period may result in disqualification from an award. Please address all questions and communications to the Procurement Team at BidNet Direct.

### 2.3 Expected Sequence of Events/Critical Dates

| DATE | EVENT |
|---|---|
| November 23, 2021 | Publication of Request for Proposal on Texas Smart Buy and BidNet Direct. |
| December 3, 2021 | Optional Notice of Intent to submit a proposal via BidNet Direct by date and time. |
| December 3, 2021 | Written questions due to BidNet Direct. |
| December 10, 2021 | Responses to all written questions will be published in an Addendum on BidNet Direct and Texas Smart Buy. |
| December 17, 2021, by 5:00 p.m. CST | The proposal must be submitted on BidNet Direct. |
| December – January 2021 | Evaluation process, oral presentations, and/or negotiations. |
| January 10, 2022 | Approximate beginning date of contract and commencement of work. |

### 2.9 Disclosure of Proposal Content

Proposals are subject to the Freedom of Information Act (FOIA) at 5 USC 552. Pursuant to **2CFR200 §200.315**, respondents may protect trade secret and confidential information from public release. If the respondent asserts that information provided in the proposal is trade secrets or other confidential information, it must be clearly marked. Such information must be in boldface type and include the words "confidential" or "trade secret" at the top of the page.

### 2.10 Conflict of Interests

A Respondent will not be selected if it has a conflict of interest that will or may arise during the performance of its obligations under the contract. For this reason, the respondent's response to this RFP must disclose any existing or potential conflicts of interest or possible issues that might create appearances of impropriety relative to the submission of a proposal from the respondent and its proposed subcontractors, possible selection as successful respondent, or its performance of the contract.

For purposes of this RFP, "personal relationship" is defined as a current or past connection other than a clearly contractual, business, financial, or similar relationship and includes family relationships or other connections outside simply responding to this RFP. These connections must be disclosed if a reasonable person could expect the connection to diminish the respondent's independence of judgment or effectiveness in the performance of the respondent's responsibilities to SWK under the contract. Connections also fall within this definition if a reasonable person could expect the connection, within the overall context of respondent's submission of a proposal, possible selection as successful respondent, or its performance of the contract, to create an issue for the company's consideration relative to a potential appearance of impropriety or conflict of interest.

By submitting a response, the respondent agrees that it is under a continuing duty to supplement its response under this provision. The duty to disclose any conflicts of interest is an ongoing obligation throughout the Contract term. If the circumstances certified by the Respondent change or additional information is obtained after submission of proposals, the respondent shall submit updated information as soon as reasonably possible upon learning of any change to their affirmation. Report conflicts of interest to:

Efren Garcia
SWK Chief Legal & Compliance Officer
Legal @swkey.org
512-462-2181

## 3 PROPOSAL FORMAT AND CONTENT

### 3.1 Proposal Format and Content

Proposals must be submitted in an electronic format (ie.PDF) and include the sections referenced in section 3. A transmittal letter must accompany the proposal and include the following details:

a) Respondent's commitment to performing the implementation of the work within the project schedule.
b) Brief executive summary of the proposal contents
c) Statement that the signatory of the transmittal letter has the authority to bind the respondent. Include name, title, and contact information.