# EXHIBIT O

southwest key programs

National Headquarters
6002 Jain Lane
Austin, TX 78721

southwestkey.org
phone: 512.462.2181
fax: 512.462.2028

Dear Dr. Jana Garza,

Southwest Key wishes to sincerely thank you for your time and effort in submitting a proposal in response to the Request for Proposal, Primary Care Physician for Children, 11232021. After carefully reviewing the proposals, Southwest Key has decided not to award a contract to Nutrix Medical Worx at this time for the following locations:

- Quetzal
- Montezuma
- Sunzal

This decision does not reflect the quality of any proposal, but rather the evolving needs of Southwest Key.

Thank you again for your professionalism and understanding. Southwest Keys appreciates the time and effort that was dedicated to the submission of the proposal and looks forward to the possibility of working with your company at some point in the future.

SWK asks that you work with Trinity Medical Services for a smooth transition scheduled for Monday, 18 July 2022.

For any additional questions, please contact Gary Wilder at gwilder@swkey.org.

Sincerely,

Gary Wilder, MBA
Procurement Specialist
Procurement and Contract Services Department
Southwest Key Programs