# EXHIBIT
# P

**Resident:** [redacted] **Admission:** 05/05/2023 [redacted]

[redacted]

## A. General Information

Form. [redacted]

| | | |
|---|---|---|
| 1. | Healthcare Provider: | a.Name and Designation: Juan Garcia MD/D. Potter FNP-C<br>b.Telephone: 9564103222 |
| 2. | MD/DO/PA/NP | NP |
| 3. | Clinic or Practice | Trinity Health Services |
| 4. | Healthcare Provider Street address, City or Town, State | 5101 N Jackson Rd. Mcallen TX, 78501 |
| 5. | Date of visit | 05/08/2023 |
| 6. | Program Staff Member Present during Exam with HCP | Audrey Cantu, MC |
| 7. | Program Name | SWK Casa Oasis |

## B. History and Physical

[redacted]

[redacted]

| PATIENT NAME | PATIENT ID. |
|---|---|
| [redacted] | |

| PATIENT PHONE | SEX | D.O.B. | AGE |
|---|---|---|---|
| [redacted] | | | |

IS FASTING? [redacted]

| COLLECTED | ORDER RECEIVED BY LAB |
|---|---|
| 05/08/2023 09:30 | 05/08/2023 15:34 |
| **REPORTED** | **PRINTED** |
| 05/09/2023 11:35 | 05/09/2023 11:51 |

CLINICAL PATHOLOGY LABORATORIES

9200 Wall Street
Austin, Texas 78754
(800)595-1275
(800)595-1275

**PHYSICIAN NAME**
HERNANDEZ,EDER

**ACCOUNT:**
CASA OASIS
5101 N JACKSON RD
MCALLEN, TX 78501

**ACCOUNT #** [redacted]

| Test | Within Range | Outside Range | Units | Reference Range | Lab |
|---|---|---|---|---|---|
| SARS-CoV-2 (COVID-19), RT-PCR | | | | | |
| SARS-CoV-2 INTERPRETATION | [redacted] | | | SEE NOTE | MAIN |

[redacted]

UNLESS OTHERWISE INDICATED, ALL TESTING PERFORMED AT
CLINICAL PATHOLOGY LABORATORIES, INC. 9200 WALL ST AUSTIN, TX 78754
LABORATORY DIRECTOR: CHRISTINE BURGESS, M.D.
CLIA NUMBER 45D0505003 CAP ACCREDITATION NO. 21525-01

Legend:

MAIN----------> Clinical Pathology Laboratories
9200 Wall St.
Austin, TX 78754
(512)339-1275