# EXHIBIT
# Q



Adjust Filters Crop

Divine Family Care

6305 S County Rd #1285
Midland TX 79706
T: 956-404-3752
F: 956-517-2648

**REPORT: ANTIGEN RAPID COVID-19 TEST RESULTS**

SARS-CoV RAPID test was administered using the BinaxNOW COVID-19 Ag CARD.

| Patient Name: | DOB: | A#: |
|---|---|---|
| [redacted] | | |

By (Name of the laboratory or health care provider) Juan Garcia MD, (LIC: J9582)
Eder Hernandez DMSc, PA-C (PA06257)
Diego Naranjo MSN, APRN, FNP-C (AP140750)

On: 05/26/2021

THE RESULTS OF THE TEST WERE:

SARS CoV2 [redacted]

CONTROL

Lot: [redacted] Exp: [redacted]

- The test results must be evaluated in conjunction with other clinical data available to the physician/PA/NP
- Positive test results do not rule out co-infections with other pathogens.
- All descriptive printed matter, advertising, and promotional materials relating to the use of your product shall clearly and conspicuously state that:
- This product has not been FDA cleared or approved; but has been authorized by FDA under an EUA for use by authorized laboratories;
- This product has been authorized only for the detection of proteins from SARS- CoV-2, not for any other viruses or pathogens; and,
- This product is only authorized for the duration of the declaration that circumstances exist justifying the authorization of emergency use of in vitro diagnostics for detection and/or diagnosis of COVID-19 under Section 564(b)(1) of the Federal Food, Drug and Cosmetic Act, 21 U.S.C. § 360bbb3(b)(1), unless the declaration is terminated or authorization is revoked sooner.

- Duration of Authorization
  This EUA will be effective until the declaration that circumstances exist justifying the authorization of the emergency use of in vitro diagnostics for detection and/or diagnosis of COVID-19 is terminated under Section 564(b)(2) of the Act or the EUA is revoked under Section 564(g) of the Act.

Signature: [redacted]