JURY

Jump to Docket Table

# U.S. District Court
# Eastern District of TEXAS [LIVE] (Beaumont)
# CIVIL DOCKET FOR CASE #: 1:22−cv−00467−MJT

United States of America ex rel. Jana Garza v. Southwest Key Programs, Inc., et al
Assigned to: District Judge Michael J. Truncale
Cause: 31:3729 False Claims Act

Date Filed: 10/26/2022
Jury Demand: None
Nature of Suit: 375 Other Statutes: False Claims Act
Jurisdiction: U.S. Government Plaintiff

**Plaintiff**

**Jana Garza**
6425 Remlap Street
Houston, TX 77055

represented by

**John A. Kolar**
Government Accountability Project
Director of Litigation
1612 K Street, NW
Ste 1100
Washington, DC 20006
202−457−0034
Email: jackk@whistleblower.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Carlos Doroteo**
Berg & Androphy
3704 Travis
Houston, TX 77002
713−529−5622
Fax: 713−529−3785
Email: Carlos@MilpaLaw.com
*ATTORNEY TO BE NOTICED*

**Cleveland Lawrence , III**
Mehri & Skalet, PLLC
2000 K Street, NW
Ste 325
Washington, DC 20006
202−822−5100
Fax: 202−822−4997
Email: clawrence@findjustice.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Greg M Dykeman**
Moore Landrey, L.L.P.
905 Orleans Street
Beaumont, TX 77701−3255
409−835−3891
Fax: 409−835−2707
Email: gdykeman@moorelandrey.com

*TERMINATED: 07/28/2023*

**Joel Androphy**
Berg & Androphy
3704 Travis
Houston, TX 77002
713/529−5622
Fax: 17135293785
Email: jandrophy@bafirm.com
*TERMINATED: 07/28/2023*

**Nimish Ramesh Desai**
Lieff Cabraser Heimann & Bernstein − San Francisco
275 Battery Street
29th Floor
San Francisco, CA 94111−3339
415.956.1000
Fax: 415.956.1008
Email: ndesai@lchb.com
*TERMINATED: 07/28/2023*

**Richard Condit**
Mehri & Skalet, PLLC
2000 K Street, NW
Ste 325
Washinton, DC 20006
202−822−5100
Fax: 202−822−4997
Email: rcondit@findjustice.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**<u>Defendant</u>**

**Southwest Key Programs, Inc.** represented by

**Rosie Dawn Griffin**
Feldesman Leifer LLP
1129 20th Street, NW
Suite 400
Washington, DC 20036
202−466−8960
Fax: 202−293−8103
Email: rgriffin@feldesman.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Scott Sheffler**
Feldesman Leifer LLP
District of Columbia
1129 20th Street, NW
Suite 400

Washington, DC 20036
202−604−2862
Email: ssheffler@feldesman.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Alyssa Hernandez** represented by

**Benigno Trey Martinez**
Martinez/Tijerina, PLLC
1201 E. Van Buren
Brownsville, TX 78520
956−550−4868
Fax: 956−621−0135
Email: trey@mbmtlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tomas Francisco Tijerina**
Martinez/Tijerina, PLLC
1201 E Van Buren
Brownsville, TX 78520
956−550−4868
Fax: 956−621−0135
Email: ttijerina@mbmtlawfirm.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Annelise Hernandez**
*TERMINATED: 02/08/2024*

**Defendant**

**Daniel De La Cruz**
*TERMINATED: 02/08/2024*

**Defendant**

**Diego Naranjo** represented by

**Laura Marie Kidd Cordova**
Jackson Walker LLP − Houston
1401 McKinney
Suite 1900
Houston, TX 77010
713−752−4449
Fax: 713−752−4221
Email: lcordova@jw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael James Murtha**
Jackson Walker
2323 Ross Avenue, Suite 600
Dallas, TX 75201
214−953−6187
Email: mmurtha@jw.com

*ATTORNEY TO BE NOTICED*

**Defendant**

**Divine Family Care, PLLC** represented by **Laura Marie Kidd Cordova**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael James Murtha**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Eder Francisco Hernandez**
*also known as*
Eder Hernandez
represented by **Benigno Trey Martinez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tomas Francisco Tijerina**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Fanny Rosa Figueroa**

**Defendant**

**Geraldo Rivera**

**Defendant**

**Migdal Eder, LLC** represented by **Benigno Trey Martinez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tomas Francisco Tijerina**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Trinity Health Services, PLLC** represented by **Laura Marie Kidd Cordova**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael James Murtha**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Diego Naranjo dba UC Health Consultants** represented by

**Laura Marie Kidd Cordova**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael James Murtha**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Valley Med Urgent Care, PLLC** represented by **Benigno Trey Martinez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tomas Francisco Tijerina**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Movant**

**United States of America** represented by **Whitney Tharpe**
DOJ−USAO
Eastern District of Texas
110 N. College
Ste 700
Tyler, TX 75703
903−510−9357
Email: whitney.tharpe@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/26/2022 | Ï 2 | *****UNSEALED per 8 Order.***** ORIGINAL COMPLAINT for Violation of Federal False Claims Act against SEALED defendant, filed by SEALED plaintiff. (Attachments: # 1 Exhibits 1−15, # 2 Civil Cover Sheet)(kcv, ) Modified on 7/11/2023 (kcv, ). (Entered: 10/27/2022) |
| 07/10/2023 | Ï 7 | NOTICE of Election to Decline Intervention by SEALED Movant (Attachments: # 1 Proposed Order)(kcv, ) (Entered: 07/10/2023) |
| 07/11/2023 | Ï 8 | ORDER regarding Notice of Election to Decline Intervention. It is ordered that the Complaint be unsealed and all other contents of the Court's file in this action remain under seal and not be made public or served upon the Defendants, except for this Order and the Government's Notice of Election to Decline Intervention. It is ordered that the seal be lifted as to all other matters occurring in this matter after the date of this Order. Signed by District Judge Michael J. Truncale on 7/11/23. (kcv, ) (Entered: 07/11/2023) |
| 07/17/2023 | Ï 9 | MOTION to Withdraw as Attorney by Jana Garza. (Attachments: # 1 Proposed Order)(Dykeman, Greg) (Entered: 07/17/2023) |
| 07/18/2023 | Ï 10 | Amended MOTION to Withdraw as Attorney by Jana Garza. (Attachments: # 1 Proposed Order)(Dykeman, Greg) (Entered: 07/18/2023) |

| | | |
|---|---|---|
| 07/28/2023 | Ï 11 | ORDER granting the 10 Motion to Withdraw Representation and Terminate Electronic Notices. Attorney Greg M Dykeman, Joel Androphy and Nimish Ramesh Desai are terminated as counsel of record for Relator. It is further ordered that Relator Jana Garza shall have until October 27, 2023 to engage new counsel and notify the Court of the new counsel's name and contact information. It is further ordered that the 9 Unopposed Motion to Withdraw Representation and Terminate Electronic Notices is denied as moot. Signed by District Judge Michael J. Truncale on 7/28/23.(Via CMRRR 7020 3160 0001 5739 6693 to Relator on 7/28/23). (kcv, ) (Entered: 07/28/2023) |
| 07/31/2023 | Ï 12 | Certified Mail GREEN CARD showing delivery to Jana Garza as to 11 Order. (kcv, ) (Entered: 08/01/2023) |
| 10/23/2023 | Ï 13 | PRO SE MOTION for Extension of Time (kcv, ) (Entered: 10/24/2023) |
| 10/25/2023 | Ï 14 | ORDER granting the 13 Motion for Extension of Time. Relator' s deadline to notify the Court of her new counsel's name and contact information is now November 30, 2023. Signed by District Judge Michael J. Truncale on 10/25/23. (Via CMRRR 7020 3160 0001 5739 6785 to Relator on 10/25/23). (kcv, ) (Entered: 10/25/2023) |
| 11/01/2023 | Ï 15 | Certified Mail GREEN CARD showing delivery to Jana Garza on 10/29/23 as to 14 Order. (kcv, ) (Entered: 11/02/2023) |
| 12/06/2023 | Ï 16 | FIRST MOTION for Extension of Time to File by Jana Garza. (Doroteo, Carlos) (Entered: 12/06/2023) |
| 12/07/2023 | Ï 17 | ORDER granting the 16 Motion for Extension of Time. Relator's deadline to notify the Court of her new counsel's name and contact information is now January 2, 2024. Signed by District Judge Michael J. Truncale on 12/7/23. (To Pltf via CMRRR 7020 3160 0001 5739 7041 on 12/7/23). (kcv, ) (Entered: 12/07/2023) |
| 01/02/2024 | Ï 18 | NOTICE *to the Court of New Counsel* by Jana Garza (Doroteo, Carlos) (Entered: 01/02/2024) |
| 01/02/2024 | Ï 19 | ORDER. It is ordered that Relator serve Defendants with the Complaint in this matter on or before February 29, 2024. Relator is also ORDERED to follow the Court's previous instructions in its 8 Order dated July 11, 2023. Signed by District Judge Michael J. Truncale on 1/2/24. (kcv, ) (Entered: 01/03/2024) |
| 01/03/2024 | Ï 20 | NOTICE of Attorney Appearance − Pro Hac Vice by John A. Kolar on behalf of Jana Garza. Filing fee $ 100, receipt number ATXEDC−9896794. (Kolar, John) (Entered: 01/03/2024) |
| 01/03/2024 | Ï 21 | NOTICE of Attorney Appearance by Carlos Doroteo on behalf of Jana Garza (Doroteo, Carlos) (Entered: 01/03/2024) |
| 01/09/2024 | Ï 22 | NOTICE of Attorney Appearance − Pro Hac Vice by Richard Condit on behalf of Jana Garza. Filing fee $ 100, receipt number ATXEDC−9909435. (Condit, Richard) (Entered: 01/09/2024) |
| 01/11/2024 | Ï 23 | NOTICE of Attorney Appearance − Pro Hac Vice by Cleveland Lawrence, III on behalf of Jana Garza. Filing fee $ 100, receipt number ATXEDC−9913942. (Lawrence, Cleveland) (Entered: 01/11/2024) |
| 02/08/2024 | Ï 24 | AMENDED COMPLAINT against All Defendants, filed by Jana Garza.(Doroteo, Carlos) (Entered: 02/08/2024) |
| 02/08/2024 | Ï 25 | SUMMONSES Issued as to Divine Family Care, PLLC, Fanny Rosa Figueroa, Alyssa Hernandez, Eder Francisco Hernandez, Migdal Eder, LLC, Diego Naranjo, Diego Naranjo dba UC Health Consultants, Geraldo Rivera, Southwest Key Programs, Inc., Trinity Health Services, PLLC, Valley Med Urgent Care, PLLC, and sent via email to Plaintiff's counsel for service. (kcv, ) (Entered: 02/08/2024) |

| | | |
|---|---|---|
| 02/15/2024 | 26 | SUMMONS Returned Executed by Jana Garza. Southwest Key Programs, Inc. served on 2/12/2024. (Doroteo, Carlos) (Entered: 02/15/2024) |
| 02/20/2024 | 27 | SUMMONS Returned Executed by Jana Garza. Alyssa Hernandez served on 2/13/2024. (Doroteo, Carlos) (Entered: 02/20/2024) |
| 02/20/2024 | 28 | SUMMONS Returned Executed by Jana Garza. Eder Francisco Hernandez served on 2/13/2024. (Doroteo, Carlos) (Entered: 02/20/2024) |
| 02/20/2024 | 29 | SUMMONS REISSUED as to Fanny Rosa Figueroa. (kcv, ) (Entered: 02/20/2024) |
| 02/22/2024 | 30 | WAIVER OF SERVICE Returned Executed by Jana Garza. Diego Naranjo waiver sent on 2/21/2024, answer due 4/22/2024. (Doroteo, Carlos) (Entered: 02/22/2024) |
| 02/22/2024 | 31 | WAIVER OF SERVICE Returned Executed by Jana Garza. Divine Family Care, PLLC waiver sent on 2/21/2024, answer due 4/22/2024. (Doroteo, Carlos) (Entered: 02/22/2024) |
| 02/22/2024 | 32 | WAIVER OF SERVICE Returned Executed by Jana Garza. Trinity Health Services, PLLC waiver sent on 2/21/2024, answer due 4/22/2024. (Doroteo, Carlos) (Entered: 02/22/2024) |
| 02/22/2024 | 33 | WAIVER OF SERVICE Returned Executed by Jana Garza. Diego Naranjo dba UC Health Consultants waiver sent on 2/21/2024, answer due 4/22/2024. (Doroteo, Carlos) (Entered: 02/22/2024) |
| 02/26/2024 | 34 | NOTICE of Attorney Appearance − Pro Hac Vice by Rosie Dawn Griffin on behalf of Southwest Key Programs, Inc.. Filing fee $ 100, receipt number ATXEDC−9996024. (Griffin, Rosie) (Entered: 02/26/2024) |
| 02/26/2024 | 35 | CONSENT MOTION for Extension of Time to File Answer re 24 Amended Complaint by Southwest Key Programs, Inc.. (Attachments: # 1 Proposed Order)(Griffin, Rosie) (Entered: 02/26/2024) |
| 02/27/2024 | 36 | NOTICE of Attorney Appearance − Pro Hac Vice by Scott Sheffler on behalf of Southwest Key Programs, Inc.. Filing fee $ 100, receipt number ATXEDC−9998954. (Sheffler, Scott) (Entered: 02/27/2024) |
| 02/28/2024 | 37 | SUMMONS Returned Executed by Jana Garza. Valley Med Urgent Care, PLLC served on 2/12/2024. (Doroteo, Carlos) (Entered: 02/28/2024) |
| 02/28/2024 | 38 | NOTICE of Attorney Appearance by Michael James Murtha on behalf of Divine Family Care, PLLC, Diego Naranjo, Diego Naranjo dba UC Health Consultants, Trinity Health Services, PLLC (Murtha, Michael) (Main Document 38 replaced with flattened image on 2/29/2024) (kcv, ). (Entered: 02/28/2024) |
| 02/28/2024 | 39 | SUMMONS Returned Executed by Jana Garza. Migdal Eder, LLC served on 2/12/2024. (Doroteo, Carlos) (Entered: 02/28/2024) |
| 02/28/2024 | 40 | NOTICE of Attorney Appearance by Laura Marie Kidd Cordova on behalf of Divine Family Care, PLLC, Diego Naranjo, Diego Naranjo dba UC Health Consultants, Trinity Health Services, PLLC (Cordova, Laura) (Entered: 02/28/2024) |
| 02/28/2024 | 41 | JOINT MOTION for Extension of Time to File Answer by Divine Family Care, PLLC, Diego Naranjo, Diego Naranjo dba UC Health Consultants, Trinity Health Services, PLLC. (Attachments: # 1 Proposed Order)(Murtha, Michael) (Entered: 02/28/2024) |
| 02/28/2024 | 42 | CONSENT MOTION for Extension of Time to File Answer re 24 Amended Complaint *Unopposed* by Alyssa Hernandez, Eder Francisco Hernandez, Migdal Eder, LLC, Valley Med Urgent Care, PLLC. (Attachments: # 1 Proposed Order)(Martinez, Benigno) (Entered: 02/28/2024) |

| | | |
|---|---|---|
| 02/28/2024 | Ï 43 | ORDER granting in part the 35 Consent Motion to Extend Responsive Pleading Deadline. Defendant's deadline to file its responsive pleading is now April 8, 2024. Signed by District Judge Michael J. Truncale on 2/28/24. (kcv, ) (Entered: 02/29/2024) |
| 02/29/2024 | Ï 44 | NOTICE of Attorney Appearance by Tomas Francisco Tijerina on behalf of Alyssa Hernandez, Eder Francisco Hernandez, Migdal Eder, LLC, Valley Med Urgent Care, PLLC (Tijerina, Tomas) (Entered: 02/29/2024) |
| 02/29/2024 | Ï 45 | ORDER granting in part the 42 Consent Motion to Extend Responsive Pleading Deadline. Hernandez Defendant's deadline to file its responsive pleading is now April 8, 2024. Signed by District Judge Michael J. Truncale on 2/29/24. (kcv, ) (Entered: 02/29/2024) |
| 02/29/2024 | Ï | Answer Due Deadline Updated for Alyssa Hernandez to 4/8/2024; Eder Francisco Hernandez to 4/8/2024; Migdal Eder, LLC to 4/8/2024; Valley Med Urgent Care, PLLC to 4/8/2024. (kcv, ) (Entered: 02/29/2024) |
| 03/01/2024 | Ï 46 | ORDER granting in part the 41 Joint Motion to Extend Responsive Pleading Deadline. Naranjo Defendant's deadline to file its responsive pleading is now April 30, 2024. Signed by District Judge Michael J. Truncale on 3/1/24. (kcv, ) (Entered: 03/01/2024) |
| 03/01/2024 | Ï | Answer Due Deadline Updated for Divine Family Care, PLLC to 4/30/2024; Diego Naranjo to 4/30/2024; Diego Naranjo dba UC Health Consultants to 4/30/2024; Trinity Health Services, PLLC to 4/30/2024. (kcv, ) (Entered: 03/01/2024) |
| 04/01/2024 | Ï 47 | JOINT MOTION to Set Briefing Schedule regarding FED. R. CIV. P. 12(b)(3) Motions to Dismiss or, in the alternative, to Trasnsfer Venue and to Set Deadlines for Subsequent FED. R. CIV. P. 12(b)(6) Motions to Dismiss by Divine Family Care, PLLC, Alyssa Hernandez, Eder Francisco Hernandez, Migdal Eder, LLC, Diego Naranjo, Diego Naranjo dba UC Health Consultants, Southwest Key Programs, Inc., Trinity Health Services, PLLC, Valley Med Urgent Care, PLLC. (Attachments: # 1 Exhibit A − Meet and Confer Email Correspondence, # 2 Proposed Order Granting Motion)(Griffin, Rosie) Modified title on 4/1/2024 (kcv). (Entered: 04/01/2024) |
| 04/03/2024 | Ï 48 | ORDER granting in part the 47 Joint Motion to set Briefing Schedule Regarding 12(b)(3) Motions to Dismiss or to Transfer Venue and to Set Deadlines for Subsequent 12(b)(6) Motions to Dismiss. Signed by District Judge Michael J. Truncale on 4/3/24. (kcv) (Entered: 04/03/2024) |
| 04/10/2024 | Ï 49 | MOTION to Dismiss *for Improper Venue or in the Alternative to Transfer Venue* by Southwest Key Programs, Inc.. (Attachments: # 1 Affidavit/Declaration of Eleanor Benmenashe, # 2 Affidavit/Declaration of Kela Kasemi, # 3 Proposed Order Granting Motion to Dismiss)(Griffin, Rosie) (Entered: 04/10/2024) |
| 04/10/2024 | Ï 50 | JOINT MOTION to Dismiss *for Improper Venue* by Divine Family Care, PLLC, Alyssa Hernandez, Eder Francisco Hernandez, Migdal Eder, LLC, Diego Naranjo, Diego Naranjo dba UC Health Consultants, Trinity Health Services, PLLC, Valley Med Urgent Care, PLLC. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Proposed Order)(Murtha, Michael) Modified title on 4/11/2024 (kcv). (Entered: 04/10/2024) |
| 04/24/2024 | Ï 51 | FIRST RESPONSE in Opposition re 49 MOTION to Dismiss *for Improper Venue or in the Alternative to Transfer Venue*, 50 JOINT MOTION to Dismiss *for Improper Venue and Motion to Strike filed by Jana Garza*. (Attachments: # 1 Proposed Order Proposed Order, # 2 Exhibit Exhibit A, # 3 Exhibit Exhibit B, # 4 Exhibit Exhibit C, # 5 Exhibit Exhibit D, # 6 Exhibit Exhibit E, # 7 Exhibit Exhibit F, # 8 Exhibit Exhibit G, # 9 Exhibit Exhibit H, # 10 Exhibit Exhibit I, # 11 Exhibit Exhibit J, # 12 Exhibit Exhibit K, # 13 Exhibit Exhibit L, # 14 Exhibit Exhibit M, # 15 Exhibit Exhibit N, # 16 Exhibit Exhibit O, # 17 Exhibit Exhibit P, # 18 Exhibit Exhibit Q)(Doroteo, Carlos) (Entered: 04/24/2024) |
| 05/01/2024 | Ï 52 | |

| | | |
|---|---|---|
| | | REPLY to Response to Motion re 49 MOTION to Dismiss *for Improper Venue or in the Alternative to Transfer Venue filed by Southwest Key Programs, Inc.*. (Griffin, Rosie) (Entered: 05/01/2024) |
| 05/01/2024 | Ï 53 | REPLY in Support re 50 JOINT MOTION to Dismiss *for Improper Venue Pursuant to Federal Rule of Civil Procedure 12(B)(3) filed by Divine Family Care, PLLC, Alyssa Hernandez, Eder Francisco Hernandez, Migdal Eder, LLC, Diego Naranjo, Diego Naranjo dba UC Health Consultants, Trinity Health Services, PLLC, Valley Med Urgent Care, PLLC*. (Cordova, Laura) Modified title on 5/2/2024 (bmf). (Entered: 05/01/2024) |
| 02/07/2025 | Ï 54 | ORDER granting in part 49 and 50 Motions to Dismiss or Transfer Venue. The Clerk is instructed to transfer this case to the Western District of TX, Austin Division. Signed by District Judge Michael J. Truncale on 2/7/25. (tkd) (Entered: 02/07/2025) |
| 02/07/2025 | Ï | Per Local Rule CV−83(b), this case will be transferred to the Western District of TX no sooner than twenty−one (21) days after the date of the transfer order. (tkd) (Entered: 02/07/2025) |
| 02/28/2025 | Ï | Case transferred to the Western District of TX, Austin Division. (tkd) (Entered: 02/28/2025) |