**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

**United States of America ex rel. Jana Garza**

-vs- **Case No. 1:25-cv-00305-ADA-SH**

**Southwest Key Programs, Inc., et al**

## ORDER

BE IT REMEMBERED on this the ________ day of ________________, 20____, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by **Rosie Dawn Griffin** ("Applicant"), counsel for **Southwest Key Programs,** and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of **Southwest Key Programs,** in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**.

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

SIGNED this the ________ day of ______________________ 20____.

______________________________
UNITED STATES DISTRICT JUDGE