UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* JANA GARZA, | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 1:25-CV-305-ADA-SH |
| SOUTHWEST KEY PROGRAMS, INC., *et al.*, | § | |
| Defendants. | § | |

**UNITED STATES' MOTION TO SUBSTITUTE COUNSEL**

This *qui tam* action was recently transferred from the United States District Court for the Eastern District of Texas. *See* Dkt. 55. The U.S. Attorney's Office for the Eastern District of Texas represented the United States while the action was pending in that district. Now that the case has been transferred to the Western District of Texas, the United States respectfully moves this Court to substitute AUSA Thomas A. Parnham Jr. as the United States' counsel of record. The United States respectfully requests that all further communications, correspondence, pleadings, orders, and notices be sent to undersigned counsel using the contact information set forth in the signature block below.[1] This motion is unopposed.

WHEREFORE, the United States moves to substitute AUSA Thomas A. Parnham Jr. of the Western District of Texas as its counsel of record, that AUSA Whitney Tharpe of the Eastern

[1] Although the Government declined to intervene in the action (*see* Dkt. 7), the United States remains the real party of interest and retains certain rights under the False Claims Act. *See* 31 U.S.C. § 3730(c)(3). For example, the United States must be served with any pleadings, motions, and orders, and it has the right to intervene in the action at any time for good cause. *See* Dkt. 8, at 1–2. With the advent of electronic filing, service on the United States generally may be accomplished through the Court's CM/ECF system. *See* Fed. R. Civ. P. 5(b)(2)(E).

District of Texas be allowed to withdraw, and that all further communications, correspondence, pleadings, orders, and notices be sent to AUSA Thomas A. Parnham Jr. as lead counsel for the United States.

Dated: March 21, 2025

Respectfully submitted,

MARGARET F. LEACHMAN
Acting United States Attorney

By: *Thomas A. Parnham Jr.*
THOMAS A. PARNHAM JR.
Assistant United States Attorney
New York Bar No. 4775706
903 San Jacinto Blvd, Suite 334
Austin, Texas 78701
(512) 916-5858 (tel)
(512) 916-5854 (fax)
thomas.parnham@usdoj.gov

***Attorneys for the United States of America***

**CERTIFICATE OF CONFERENCE**

I hereby certify that undersigned counsel for the United States has conferred with counsel for the other parties in this action. All parties consent to the relief requested.

*Thomas A. Parnham Jr.*
THOMAS A. PARNHAM JR.
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2025, I electronically filed this document using the Court's CM/ECF system, which will send a notification to any counsel of record who is an electronic filer. I further certify that I also caused a copy of this filing to be served on all counsel by regular U.S. mail sent to the addresses indicated below.

Whitney Tharpe
Assistant United States Attorney
Eastern District of Texas
110 N. College, Ste 700
Tyler, TX 75703

Carlos Doreto
Milpa Law PLLC
1415 N Loop W #618
Houston, TX 77008

John A. ("Jack") Kolar
Government Accountability Project
1614 K Street NW, Suite 1100
Washington, DC 20006

Richard Condit
Cleveland Lawrence III
Mehri & Skalet, PLLC
2000 K Street NW, Suite 325
Washington, DC 20006

Rosie Dawn Griffin
Scott Sheffler
Feldesman Leifer LLP
1129 20th Street NW, Suite 400
Washington, DC 20036

Benigno Trey Martinez, III
Tomas F. Tijerina
Martinez & Tijerina, PLLC
1201 E. Van Buren
Brownsville, TX 78520

Laura Marie Kidd Cordova
Jackson Walker LLP
1401 McKinney, Ste 1900
Houston, TX 77010

Michael J. Murtha
Jackson Walker LLP
2323 Ross Avenue, Suite 600
Dallas, TX 75201

*Thomas A. Parnham Jr.*
THOMAS A. PARNHAM JR.
Assistant United States Attorney