UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* JANA GARZA, | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 1:25-CV-305-ADA-SH |
| SOUTHWEST KEY PROGRAMS, INC., *et al.*, | § | |
| Defendants. | § | |

**ORDER SUBSTITUTING COUNSEL**

Upon consideration of the United States' Motion to Substitute Counsel, it is **HEREBY ORDERED** that the Motion is **GRANTED**. AUSA Whitney Tharpe of the Eastern District of Texas is removed as attorney of record for the United States in this matter, and AUSA Thomas A. Parnham Jr. of the Western District of Texas is substituted as lead counsel.

**SIGNED** on ________________________, 2025.

______________________________
UNITED STATES DISTRICT JUDGE