AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

| | | |
|---|---|---|
| United States of America ex rel. Jana Garza | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-00305-ADA-SH |
| Southwest Key Programs,Inc. et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Southwest Key Programs, Inc. .

Date: 03/28/2025

Michael E. Clark

*Attorney's signature*

Michael E. Clark/ (State) 04293200 (SDTX Fed) 7435

*Printed name and bar number*

Womble Bond Dickinson (US) LLP
717 Texas Avenue
Suite 2100
Houston, Texas 77002

*Address*

Michael.Clark@wbd-us.com

*E-mail address*

(346) 998-7807

*Telephone number*

(346) 998-5901

*FAX number*