**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** ***ex rel.*** **JANA GARZA,** *Plaintiff* <br><br> **v.** <br><br> **SOUTHWEST KEY PROGRAMS, INC., ALYSSA HERNANDEZ, DIEGO NARANJO, DIVINE FAMILY CARE, PLLC, EDER FRANCISCO HERNANDEZ, FANNY RIOSA FIGUEROA, GERALDO RIVERA, MIGDAL EDER, LLC, TRINITY HEALTH SERVICES, PLLC, DIEGO NARANJO D/B/A UC HEALTH CONSULTANTS, AND VALLEY MED URGENT CARE, PLLC,** *Defendants* | § § § § § § § § § § § § § § § § § | **CASE NO. 1:25-CV-00305-ADA-SH** |

**O R D E R**

Before the Court is Applicant John A. Kolar's Application for Admission *Pro Hac Vice* (Dkt. 64), filed March 26, 2025. On February 28, 2025, the District Court referred all pending and future nondispositive motions in this case to this Magistrate Judge for resolution, pursuant to the Standing Order on Magistrate referrals, 28 U.S.C. § 636(b)(1)(A), Federal Rule of Civil Procedure 72, and Rule 1(c) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas.

**IT IS ORDERED** that Applicant John A. Kolar's Application for Admission *Pro Hac Vice* (Dkt. 64) is **GRANTED**, and Applicant may appear on behalf of Relator Jana Garza in the above case.

**IT IS FURTHER ORDERED** that the Applicant, if he has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**.

**IT IS FURTHER ORDERED** that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

**IT IS FINALLY ORDERED** that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

**SIGNED** on March 31, 2025.

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE