**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** ***ex rel.*** **JANA GARZA,** *Plaintiff* | § | |
| **v.** | § | |
| **SOUTHWEST KEY PROGRAMS, INC., ALYSSA HERNANDEZ, DIEGO NARANJO, DIVINE FAMILY CARE, PLLC, EDER FRANCISCO HERNANDEZ, FANNY RIOSA FIGUEROA, GERALDO RIVERA, MIGDAL EDER, LLC, TRINITY HEALTH SERVICES, PLLC, DIEGO NARANJO D/B/A UC HEALTH CONSULTANTS, AND VALLEY MED URGENT CARE, PLLC,** *Defendants* | § | **CASE NO. 1:25-CV-00305-ADA-SH** |

**O R D E R**

Before the Court is United States' Unopposed Motion to Substitute Counsel (Dkt. 62), filed March 21, 2025. On February 28, 2025, the District Court referred all pending and future nondispositive motions in this case to this Magistrate Judge for resolution, pursuant to the Standing Order on Magistrate referrals, 28 U.S.C. § 636(b)(1)(A), Federal Rule of Civil Procedure 72, and Rule 1(c) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas.

This *qui tam* action was transferred from the United States District Court for the Eastern District of Texas to this Court on February 28, 2025. Dkt. 55. The U.S. Attorney's Office for the Eastern District of Texas represented the United States while the action was pending in that district. Now that the case has been transferred to the Western District of Texas, the United States moves this Court to substitute Assistant United States Attorney Thomas A. Parnham Jr. as the United States' counsel of record.

The Court **HEREBY GRANTS** United States' Unopposed Motion to Substitute Counsel (Dkt. 62). Assistant United States Attorney Whitney Tharpe of the Eastern District of Texas is removed as attorney of record for the United States in this matter and Assistant United States Attorney Thomas A. Parnham Jr. of the Western District of Texas is substituted as lead counsel.

**SIGNED** on March 31, 2025.

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE