**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

**United States of America ex rel. Jana Garza**

-vs- **Case No.: 1:25-cv-00305-ADA-SH**

**Southwest Key Programs, Inc., et al**

## MOTION FOR ADMISSION *PRO HAC VICE*

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now **Cleveland Lawrence III**, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas *pro hac vice* to represent **Relator Jana Garza** in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) **Mehri & Skalet, PLLC**, with offices at

   Mailing address: **2000 K Street NW, Suite 325**

   City, State, Zip Code: **Washington, DC 20006**

   Telephone: **(202) 822-5100**

   Facsimile: **(202) 822-4997**

   Email: **CLawrence@findjustice.com**

2. Since **10/01/2001**, Applicant has been and presently is a member of and in good standing with the Bar of the State of **DC**. Applicant's bar license number is **480462**.

3. Applicant has been admitted to practice before the following courts:

| Court: | Admission date: |
| --- | --- |
| **DC District Court** | |
| **Second Circuit Court of Appeals** | |
| **Seventh Circuit Court of Appeals** | |
| **SD of NY, Colorado** | |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

5. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided below:

6. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

7. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

8. Select one:

☐ Applicant has on file an application for admission to practice before the United States District Court for the Western District of Texas.

☑ Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: **Carlos Doroteo, Milpa Law PLLC**

Mailing address: **1300 W 19th Street # 7263**

City, State, Zip Code: **Houston, TX 77008**

Telephone: **832-298-0801**

9. Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 *pro hac vice* fee in compliance with Local Court Rule AT-1(f)(2) [checks made payable to: **Clerk, U.S. District Court**].

10. Should the Court grant applicant's motion, Applicant shall register as a filing user within 10 days of this order, pursuant to Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases in the Western District of Texas.

Wherefore, Applicant prays that this Court enter an order permitting the admission of

**Cleveland Lawrence III** to the Western District of Texas *pro hac vice*

for this case only.

Respectfully submitted,

**Cleveland Lawrence III**
[printed name of Applicant]

[signature of Applicant]

CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the **10th** day of **April**, **2025**.

**Cleveland Lawrence III**
[printed name of Applicant]

[signature of Applicant]

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

**United States of America ex rel. Jana Garza**

-vs-

**Southwest Key Programs, Inc., et al**

**Case No. 1:25-cv-00305-ADA-SH**

## ORDER

BE IT REMEMBERED on this the **10th** day of **April**, 20**25**, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by **Cleveland Lawrence III** ("Applicant"), counsel for **Relator Jana Garza** and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of **Relator Jana Garza** in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**.

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

SIGNED this the ________ day of ____________________ 20____.

____________________________
UNITED STATES DISTRICT JUDGE