FILED
May 09, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: klw
DEPUTY

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

**United States of America ex rel. Jana Garza**

**-vs-** **Case No. 1:25-cv-00305-ADA-SH**

**Southwest Key Programs, Inc., et al.**

# ORDER

BE IT REMEMBERED on this the 8th day of May, 20 25, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by **Stephen M. Kuperberg** ("Applicant"), counsel for **Southwest Key Programs** and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of **Southwest Key Programs** in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**.

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

SIGNED this the 9th day of May 20 25.

ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE