**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| UNITED STATES EX REL. JANA GARZA, *Plaintiff,* v. SOUTHWEST KEY PROGRAMS, INC., *et al.*, *Defendants.* | No: 1:25-cv-00305-ADA-SH **UNOPPOSED MOTION TO WITHDRAW AS COUNSEL** |

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL**

Pursuant to Local Rule CV-7, undersigned counsel respectfully moves the Court to permit the withdrawal of her appearance as counsel of record for Defendant Southwest Key Programs, Inc. ("Southwest Key"). The motion is unopposed.

Undersigned counsel is no longer affiliated with the law firm of Feldesman Leifer LLP and, with Southwest Key's consent, will no longer be representing Southwest Key in this action. Southwest Key will continue to be represented by Michael E. Clark of Womble Bond Dickinson (US) LLP, and Mindy Pava, Stephen Kuperberg, and Scott Sheffler of Feldesman Leifer LLP.

May 16, 2025

Respectfully submitted,

*s/ Rosie Dawn Griffin*
Rosie Dawn Griffin
Powers Pyles Sutter & Verville, PC
1250 Connecticut Ave NW, Eighth Floor
Washington, DC 20036
202.466.6550
rosie.griffin@powerslaw.com

**CERTIFICATE OF CONFERENCE**

I hereby certify I have conferred with counsel for the other parties in this action. All parties consent to the relief requested.

*s/ Rosie Dawn Griffin*
Rosie Dawn Griffin

**CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2025 I electronically filed this document using the Court's CM/ECF system, which will send a notification to any counsel of record who is an electronic filer.

*s/ Rosie Dawn Griffin*
Rosie Dawn Griffin