**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

UNITED STATES EX REL. JANA GARZA,

*Plaintiff,*

v.

SOUTHWEST KEY PROGRAMS, INC., *et al.*,

*Defendants.*

No: 1:25-cv-00305-ADA-SH

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW ROSIE DAWN GRIFFIN AS COUNSEL**

Having considered the Motion to withdraw Rosie Dawn Griffin as counsel for Defendant Southwest Key Programs, Inc., it is **HEREBY ORDERED** that the Motion is **GRANTED**.

The Court further directs the clerk of the court to terminate CM/ECF notices to Rosie Dawn Griffin in this action.

**SIGNED** on ________________________, 2025

________________________________
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE