**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **United States of America *ex rel.* Jana Garza,** **Plaintiff** | § § § | |
| **v.** | § § | **No. 1:25-cv-00305-ADA-SH** |
| **Southwest Key Programs, Inc., et al.,** **Defendants** | § § § | |

**<u>ORDER</u>**

Judge Alan D Albright referred this case to this Magistrate Judge pursuant to Rule 1 of Appendix C of the Local Court Rules of the United States District Court for the Western District of Texas. Magistrate Referral Order (Feb. 27, 2025).

The Court hereby **GRANTS** the parties' Joint Motion for Briefing Schedule (Dkt. 84) and **ORDERS** them to brief Defendants' motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) on their agreed schedule:

- Defendants shall file their Rule 12(b)(6) motion to dismiss by **Wednesday, June 25, 2025**.
- Relator shall file her response to Defendants' Rule 12(b)(6) motion by **Wednesday, July 23, 2025**
- Defendants shall file their reply by **Wednesday, August 7, 2025**.

The parties disagree whether discovery should commence this month or after the Court issues its decision on Defendants' motion to dismiss. The Court **ORDERS** the parties to file an amended joint proposed Scheduling Order by **June 13, 2025** providing that discovery shall commence on **February 9, 2026** and identifying **specific dates** for all subsequent events.

**SIGNED** on June 10, 2025.

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE