IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* JANA GARZA | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 1:25-cv-00305-ADA-SH |
| | § | |
| SOUTHWEST KEY PROGRAMS, INC., *et. al.*, | § | **Jury Trial Demanded** |
| | § | |
| Defendants. | § | |

**NOTICE OF JOINT PROPOSED SCHEDULING**

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, and the Court's June 10, 2025 Order (ECF 86), Plaintiff United States of America ex rel. Jana Garza and Defendant Southwest Key Programs, Inc., et. al., hereby submit the following Joint Proposed Scheduling Order. *See* Exhibit A. The parties have met and conferred pursuant to Rule 26(f).

AGREED BY:

*/s/ Mindy B. Pava*
**FELDESMAN LEIFER LLP**
Scott S. Sheffler
Mindy B. Pava
Stephen M. Kuperberg
1129 20th Street, NW Suite 400
Washington, DC 20036
Phone: (202) 466-8960
Fax: (202) 293-8103

*Counsel for Defendant Southwest Key Programs Inc.*

/s/ *Jack A. Kolar*
**GOVERNMENT ACCOUNTABILITY PROJECT**
John A. Kolar

By: */s/ Tomas F. Tijerina*
**MARTINEZ & TIJERINA P.L.L.C**
Tomas F. Tijerina
Benigno (Trey) Martinez
1201 E. Van Buren Brownsville, Texas 78520
Phone: (956) 550-4868
Fax (956) 621-0135

*Counsel for the Hernandez Defendants*

*/s/ Laura M. Kidd Cordova*
**JACKSON WALKER LLP**
Laura M. Kidd Cordova
Michael J. Murtha
1401 McKinney St, Suite 1900
Houston, Texas 77010
(713) 752-4449
(713) 752-4221 (Facsimile)

1612 K St. NW, Suite #808
Washington, DC 20006
Phone: (202) 457-0034
Direct Dial: (202) 926-3311
Fax: None

*Counsel for Defendants Diego Naranjo, Divine Family Care, PLLC, Trinity Health Services, PLLC, and Diego Naranjo dba UC Health Consultants*

**MILPA LAW PLLC**
Carlos Doroteo
2030 N Loop W #115
Houston, TX 77018
Phone: (866) 666-4572
Fax: (713) 529-3785

**MEHRI & SKALET, PLLC**
Richard Condit
Cleveland Lawrence, II
Mehri & Skalet, PLLC
2000 K Street, NW, Suite Ste 325
Washington, DC 20006
202-822-5100
Fax: 202-822-4997

*Counsel for Plaintiffs United States of American ex. rel. Jana Garza*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 13, 2025, I electronically filed the foregoing document with the Clerk of the District Court using its CM/ECF system, which would then electronically notify all parties of record who are CM/ECF participants on this case.

/s/ *Laura M. Kidd Cordova*
Laura M. Kidd Cordova