**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* JANA GARZA<br><br>*Plaintiff,*<br><br>v.<br><br>SOUTHWEST KEY PROGRAMS, INC.,<br>*et. al.,*<br><br>*Defendants.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:25-cv-00305-ADA-SH |

**<u>DEFENDANT SOUTHWEST KEY PROGRAMS, INC.'S MOTION TO DISMISS</u>**

Defendant Southwest Key Programs, Inc. ("SWK"), by and through undersigned counsel, hereby moves this Court, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and the Court's June 10, 2025 Order (ECF No. 86), to dismiss Relator Jane Garza's Amended Complaint (ECF No. 24) in its entirety and with prejudice. SWK respectfully refers this Court to the Memorandum of Law and Points of Authorities filed herewith.

Dated: June 25, 2025

Respectfully submitted,

/s/ Mindy B. Pava

**FELDESMAN LEIFER LLP**
Scott S. Sheffler (*pro hac vice*)
Mindy B. Pava (*pro hac vice*)
Stephen M. Kuperberg (*pro hac vice*)
1129 20th Street NW, Suite 400
Washington, DC 20036
Telephone: (202) 466-8960
Fax: (202) 293-8103
Email: ssheffler@feldesman.com
mpava@feldesman.com
skuperberg@feldesman.com

*/s/ Michael E. Clark*

**WOMBLE BOND DICKINSON LLP**
Michael E. Clark (Texas Bar No. 04293200)
717 Texas Avenue, Suite 2100
Houston, TX 77002
Telephone: (346) 998-7807
Email: Michael.clark@wbd-us.com

*Counsel for Defendant Southwest Key Programs, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 25, 2025, I electronically filed the foregoing document with the Clerk of the District Court using its CM/ECF system, which would then electronically notify all parties of record who are CM/ECF participants on this case.

_*/s/ Mindy B. Pava*_______________
Mindy B. Pava