**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* JANA GARZA<br><br>Plaintiff,<br><br>v.<br><br>SOUTHWEST KEY PROGRAMS, INC.,<br>*et. al.,*<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 1:25-cv-00305-ADA-SH |

**[PROPOSED] ORDER GRANTING NARANJO DEFENDANTS' MOTION TO DISMISS**

Pending before the Court is Defendants Diego Naranjo; Divine Family Care, PLLC; Trinity Health Services, PLLC; and Diego Naranjo d/b/a UC Health Consultants' (collectively, "Naranjo Defendants'") Motion to Dismiss. Having considered the Motion, Response, and Reply, the Court finds that the Motion should be GRANTED.

It is therefore ORDERED that Relator Jana Garza's claims against Naranjo Defendants are hereby dismissed with prejudice.

Signed at Austin, Texas this ___ day of ________________, 2025.

________________________________
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE