**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| **Ex rel. JANA GARZA** | § | |
| **Plaintiff,** | § | |
| | § | |
| **V.** | § | **No. 1:25-CV-00305-ADA-SH** |
| | § | |
| **SOUTHWEST KEY PROGRAMS, INC.,** | § | |
| **et. al.,** | § | |
| **Defendants.** | § | |

**ORDER GRANTING DEFENDANTS EDER FRANCISCO HERNANDEZ, ALYSSA HERNANDEZ, MIGDAL EDER, LLC, AND VALLEY MED URGENT CARE, PLLC'S MOTION TO DISMISS**

On this day, Defendants Eder Francisco Hernandez, Alyssa Hernandez, Migdal Eder, LLC, and Valley Med Urgent Care, PLLC came to be heard. The Court, after considering said motion, response, the papers on file with the Court, and the arguments of counsel, finds that said Motion should be in all things **GRANTED**. It is, therefore,

**ORDERED, ADJUDGED and DECREED** that Defendants Eder Francisco Hernandez, Alyssa Hernandez, Migdal Eder, LLC, and Valley Med Urgent Care, PLLC is hereby **GRANTED**.

**SIGNED FOR ENTRY** this ______ day of ____________ 2025.

_________________________________
JUDGE PRESIDING