IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* JANA GARZA | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 1:25-cv-00305-ADA-SH |
| | § | |
| SOUTHWEST KEY PROGRAMS, INC., *et. al.*, | § | |
| | § | |
| Defendants. | § | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**
**TO RESPOND AND REPLY**

On June 25, 2025, Defendant Southwest Key Programs (Dkt. 89), the Najarano Defendants (Dkt. 90), and the Hernandez Defendants (Dkt. 91) each filed motions to dismiss in this Court.

On July 2, 2025, Relator's counsel conferred with Defendants' counsel to request an extension of time to respond to the three motions to dismiss from July 23, 2025 to August 20, 2025. Relator seeks additional time because: (1) Relator will be responding to three separate motions to dismiss instead of one motion to dismiss; and (2) one of Relator's counsel will be unavailable from July 16 to 31, 2025.

After conferring, Defendants' counsel stated that they are unopposed to the extension of time. Further, Defendants' counsel requested a revised reply deadline of September 5, 2025 to avoid a due date right after Labor Day weekend. Relator's counsel is also unopposed to this motion.

Both requests are compliant with Local Rule AT-4(b), as they are "reasonable extensions of time to respond" to pretrial motions.

Accordingly, Relator prays that this Court grant this motion and issue an order extending Relator's deadline to respond to the three motions to dismiss from July 23, 2025 to August 20, 2025 and to move Defendants' reply deadline to September 5, 2025.

Dated: July 4, 20225

Respectfully submitted,

/s/ Jack Kolar
John A. (Jack) Kolar
D.C. Bar No. 292953
*Appearing pro hac vice (Lead Counsel)*
**Government Accountability Project**
1612 K Street NW, Suite 1100
Washington, DC 20006
(p) 202-926-3311
(e) JackK@whistleblower.org

Richard Condit
D.C. Bar No. 417786
Cleveland Lawrence III
D.C. Bar No. 480462
*Appearing pro hac vice*
**Mehri & Skalet, PLLC**
2000 K Street NW, Suite 325
Washington, DC 20006
(p) 202-822-5100
(e) rcondit@findjustice.com
(e) clawrence@findjustice.com

Carlos Doroteo
TX Bar No. 24097616
*Appearing pro hac vice*
**Milpa Law PLLC**
1300 W 18th Street # 7263 N
Houston, TX 77008
(p) 866-666-4572
(e) Carlos@MilpaLaw.com

**COUNSEL FOR PLAINTIFF-RELATOR JANA GARZA**

**CERTIFICATE OF CONFERENCE**

I certify that in accordance with Local Rule C-7(i), the parties conferred and the parties are unopposed to the motion and relief requested.

/s/Carlos Doroteo
Carlos Doroteo

**COUNSEL FOR PLAINTIFF-RELATOR JANA GARZA**

**CERTIFICATE OF SERVICE**

I certify that on July 4, 2025, I caused a true and correct copy of this document to be served via ECF on all counsel of record.

/s/Carlos Doroteo
Carlos Doroteo

**COUNSEL FOR PLAINTIFF-RELATOR JANA GARZA**