IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* JANA GARZA | § | |
| Plaintiff, | § | |
| v. | § | Case No. 1:25-cv-00305-ADA-SH |
| SOUTHWEST KEY PROGRAMS, INC., *et. al.*, | § | **Jury Trial Demanded** |
| Defendants. | § | |

**ORDER**

After considering the Unopposed Motion for Extension of Time to Respond and Reply, the Court hereby **GRANTS** the Motion.

Relator's deadline to respond to each of the three motions to dismiss filed by Defendants is hereby extended August 20, 2025.

Defendants' deadline to reply to Relator's response is hereby extended to September 5, 2025.

SIGNED this ______________________________.

______________________________
The Honorable Alan Albright
United States District Judge