IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* JANA GARZA<br><br>Plaintiff,<br><br>v.<br><br>SOUTHWEST KEY PROGRAMS, INC., *et. al.*,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 1:25-cv-00305-ADA-SH |

**RELATOR'S MOTION TO FILE CORRECTED RESPONSE AND EXCEED PAGE LIMIT**

Relator hereby moves this Court to grant her leave (1) to file a corrected Consolidated Response to Defendants' motions to dismiss; and (2) to authorize them to file a response in excess of the page limit.

1. Three groups of Defendants in this case have each filed motions to dismiss the Plaintiffs' First Amended Complaint, raising numerous legal issues. In support of these motions, the Defendants submitted memoranda totaling 60 pages of argument.[1] *See* ECF 89, 90, and 91.

2. On August 20, 2025, Relator timely filed a Consolidated Response instead of three separate responses, as many of the issues raised by all three defendant groups were duplicative. ECF 94. Unfortunately, Relator was unable to insert a table of contents and table of authorities.

3. Relator respectfully requests the opportunity to submit a corrected Consolidated Response that includes these two tables, corrects certain citations, and corrects three headers. The corrected Consolidated Response has no changes to any of the arguments or the page length. *See* ECF 95.

[1] This excludes the pages with captions, tables, signatures blocks, and certificates.

4. Further, Relator requests that the Court permit her to file a response that exceeds the typical 20-page limit under Local Rule CV-7(D). If Relator had filed three separate responses, she would have been entitled to a cumulative total of 60 pages. The corrected Consolidated Response is 39 pages in total, which is less than 60 pages. *See* ECF 95.

5. This Motion will in no way result in prejudice to the Defendants nor will it result in a delay in this case.

Dated: August 21, 2025

Respectfully submitted,

/s/ Jack Kolar
John A. (Jack) Kolar
D.C. Bar No. 292953
*Appearing pro hac vice (Lead Counsel)*
**Government Accountability Project**
1612 K Street NW, Suite 1100
Washington, DC 20006
(p) 202-926-3311
(e) JackK@whistleblower.org

Richard Condit
D.C. Bar No. 417786
Cleveland Lawrence III
D.C. Bar No. 480462
*Appearing pro hac vice*
**Mehri & Skalet, PLLC**
2000 K Street NW, Suite 325
Washington, DC 20006
(p) 202-822-5100
(e) rcondit@findjustice.com
(e) clawrence@findjustice.com

Carlos Doroteo
TX Bar No. 24097616
*Appearing pro hac vice*
**Milpa Law PLLC**
1300 W 18th Street # 7263 N
Houston, TX 77008
(p) 866-666-4572
(e) Carlos@MilpaLaw.com

**COUNSEL FOR PLAINTIFF-RELATOR**

## CERTIFICATE OF SERVICE

I certify that on August 21, 2025, I caused a true and correct copy of this document to be served via ECF on all counsel of record.

/s/Carlos Doroteo
Carlos Doroteo

**COUNSEL FOR PLAINTIFF-RELATOR JANA GARZA**