**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* JANA GARZA<br>*Plaintiff,*<br><br>v.<br><br>SOUTHWEST KEY PROGRAMS, INC.,<br>*et. al.,*<br>*Defendants.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:25-cv-00305-ADA-SH |

**[PROPOSED] ORDER GRANTING DEFENDANTS'**
**EMERGENCY MOTION TO STRIKE RELATOR'S CONSOLIDATED RESPONSE**

After considering Defendants' Emergency Motion to Strike Relator's Consolidated Response, the Court hereby **GRANTS** the Motion:

The Court denies Relator's Motion to Exceed the Page Limit (Dkt. No. 96) and strikes Relator's Consolidated Response (Dkt. Nos. 94 and 95).

The Court hereby orders that Relator file three separate opposition briefs in response to each of the Defendant group's motions to dismiss (Dkt. Nos. 89, 90 and 91). Each response must follow the page limits specified in Local Rule CV-7(D)(3).

The Court hereby further orders that Relator shall file the three separate opposition briefs no later than 14 days from this date of this Order. Defendants' reply briefs shall be filed no later than 14 days following the submission date of Relator's opposition briefs.

SIGNED this ______________________________.

________________________________
The Honorable Alan Albright
United States District Judge