**Exhibit A**

**From:** Pava, Mindy <MPava@feldesman.com>
**Sent:** Wednesday, June 18, 2025 5:44 PM
**To:** Jack Kolar; Murtha, Michael
**Cc:** Carlos Doroteo; Michael Clark; Cordova, Laura; Karen Gray; Cleveland Lawrence III; Richard Condit; Mayra Padilla; Sheffler, Scott; Steve Kuperberg; Tomas Tijerina; Benigno Martinez; Thomas Parnham
**Subject:** RE: Garza v Southwest Key - SWK Motion to Extend Page Limits for 12(b)(6) Motion to Dismiss

Jack,

Thank you for consenting to the page extension, and yes, as I previously wrote, Southwest Key consents to a similar extension for Relator should you need it. We plan to file the extension motion tomorrow.

However, I want to address the second part of your email: the defendants are filing separate motions to dismiss. Southwest Key (as the corporate entity) is situated differently than the individual defendants; we have not entered into any sort of joint defense agreement or arrangement. In my experience, it is common for defendants who are situated differently to file different motions to dismiss.

We understand that puts a burden on you to respond to separate motions: certainly, if you want to file one opposition brief (with separate portions addressing each defendant) but keep the background, facts, etc. the same, we would understand that you would need an even larger page limit to address the separate defendants' arguments. We also can discuss modifying the scheduling order deadlines by stipulation to give Relators more time to respond, if needed, but we do want to be clear that three separate motions to dismiss are anticipated to be filed next Wednesday.

Please let us know if you have any questions or want to organize a joint call to discuss.

Best,
Mindy

**Mindy Pava**
Partner
Feldesman Leifer LLP
1129 20th Street, NW, Suite 400
Washington, DC 20036
**P:** 202.466.8960
**F:** 202.293.8103

**Exhibit A**

**www.feldesman.com**

FELDESMAN

CONFIDENTIALITY NOTICE: This e-mail and any attachments contain information from the law firm of Feldesman Leifer LLP and are intended solely for the use of the named recipient(s). This e-mail may contain privileged attorney-client communications or work product. Any dissemination by anyone other than an intended recipient is prohibited. If you are not a named recipient, you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments. If you have received this e-mail in error, notify MPava@feldesman.com immediately and delete the e-mail, any attachments, and all copies from any drives or storage media and destroy any printouts.

**From:** Jack Kolar <jackk@whistleblower.org>
**Sent:** Wednesday, June 18, 2025 6:23 PM
**To:** Pava, Mindy <MPava@feldesman.com>; Murtha, Michael <mmurtha@jw.com>
**Cc:** carlos@milpalaw.com; Michael Clark <Michael.Clark@wbd-us.com>; Cordova, Laura <lcordova@jw.com>; Karen Gray <KarenG@whistleblower.org>; Cleveland Lawrence III <clawrence@findjustice.com>; Richard Condit <rcondit@findjustice.com>; Mayra Padilla <mayra@mbmtlawfirm.com>; Sheffler, Scott <sSheffler@feldesman.com>; Steve Kuperberg <skuperberg@feldesman.com>; Tomas Tijerina <ttijerina@mbmtlawfirm.com>; Benigno Martinez <trey@mbmtlawfirm.com>; Thomas Parnham <thomas.parnham@usdoj.gov>
**Subject:** RE: Garza v Southwest Key - SWK Motion to Extend Page Limits for 12(b)(6) Motion to Dismiss

Mindy et al, we consent to the larger page limit assuming you will consent to an extension of time to file our response to the longer MTD. We would like an additional 10 days beyond our current due date. Also, we assume you are filing a single, consolidated MTD on behalf of all defendants, and not multiple briefs requiring multiple responses from us. Please confirm this. By the way, we are all Relator's counsel, Carlos, Richard, Cleveland and me. Jack

---

**From:** Pava, Mindy <MPava@feldesman.com>
**Sent:** Wednesday, June 18, 2025 7:12 AM
**To:** Murtha, Michael <mmurtha@jw.com>; Jack Kolar <jackk@whistleblower.org>
**Cc:** carlos@milpalaw.com; Michael Clark <Michael.Clark@wbd-us.com>; Cordova, Laura <lcordova@jw.com>; Karen Gray <KarenG@whistleblower.org>; Cleveland Lawrence III <clawrence@findjustice.com>; Richard Condit <rcondit@findjustice.com>; Mayra Padilla <mayra@mbmtlawfirm.com>; Sheffler, Scott <sSheffler@feldesman.com>; Steve Kuperberg <skuperberg@feldesman.com>; Tomas Tijerina <ttijerina@mbmtlawfirm.com>; Benigno Martinez <trey@mbmtlawfirm.com>; Thomas Parnham <thomas.parnham@usdoj.gov>
**Subject:** RE: Garza v Southwest Key - SWK Motion to Extend Page Limits for 12(b)(6) Motion to Dismiss

Jack, Carlos and Relator's Counsel,

Good morning. Defendant Southwest Key plans to file a motion with the court by tomorrow (Thursday) requesting an extension of page limits on its 12(b)(6) motion to dismiss due next week. Southwest Key is seeking an extension to 30 pages, rather than the 20 pages stated in the Local Rules, due to the breadth of the Relator's Amended Complaint and the need to respond to the allegations involving all four of the counts (plus the False Claims Act elements).

Does Relator consent to Southwest Key's motion? If so, we would consent to a similar page limitation adjustment, if needed, for Relator's brief in opposition to SWK's motion.

Can you please let us know by close of business today (Wednesday) if Relator consents? Our plan is to file the motion by early tomorrow (Thursday) and we need to state Relator's position.

**Exhibit A**

Thank you for your consideration.

Best,
Mindy

**Mindy Pava**
Partner
Feldesman Leifer LLP
1129 20th Street, NW, Suite 400
Washington, DC 20036
**P:** 202.466.8960
**F:** 202.293.8103
**www.feldesman.com**

CONFIDENTIALITY NOTICE: This e-mail and any attachments contain information from the law firm of Feldesman Leifer LLP and are intended solely for the use of the named recipient(s). This e-mail may contain privileged attorney-client communications or work product. Any dissemination by anyone other than an intended recipient is prohibited. If you are not a named recipient, you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments. If you have received this e-mail in error, notify MPava@feldesman.com immediately and delete the e-mail, any attachments, and all copies from any drives or storage media and destroy any printouts.

**From:** Murtha, Michael <mmurtha@jw.com>
**Sent:** Friday, June 13, 2025 3:52 PM
**To:** Jack Kolar <jackk@whistleblower.org>
**Cc:** carlos@milpalaw.com; Michael Clark <Michael.Clark@wbd-us.com>; Cordova, Laura <lcordova@jw.com>; Karen Gray <KarenG@whistleblower.org>; Cleveland Lawrence III <clawrence@findjustice.com>; Richard Condit <rcondit@findjustice.com>; Mayra Padilla <mayra@mbmtlawfirm.com>; Sheffler, Scott <sSheffler@feldesman.com>; Steve Kuperberg <skuperberg@feldesman.com>; Tomas Tijerina <ttijerina@mbmtlawfirm.com>; Benigno Martinez <trey@mbmtlawfirm.com>; Thomas Parnham <thomas.parnham@usdoj.gov>; Chloe E. Johnson <cjohnson@feldesman.com>; Pava, Mindy <MPava@feldesman.com>
**Subject:** Re: Garza v Southwest Key - Draft Proposed Joint Scheduling Order

Thanks, Jack. We'll get it filed. Have a great weekend.

On Jun 13, 2025, at 2:48 PM, Jack Kolar <jackk@whistleblower.org> wrote:

**Caution:** **External Email.

Michael, your proposed compromise is agreeable to us. You can go ahead and file it. Thanks for doing this. Jack

**From:** Murtha, Michael <mmurtha@jw.com>
**Sent:** Friday, June 13, 2025 3:35 PM
**To:** Jack Kolar <jackk@whistleblower.org>; carlos@milpalaw.com; Clark, Michael <michael.clark@wbd-us.com>; Cordova, Laura <lcordova@jw.com>; Karen Gray <KarenG@whistleblower.org>; Cleveland Lawrence III <clawrence@findjustice.com>; Richard Condit <rcondit@findjustice.com>; Mayra Padilla <mayra@mbmtlawfirm.com>; Sheffler, Scott <ssheffler@feldesman.com>; Steve Kuperberg <skuperberg@feldesman.com>; Tomas Tijerina <ttijerina@mbmtlawfirm.com>; Richard Condit

<rcondit@findjustice.com>; Cleveland Lawrence III <clawrence@findjustice.com>; Benigno Martinez <trey@mbmtlawfirm.com>; Parnham, Thomas (USATXW) <thomas.parnham@usdoj.gov>; Chloe E. Johnson <cjohnson@feldesman.com>; Pava, Mindy <mpava@feldesman.com>
**Subject:** RE: Garza v Southwest Key - Draft Proposed Joint Scheduling Order

Jack – I tried calling both of your numbers but was unable to reach you. I spoke with Carlos, and he informed me that you are the lead on this. Given our deadline today, we respectfully request an answer **before 6:00 pm CST**. If we don't have an answer by then, we will need to file the document with all three columns and indicate that we didn't hear back from Relator's counsel on the proposed compromise.

**Michael J. Murtha**
2323 Ross Avenue, Suite 600 | Dallas, TX | 75201
V: (214) 953-6187 | F: (214) 953-5822 | mmurtha@jw.com

<image001.png>

---

**From:** Murtha, Michael
**Sent:** Friday, June 13, 2025 12:58 PM
**To:** Jack Kolar <jackk@whistleblower.org>; carlos@milpalaw.com; Clark, Michael <michael.clark@wbd-us.com>; Cordova, Laura <lcordova@jw.com>; Karen Gray <KarenG@whistleblower.org>; Cleveland Lawrence III <clawrence@findjustice.com>; Richard Condit <rcondit@findjustice.com>; Mayra Padilla <mayra@mbmtlawfirm.com>; Sheffler, Scott <ssheffler@feldesman.com>; Steve Kuperberg <skuperberg@feldesman.com>; Tomas Tijerina <ttijerina@mbmtlawfirm.com>; Richard Condit <rcondit@findjustice.com>; Cleveland Lawrence III <clawrence@findjustice.com>; Benigno Martinez <trey@mbmtlawfirm.com>; Parnham, Thomas (USATXW) <thomas.parnham@usdoj.gov>; Chloe E. Johnson <cjohnson@feldesman.com>; Pava, Mindy <mpava@feldesman.com>
**Subject:** RE: Garza v Southwest Key - Draft Proposed Joint Scheduling Order
**Importance:** High

Jack – Happy Friday. I wanted to follow up to see if we have an agreement since the proposed order is due to the Court **today**. Please let us know if you have any questions or would like to discuss.

**Michael J. Murtha**
2323 Ross Avenue, Suite 600 | Dallas, TX | 75201
V: (214) 953-6187 | F: (214) 953-5822 | mmurtha@jw.com

<image001.png>

---

**From:** Murtha, Michael
**Sent:** Thursday, June 12, 2025 6:23 PM
**To:** Jack Kolar <jackk@whistleblower.org>; carlos@milpalaw.com; Clark, Michael <michael.clark@wbd-us.com>; Cordova, Laura <lcordova@jw.com>; Karen Gray <KarenG@whistleblower.org>; Cleveland Lawrence III <clawrence@findjustice.com>; Richard Condit <rcondit@findjustice.com>; Mayra Padilla <mayra@mbmtlawfirm.com>; Sheffler, Scott <ssheffler@feldesman.com>; Steve Kuperberg <skuperberg@feldesman.com>; Tomas Tijerina <ttijerina@mbmtlawfirm.com>; Richard Condit <rcondit@findjustice.com>; Cleveland Lawrence III <clawrence@findjustice.com>; Benigno Martinez <trey@mbmtlawfirm.com>; Parnham, Thomas (USATXW) <thomas.parnham@usdoj.gov>; Chloe E. Johnson <cjohnson@feldesman.com>; Pava, Mindy <mpava@feldesman.com>
**Subject:** RE: Garza v Southwest Key - Draft Proposed Joint Scheduling Order

**Exhibit A**

Thanks, Jack. We think the timeframes Relator proposes are too long, but, in an effort to compromise, we propose meeting in the middle of both proposals. Please find our new proposed dates attached. You will see our original proposals in the first column, Relator's original proposals in the second column, and the compromise dates in the third column. The compromise dates are exactly in the middle of our original proposals.

Further, while we understand Relator didn't have specific dates for every row, the Court requested that we provide exact dates (and stick to its preferred form). Accordingly, the compromise dates provide exact dates to ensure we comply with the Court's order.

Please let us know if this compromise is acceptable to Relator.

- Michael

**Michael J. Murtha**
2323 Ross Avenue, Suite 600 | Dallas, TX | 75201
V: (214) 953-6187 | F: (214) 953-5822 | mmurtha@jw.com

<image001.png>

---

**From:** Jack Kolar <jackk@whistleblower.org>
**Sent:** Thursday, June 12, 2025 1:16 PM
**To:** Murtha, Michael <mmurtha@jw.com>; carlos@milpalaw.com; Clark, Michael <michael.clark@wbd-us.com>; Cordova, Laura <lcordova@jw.com>; Karen Gray <KarenG@whistleblower.org>; Cleveland Lawrence III <clawrence@findjustice.com>; Richard Condit <rcondit@findjustice.com>; Mayra Padilla <mayra@mbmtlawfirm.com>; Sheffler, Scott <ssheffler@feldesman.com>; Steve Kuperberg <skuperberg@feldesman.com>; Tomas Tijerina <ttijerina@mbmtlawfirm.com>; Richard Condit <rcondit@findjustice.com>; Cleveland Lawrence III <clawrence@findjustice.com>; Benigno Martinez <trey@mbmtlawfirm.com>; Parnham, Thomas (USATXW) <thomas.parnham@usdoj.gov>; Chloe E. Johnson <cjohnson@feldesman.com>; Pava, Mindy <mpava@feldesman.com>
**Subject:** RE: Garza v Southwest Key - Draft Proposed Joint Scheduling Order

**Caution:** **External Email.

Dear Counsel, the attached represents relator Garza's proposals re dates for discovery and other pre-trial deadlines. Jack Kolar

---

**From:** Murtha, Michael <mmurtha@jw.com>
**Sent:** Wednesday, June 11, 2025 8:27 PM
**To:** carlos@milpalaw.com; Jack Kolar <jackk@whistleblower.org>; Clark, Michael <michael.clark@wbd-us.com>; Cordova, Laura <lcordova@jw.com>; Karen Gray <KarenG@whistleblower.org>; Cleveland Lawrence III <clawrence@findjustice.com>; Richard Condit <rcondit@findjustice.com>; Mayra Padilla <mayra@mbmtlawfirm.com>; Sheffler, Scott <ssheffler@feldesman.com>; Steve Kuperberg <skuperberg@feldesman.com>; Tomas Tijerina <ttijerina@mbmtlawfirm.com>; Richard Condit <rcondit@findjustice.com>; Cleveland Lawrence III <clawrence@findjustice.com>; Benigno Martinez <trey@mbmtlawfirm.com>; Parnham, Thomas (USATXW) <thomas.parnham@usdoj.gov>; Chloe E.

Exhibit A

Johnson <cjohnson@feldesman.com>; Pava, Mindy <mpava@feldesman.com>
**Subject:** Garza v Southwest Key - Draft Proposed Joint Scheduling Order

All,

Following the Court's Order yesterday, we took the liberty to draft a Proposed Joint Scheduling Order, along with an accompanying notice. The dates in the Proposed Joint Scheduling Order track Defendants' prior suggested deadlines, just with specific dates inserted as the Court requested (*e.g.*, the discovery deadline changed from "180 days after the commencement of discovery" to "August 7, 2026" (a Friday), which is 179 days after the commencement of discovery).

Please let us know if anyone has any edits. Per the Court's Order, we must file a Proposed Joint Scheduling Order **this Friday, June 13, 2025**, so we request that everyone do their best to provide any proposed edits by tomorrow evening, so we have time to discuss tomorrow or Friday if necessary.

Thanks,
Michael

**Michael J. Murtha**
2323 Ross Avenue, Suite 600 | Dallas, TX | 75201
V: (214) 953-6187 | F: (214) 953-5822 | mmurtha@jw.com

<image001.png>