**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* JANA GARZA<br>*Plaintiff,*<br><br>v.<br><br>SOUTHWEST KEY PROGRAMS, INC.,<br>*et. al.,*<br>*Defendants.* | ) | Case No. 1:25-cv-00305-ADA-SH |

**DEFENDANTS' REPLY TO RELATOR GARZA' S OPPOSITION TO CONSOLIDATED DEFENDANTS' EMERGENCY MOTION TO STRIKE**

Defendants—Southwest Key, Inc., the Naranjo Defendants, and the Hernandez Defendants (collectively, "Defendants")—hereby file this brief reply to Relator Garza's Opposition to the Consolidated Defendants' Motion to Strike (Dkt No. 98) filed on August 26, 2025. Defendants file this reply for the sole purpose of providing this Court with the full and complete record of the parties' previous email exchanges.

Relator's opposition asserts that Defendants "agreed" that Relator could file a consolidated response and attaches Exhibit A (Dkt. No. 98-1). Exhibit A is misleading and incomplete. Exhibit A, which is an email from Southwest Key counsel Mindy Pava dated June 18, 2025, cuts off immediately following the initial email and fails to include other e-mails exchanged the same evening and the following morning (June 18 and June 19, 2025).

In those additional e-mails, attached here as **Exhibit 1**, Relator's counsel was informed that Ms. Pava's e-mail was premature and that Defendants' counsel did not support, or agree in any way, to the idea that Relator could file an enlarged "omnibus" consolidated brief. Exhibit 1 includes clear e-mail correspondence from counsel for the Naranjo Defendants and counsel for

the Hernandez Defendants. It also includes a subsequent e-mail from Ms. Pava, sent only two hours after her original e-mail, which states that she "would like to retract any suggestions made in [my] previous email" and that all parties should respond again to the e-mail chain "once we are aligned on approach." Based on this complete e-mail chain from June 18 and 19, no "agreement" was reached where Defendants consented to Relator's enlarged, omnibus brief.

**Exhibit 2** to this Reply represents additional e-mail correspondence involving counsel for all parties dated July 1-3, 2025. In this exchange, Relator's counsel requested a time extension to respond to Defendants' motion to dismiss briefing and wrote "we propose to make **all three responses** due on August 20, 2025." (Emphasis added). Defendants' counsel responded that "our joint position is that defendants are not opposed to your extension request until August 20 for the **three opposition briefs** . . ." (Emphasis added). Exhibit 2 demonstrates that as of July 2025, counsel for all parties had the understanding that Relator's counsel would submit three opposition briefs in response to Defendants' three motions to dismiss.

Counsel never engaged in any other communications prior to Relator's omnibus opposition filing on August 20. Accordingly, Defendants assert that the complete record shows that Relator failed to meet and confer under Local Rule CV-7(G) before filing Relator's Motion to File Corrected Response and Exceed Page Limit and that this Court should grant Defendants' Motion to Strike (Dkt. No. 97).

Date: August 27, 2025

Respectfully submitted,

*/s/ Mindy B. Pava*
**FELDESMAN LEIFER LLP**
Mindy B. Pava (*pro hac vice*)
Stephen M. Kuperberg (*pro hac vice*)
1129 20th Street, NW Suite 400
Washington, DC 20036
Phone: (202) 466-8960
Fax: (202) 293-8103

**VENABLE LLP**
Scott S. Sheffler (*pro hac vice*)
600 Massachusetts Avenue, NW
Washington, DC 20001
Phone: (202) 805-1994
Fax: (202) 344-8300
Email: SSSheffler@venable.com

**WOMBLE BOND DICKINSON LLP**
Michael E. Clark (Texas Bar No. 04293200)
717 Texas Avenue, Suite 2100 Houston, TX
77002 Telephone: (346) 998-7807 Email:
Michael.clark@wbd-us.com

*Counsel for Defendant Southwest Key Programs Inc.*

By: */s/ Tomas F. Tijerina*
**MARTINEZ & TIJERINA P.L.L.C**
Tomas F. Tijerina
Benigno (Trey) Martinez
1201 E. Van Buren Brownsville, Texas
78520
Phone: (956) 550-4868
Fax (956) 621-0135

*Counsel for the Hernandez Defendants*

*/s/ Laura M. Kidd Cordova*
**JACKSON WALKER LLP**
Laura M. Kidd Cordova
Michael J. Murtha
1401 McKinney St, Suite 1900
Houston, Texas 77010
(713) 752-4449
(713) 752-4221 (Facsimile)

*Counsel for Defendants Diego Naranjo; Divine Family Care, PLLC; Trinity Health Services, PLLC; and Diego Naranjo dba UC Health Consultants*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 27, 2025, I electronically filed the foregoing document with the Clerk of the District Court using its CM/ECF system, which would then electronically notify all parties of record who are CM/ECF participants on this case.

_/s/ Mindy B. Pava_______________
Mindy B. Pava