# Exhibit 1

**From:** Tomas Tijerina
**To:** Pava, Mindy; Cordova, Laura; Jack Kolar; Murtha, Michael
**Cc:** carlos@milpalaw.com; Michael Clark; Karen Gray; Cleveland Lawrence III; Richard Condit; Mayra Padilla;
Sheffler, Scott; Steve Kuperberg; Benigno (Trey) Martinez; Thomas Parnham
**Subject:** Re: Garza v Southwest Key - SWK Motion to Extend Page Limits for 12(b)(6) Motion to Dismiss
**Date:** Thursday, June 19, 2025 10:59:19 AM

Good morning,
On behalf of the Hernandez Defendants, we are not opposed to the two-week extension for Relator's response.
We do, however, object to any omnibus briefing by Relator. Given that each set of defendants plans to file separate motions with distinct arguments, we think separate responses are appropriate.
Right now, we believe our motion will fit within the 20-page limit. That said, if it turns out we need up to 30 pages, would Relator oppose a request for a page extension?

From: Pava, Mindy <MPava@feldesman.com>
Date: Wednesday, June 18, 2025 at 8:57 PM
To: Cordova, Laura <lcordova@jw.com>, Jack Kolar <jackk@whistleblower.org>, Murtha, Michael <mmurtha@jw.com>
Cc: carlos@milpalaw.com <carlos@milpalaw.com>, Michael Clark <Michael.Clark@wbd-us.com>, Karen Gray <KarenG@whistleblower.org>, Cleveland Lawrence III <clawrence@findjustice.com>, Richard Condit <rcondit@findjustice.com>, Mayra Padilla <mayra@mbmtlawfirm.com>, Sheffler, Scott <sSheffler@feldesman.com>, Steve Kuperberg <skuperberg@feldesman.com>, Tomas Tijerina <ttijerina@mbmtlawfirm.com>, Benigno (Trey) Martinez <trey@mbmtlawfirm.com>, Thomas Parnham <thomas.parnham@usdoj.gov>
Subject: RE: Garza v Southwest Key - SWK Motion to Extend Page Limits for 12(b)(6) Motion to Dismiss
Relator's Counsel,
I would like to thank Laura for her clear email explaining the Naranjo Defendants' position. As you know, I represent Defendant Southwest Key, along with my colleagues Scott Sheffler and Steve Kuperberg from Feldesman Leifer, and Michael Clark from Womble Bond Dickinson.
Laura wrote that the Naranjo Defendants would agree to a two-week extension for Relator's opposition brief; Southwest Key defendants also agree to that extension. However, I would like to retract any suggestions made in my previous email; it was premature of me to suggest that all Defendants would take a certain position. For example, all defense counsel would need to meet and confer together before we take a position on any matters such as whether an omnibus opposition response is appropriate. It seems like Relator's counsel is planning to do the same relating to Defendants' motions to dismiss (as Jack's previous email indicated).
I propose that we all come back and respond to this email chain once we are aligned

on approach. Thank you for understanding the retraction, and have a good evening.
Best,
Mindy

Mindy Pava
Partner
Feldesman Leifer LLP
1129 20th Street, NW, Suite 400
Washington, DC 20036
P: 202.466.8960
F: 202.293.8103

**From:** Cordova, Laura <lcordova@jw.com>
**Sent:** Wednesday, June 18, 2025 8:13 PM
**To:** Jack Kolar <jackk@whistleblower.org>; Pava, Mindy <MPava@feldesman.com>; Murtha, Michael
<mmurtha@jw.com>
**Cc:** carlos@milpalaw.com; Michael Clark <Michael.Clark@wbd-us.com>; Karen Gray <KarenG@whistleblower.org>; Cleveland Lawrence III <clawrence@findjustice.com>; Richard Condit
<rcondit@findjustice.com>; Mayra Padilla <mayra@mbmtlawfirm.com>; Sheffler, Scott <sSheffler@feldesman.com>; Steve Kuperberg <skuperberg@feldesman.com>; Tomas Tijerina <ttijerina@mbmtlawfirm.com>; Benigno Martinez <trey@mbmtlawfirm.com>; Thomas Parnham <thomas.parnham@usdoj.gov>
**Subject:** RE: Garza v Southwest Key - SWK Motion to Extend Page Limits for 12(b)(6) Motion to Dismiss

Relator's Counsel:

Just so the record is clear, only Michael Murtha and I represent Diego Naranjo; Divine Family Care, PLLC; Trinity Health Services, PLLC; and Diego Naranjo d/b/a UC Health Consultants (the "Naranjo defendants"). Accordingly, any discussion concerning those Defendants needs to be with us, rather than counsel for any other Defendant. As Mindy noted, we plan to file a motion to dismiss on behalf of the Naranjo defendants, and we expect our motion to fit within the 20-page limit. We agree, on behalf of the Naranjo defendants, to a two-week extension for Relator to respond. We do not, however, consent to an omnibus response to our forthcoming motion.

Please let us know if you have any questions or would like to discuss. Have a great evening.

Best regards,
Laura

**Laura M. Kidd Cordova**
M: (202) 340-8472

**From:** Jack Kolar <jackk@whistleblower.org>
**Sent:** Wednesday, June 18, 2025 6:52 PM
**To:** Pava, Mindy <MPava@feldesman.com>; Murtha, Michael <mmurtha@jw.com>
**Cc:** carlos@milpalaw.com; Michael Clark <Michael.Clark@wbd-us.com>; Cordova, Laura <lcordova@jw.com>; Karen Gray <KarenG@whistleblower.org>; Cleveland Lawrence III <clawrence@findjustice.com>; Richard Condit <rcondit@findjustice.com>; Mayra Padilla

<mayra@mbmtlawfirm.com>; Sheffler, Scott <sSheffler@feldesman.com>; Steve Kuperberg <skuperberg@feldesman.com>; Tomas Tijerina <ttijerina@mbmtlawfirm.com>; Benigno Martinez <trey@mbmtlawfirm.com>; Thomas Parnham <thomas.parnham@usdoj.gov>
**Subject:** RE: Garza v Southwest Key - SWK Motion to Extend Page Limits for 12(b)(6) Motion to Dismiss
Caution: **External Email.
I will have to respond sometime tomorrow, as I have to consult with my colleagues, but I doubt, we will agree to a bunch of disparate 30-page MTDs.

**From:** Pava, Mindy <MPava@feldesman.com>
**Sent:** Wednesday, June 18, 2025 6:44 PM
**To:** Jack Kolar <jackk@whistleblower.org>; Murtha, Michael <mmurtha@jw.com>
**Cc:** carlos@milpalaw.com; Michael Clark <Michael.Clark@wbd-us.com>; Cordova, Laura <lcordova@jw.com>; Karen Gray <KarenG@whistleblower.org>; Cleveland Lawrence III <clawrence@findjustice.com>; Richard Condit <rcondit@findjustice.com>; Mayra Padilla <mayra@mbmtlawfirm.com>; Sheffler, Scott <sSheffler@feldesman.com>; Steve Kuperberg <skuperberg@feldesman.com>; Tomas Tijerina <ttijerina@mbmtlawfirm.com>; Benigno Martinez <trey@mbmtlawfirm.com>; Thomas Parnham <thomas.parnham@usdoj.gov>
**Subject:** RE: Garza v Southwest Key - SWK Motion to Extend Page Limits for 12(b)(6) Motion to Dismiss
Jack,
Thank you for consenting to the page extension, and yes, as I previously wrote, Southwest Key consents to a similar extension for Relator should you need it. We plan to file the extension motion tomorrow.
However, I want to address the second part of your email: the defendants are filing separate motions to dismiss. Southwest Key (as the corporate entity) is situated differently than the individual defendants; we have not entered into any sort of joint defense agreement or arrangement. In my experience, it is common for defendants who are situated differently to file different motions to dismiss.
We understand that puts a burden on you to respond to separate motions: certainly, if you want to file one opposition brief (with separate portions addressing each defendant) but keep the background, facts, etc. the same, we would understand that you would need an even larger page limit to address the separate defendants' arguments. We also can discuss modifying the scheduling order deadlines by stipulation to give Relators more time to respond, if needed, but we do want to be clear that three separate motions to dismiss are anticipated to be filed next Wednesday.
Please let us know if you have any questions or want to organize a joint call to discuss.
Best,
Mindy
Mindy Pava
Partner
Feldesman Leifer LLP
1129 20th Street, NW, Suite 400

Washington, DC 20036
P: 202.466.8960
F: 202.293.8103
www.feldesman.com