# Exhibit 2

**From:** Pava, Mindy
**To:** Carlos Doroteo; Cordova, Laura; Jack Kolar; Murtha, Michael
**Cc:** Michael Clark; Karen Gray; Cleveland Lawrence III; Richard Condit; Mayra Padilla; Sheffler, Scott; Steve
Kuperberg; Tomas Tijerina; Benigno Martinez; Thomas Parnham
**Subject:** RE: Garza v Southwest Key - SWK Motion to Extend Page Limits for 12(b)(6) Motion to Dismiss
**Date:** Wednesday, July 2, 2025 11:42:00 AM

Carlos,

Counsel for the various defendants in the case have conferred on your extension request.

Our joint position is that defendants are not opposed to your extension request until August 20 for the three opposition briefs, but we ask that you inform the court that we are "unopposed" rather than that we "consent."

Moreover, we ask that our reply briefs be due on Friday, September 5. The current scheduling order gives us two weeks after your opposition to submit a reply; if we kept that same two-week schedule here, our reply would be due right after the Labor Day weekend. The September 5 date provides us with two extra days, which we believe is reasonable given the holiday weekend.

Thank you. Please let us know if you have any questions as you are drafting the extension motion.

Best,

Mindy

Mindy Pava
Partner
Feldesman Leifer LLP
1129 20th Street, NW, Suite 400
Washington, DC 20036
P: 202.466.8960
F: 202.293.8103

**From:** Pava, Mindy
**Sent:** Tuesday, July 1, 2025 12:48 PM
**To:** Carlos Doroteo <carlos@milpalaw.com>; Cordova, Laura <lcordova@jw.com>; Jack Kolar <jackk@whistleblower.org>; Murtha, Michael <mmurtha@jw.com>
**Cc:** Michael Clark <Michael.Clark@wbd-us.com>; Karen Gray <KarenG@whistleblower.org>; Cleveland Lawrence III <clawrence@findjustice.com>; Richard Condit <rcondit@findjustice.com>; Mayra Padilla <mayra@mbmtlawfirm.com>; Sheffler, Scott <sSheffler@feldesman.com>; Steve Kuperberg <skuperberg@feldesman.com>; Tomas Tijerina <ttijerina@mbmtlawfirm.com>; Benigno Martinez <trey@mbmtlawfirm.com>; Thomas Parnham <thomas.parnham@usdoj.gov>
**Subject:** RE: Garza v Southwest Key - SWK Motion to Extend Page Limits for 12(b)(6) Motion to Dismiss

Carlos,

Thank you for your email; I am confirming receipt of your email. Counsel for the three groups of defendants will confer on your extension request; we will respond as

soon as possible once we are able to discuss as a group.
Best,
Mindy
Mindy Pava
Partner
Feldesman Leifer LLP
1129 20th Street, NW, Suite 400
Washington, DC 20036
P: 202.466.8960
F: 202.293.8103

**From:** Carlos Doroteo <carlos@milpalaw.com>
**Sent:** Tuesday, July 1, 2025 12:40 PM
**To:** Pava, Mindy <MPava@feldesman.com>; Cordova, Laura <lcordova@jw.com>; Jack Kolar <jackk@whistleblower.org>; Murtha, Michael <mmurtha@jw.com>
**Cc:** Michael Clark <Michael.Clark@wbd-us.com>; Karen Gray <KarenG@whistleblower.org>; Cleveland Lawrence III <clawrence@findjustice.com>; Richard Condit <rcondit@findjustice.com>; Mayra Padilla <mayra@mbmtlawfirm.com>; Sheffler, Scott <sSheffler@feldesman.com>; Steve Kuperberg <skuperberg@feldesman.com>; Tomas Tijerina <ttijerina@mbmtlawfirm.com>; Benigno Martinez <trey@mbmtlawfirm.com>; Thomas Parnham <thomas.parnham@usdoj.gov>
**Subject:** RE: Garza v Southwest Key - SWK Motion to Extend Page Limits for 12(b)(6) Motion to Dismiss

Hi Mindy,
Good morning.
Relator's counsel conferred yesterday after receiving the three MTDs. We disagree with Defendants' position, but in the interests of avoiding briefing on that matter, we simply request more time to respond to the more than 70 pages of Defendants' briefing. Initially, we thought a "tiered" deadline would work, because I have done that in previous cases responding to multiple defendants. But I will be out of the country from July 16 to 31, which means I will not be available during the week leading up the original July 23 deadline. Therefore, we request an additional 14 days to respond to the Hernandez Defendants' MTD, as well as an additional 14 days for the Naranjo Defendants' MTD. Instead of the tiered approach, we propose to make all three responses due on August 20, 2025.
Please advise if Defendants agree to this request and I will draft the agreed motion.

Carlos