**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* JANA GARZA<br><br>*Plaintiff,*<br><br>v.<br><br>SOUTHWEST KEY PROGRAMS, INC.,<br>*et. al.*,<br><br>*Defendants* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br><br>Case No. 1:25-cv-00305-ADA-SH<br><br><br>**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL** |

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL**

Undersigned counsel respectfully moves the Court to permit the withdrawal of his appearance as counsel of record for Defendant Southwest Key Programs, Inc. ("SWK").

Pursuant to direction by SWK and subject to the Court's granting of this motion, the undersigned will no longer represent SWK in this action. SWK will continue to be represented by Michael E. Clark of Womble Bond Dickinson (US) LLP, as well as Mindy Pava and Stephen Kuperberg of Feldesman LLP. Pursuant to Local Rule CV-7, the undersigned has conferred with Relator's counsel and this motion is unopposed.

February 18, 2026

Respectfully submitted,

*/s/ Scott S. Sheffler*

Scott S. Sheffler (*pro hac vice*)
Venable LLP
600 Massachusetts Avenue, NW
Washington, DC 20001
Phone: (202) 805-1994
Fax: (202) 344-8300
Email: sssheffler@venable.com

**CERTIFICATE OF SERVICE**

I hereby certify that on February 18, 2026, I electronically filed the foregoing document with the Clerk of the District Court using its CM/ECF system, which would then electronically notify all parties of record who are CM/ECF participants on this case.

*/s/ Scott S. Sheffler*
Scott S. Sheffler (*pro hac vice*)