**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* JANA GARZA<br><br>Plaintiff,<br><br>v.<br><br>SOUTHWEST KEY PROGRAMS, INC.,<br>*et. al.,*<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 1:25-cv-00305 |

**MOTION TO WITHDRAW**

Pursuant to Local Rule AT-3, Michael J. Murtha of Jackson Walker LLP hereby moves to withdraw as counsel for Defendants Diego Naranjo; Divine Family Care, PLLC; Trinity Health Services, PLLC; and Diego Naranjo d/b/a UC Health Consultants ("Naranjo Defendants") in this action as he is departing from Jackson Walker LLP. His name should be removed from any service list, including any list for notification maintained by the Clerk of the Court and the parties.

Laura Marie Kidd Cordova of Jackson Walker LLP will remain as counsel for Naranjo Defendants in this action.

Respectfully submitted,

**JACKSON WALKER LLP**

*/s/ Michael J. Murtha*
Laura M. Kidd Cordova
State Bar No. 24128031
lcordova@jw.com
Michael J. Murtha
State Bar No. 24116801
mmurtha@jw.com

1401 McKinney St, Suite 1900
Houston, Texas 77010
(713) 752-4449
(713) 752-4221 (Facsimile)

***Attorneys for Diego Naranjo,***
***Divine Family Care, PLLC,***
***Trinity Health Services, PLLC, and***
***Diego Naranjo dba UC Health Consultants***

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2025, a true and correct copy of the foregoing was served electronically on all persons via the Court's CM/ECF system.

*/s/ Michael J. Murtha*
Michael J. Murtha