**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* JANA GARZA<br><br>Plaintiff,<br><br>v.<br><br>SOUTHWEST KEY PROGRAMS, INC.,<br>*et. al.*,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 1:25-cv-00305 |

**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW**

The Court has reviewed Defendants Diego Naranjo's; Divine Family Care, PLLC's; Trinity Health Services, PLLC's; and Diego Naranjo d/b/a UC Health Consultants' ("Naranjo Defendants") Motion to Withdraw and finds that Mr. Murtha should be permitted to withdraw.

It is therefore ORDERED that Michael J. Murtha is hereby discharged as attorney of record for Naranjo Defendants.

IT IS SO ORDERED this ___ day of March, 2026.

______________________________
THE HONORABLE ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE