UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JANA GARZA, UNITED STATES OF AMERICA | § | |
| | § | |
| | § | NO: AU:25-CV-00305-ADA |
| vs. | § | |
| | § | |
| SOUTHWEST KEY PROGRAMS, INC., et al. | | |

**O R D ER**

**BE IT REMEMBERED** on this the 28th day of August, 2026, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by Stephani Lynn Ayers, counsel for Jana Garza and the Court, having reviewed the motion, enters the following order:

**IT IS ORDERED** that the Motion for Admission *Pro Hac Vice* is GRANTED, and Stephani Lynn Ayers may appear on behalf of Jana Garza in the above case.

**IT IS FURTHER ORDERED** that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to: Clerk, U.S. District Court.

**IT IS FURTHER ORDERED** that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

**IT IS FINALLY ORDERED** that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

**IT IS SO ORDERED** this 28th day of August, 2026.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE