EX. B

**Kristin Berg**

**From:** Pava, Mindy <MPava@feldesman.com>
**Sent:** Tuesday, September 15, 2026 5:18 PM
**To:** Kristin Berg; Stephani Ayers; Steve Kuperberg; michael.clark@wbd-us.com; Maddy Phinney
**Cc:** Marianne Fichtel; Carlos Doroteo; Cleveland Lawrence III; Richard Condit; Milpa Law; Toni-Ann Ocloo
**Subject:** RE: Garza Proposed Motion to Extend Scheduling Deadlines and Deposition Limit

**Follow Up Flag:** Follow up
**Flag Status:** Flagged

Kristin,

Good afternoon and thank you again for your patience.

We write solely on behalf of Southwest Key, and not on behalf of any other defendant or group.

Southwest Key opposes relator's proposed motion to extend the discovery timeline by 120 days from the deadline. Southwest Key also opposes the request to expand depositions beyond the amount permitted under the rules.

However, Southwest Key remains willing to discuss reasonable scheduling for depositions—past the current written discovery deadline of November 6.

Let us know if you have any questions or would like to discuss in more detail. Thank you.

Best,
Mindy

**Mindy Pava**
Partner
Feldesman LLP
1129 20th Street, NW, Suite 400
Washington, DC 20036
**P:** 202.466.8960
**F:** 202.293.8103
**www.feldesman.com**

FELDESMAN

CONFIDENTIALITY NOTICE: This e-mail and any attachments contain information from the law firm of Feldesman Leifer LLP and are intended solely for the use of the named recipient(s). This e-mail may contain privileged attorney-client communications or work product. Any dissemination by anyone other than an intended recipient is prohibited. If you are not a named recipient, you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments. If you have received this e-mail in error, notify MPava@feldesman.com immediately and delete the e-mail, any attachments, and all copies from any drives or storage media and destroy any printouts.

**From:** Pava, Mindy
**Sent:** Tuesday, September 15, 2026 1:30 PM
**To:** 'Kristin Berg' <kristinb@whistleblower.org>; Stephani Ayers <Stephania@whistleblower.org>; Steve Kuperberg <skuperberg@feldesman.com>; michael.clark@wbd-us.com; Maddy Phinney <mphinney@feldesman.com>
**Cc:** Marianne Fichtel <mariannef@whistleblower.org>; Carlos Doroteo <carlos@milpalaw.com>; Cleveland Lawrence III <clawrence@findjustice.com>; Richard Condit <rcondit@findjustice.com>; Milpa Law <hola@milpalaw.com>; Toni-Ann Ocloo <tocloo@findjustice.com>
**Subject:** RE: Garza Proposed Motion to Extend Scheduling Deadlines and Deposition Limit

Hi Kristin,

We plan to have an answer for you by COB today – thanks for your patience. We will be back in touch within the next few hours.

Best,
Mindy

**Mindy Pava**
Partner
Feldesman LLP
1129 20th Street, NW, Suite 400
Washington, DC 20036
**P:** 202.466.8960
**F:** 202.293.8103
**www.feldesman.com**
FELDESMAN

CONFIDENTIALITY NOTICE: This e-mail and any attachments contain information from the law firm of Feldesman Leifer LLP and are intended solely for the use of the named recipient(s). This e-mail may contain privileged attorney-client communications or work product. Any dissemination by anyone other than an intended recipient is prohibited. If you are not a named recipient, you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments. If you have received this e-mail in error, notify MPava@feldesman.com immediately and delete the e-mail, any attachments, and all copies from any drives or storage media and destroy any printouts.

**From:** Kristin Berg <kristinb@whistleblower.org>
**Sent:** Tuesday, September 15, 2026 12:20 PM
**To:** Stephani Ayers <Stephania@whistleblower.org>; Pava, Mindy <MPava@feldesman.com>; Steve Kuperberg <skuperberg@feldesman.com>; michael.clark@wbd-us.com; Maddy Phinney <mphinney@feldesman.com>
**Cc:** Marianne Fichtel <mariannef@whistleblower.org>; Carlos Doroteo <carlos@milpalaw.com>; Cleveland Lawrence III <clawrence@findjustice.com>; Richard Condit <rcondit@findjustice.com>; Milpa Law <hola@milpalaw.com>; Toni-Ann Ocloo <tocloo@findjustice.com>
**Subject:** RE: Garza Proposed Motion to Extend Scheduling Deadlines and Deposition Limit

Hi Mindy,

I am just following up regarding Southwest Key's position in relation to our motion for extension and motion for leave. Could you please let us know whether you are opposed or do not oppose this?

Thank you,

**Kristin Berg**
*Paralegal*
Government Accountability Project
1612 K St., NW, Suite 808
Washington, DC 20006
Main Office Number: (202) 457-0034
My Direct Line: (202) 449-6040
E-mail: Kristinb@whistleblower.org
Website: http://www.whistleblower.org
Pronouns: she/her/hers

---

**From:** Stephani Ayers <Stephania@whistleblower.org>
**Sent:** Sunday, September 13, 2026 3:35 PM
**To:** Pava, Mindy <MPava@feldesman.com>; Kristin Berg <kristinb@whistleblower.org>; Steve Kuperberg <skuperberg@feldesman.com>; michael.clark@wbd-us.com; Maddy Phinney <mphinney@feldesman.com>
**Cc:** Marianne Fichtel <mariannef@whistleblower.org>; Carlos Doroteo <carlos@milpalaw.com>; Cleveland Lawrence III <clawrence@findjustice.com>; Richard Condit <rcondit@findjustice.com>; Milpa Law <hola@milpalaw.com>; Toni-Ann Ocloo <tocloo@findjustice.com>
**Subject:** Re: Garza Proposed Motion to Extend Scheduling Deadlines and Deposition Limit

Hi Mindy:
As soon as you can; I am sure you are busy as well and everyone is anxious about the schedule. Kristin was targeting to file end of day on Monday but if anyone needs more time to confer, just reach out. If we don't hear from anyone by Monday afternoon, we will reach out again and at some point next week, probably NLT Wednesday unless I hear otherwise from the team, file and leave it as our motion and rely on others to file non-opp or opp. We want as much notice as possible for everyone if there is going to be a schedule change because it also impacts what we are able to do in the way of extending time for items due to us.

---

**From:** Pava, Mindy <MPava@feldesman.com>
**Sent:** Friday, September 11, 2026 4:52 PM
**To:** Kristin Berg <kristinb@whistleblower.org>; Steve Kuperberg <skuperberg@feldesman.com>; michael.clark@wbd-us.com <michael.clark@wbd-us.com>; Maddy Phinney <mphinney@feldesman.com>
**Cc:** Stephani Ayers <Stephania@whistleblower.org>; Marianne Fichtel <mariannef@whistleblower.org>; Carlos Doroteo <carlos@milpalaw.com>; Cleveland Lawrence III <clawrence@findjustice.com>; Richard Condit <rcondit@findjustice.com>; Milpa Law <hola@milpalaw.com>; Toni-Ann Ocloo <tocloo@findjustice.com>
**Subject:** RE: Garza Proposed Motion to Extend Scheduling Deadlines and Deposition Limit

Hi Kristin,

Thank you for your email. When do you need to know Southwest Key's position by relating to the motion to extend? We obviously need to confer with our client before providing you with an answer, and it is nearly 5 p.m. on Friday afternoon Eastern time.

Please let us know the timing associated with this request.

Thank you. Have a nice weekend.

Best,

Mindy

**Mindy Pava**
Partner
Feldesman LLP
1129 20th Street, NW, Suite 400
Washington, DC 20036
**P:** 202.466.8960
**F:** 202.293.8103
**www.feldesman.com**

FELDESMAN

CONFIDENTIALITY NOTICE: This e-mail and any attachments contain information from the law firm of Feldesman Leifer LLP and are intended solely for the use of the named recipient(s). This e-mail may contain privileged attorney-client communications or work product. Any dissemination by anyone other than an intended recipient is prohibited. If you are not a named recipient, you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments. If you have received this e-mail in error, notify MPava@feldesman.com immediately and delete the e-mail, any attachments, and all copies from any drives or storage media and destroy any printouts.

---

**From:** Kristin Berg <kristinb@whistleblower.org>
**Sent:** Friday, September 11, 2026 4:46 PM
**To:** Pava, Mindy <MPava@feldesman.com>; Steve Kuperberg <skuperberg@feldesman.com>; michael.clark@wbd-us.com
**Cc:** Stephani Ayers <Stephania@whistleblower.org>; Marianne Fichtel <mariannef@whistleblower.org>; Carlos Doroteo <carlos@milpalaw.com>; Cleveland Lawrence III <clawrence@findjustice.com>; Richard Condit <rcondit@findjustice.com>; Milpa Law <hola@milpalaw.com>; Toni-Ann Ocloo <tocloo@findjustice.com>
**Subject:** Garza Proposed Motion to Extend Scheduling Deadlines and Deposition Limit

Counsel,

Plaintiff intends to file a motion requesting a 120-day extension of the current scheduling deadlines in this matter. We also intend to request leave to take up to 20 depositions given the number of parties and witnesses involved.

Before filing, we wanted to confer and determine Defendants' positions on these requests.

Please let us know whether you oppose either the requested 120-day extension or our request to take up to 20 depositions.

If you oppose either request, please let us know so that we can accurately reflect your position in the motion.

Thank you,

**Kristin Berg**
*Paralegal*
Government Accountability Project
1612 K St., NW, Suite 808
Washington, DC 20006

Main Office Number: (202) 457-0034

My Direct Line: (202) 449-6040
E-mail: Kristinb@whistleblower.org
Website: http://www.whistleblower.org
Pronouns: she/her/hers