IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** <br> ***ex rel.* JANA GARZA** <br><br> Plaintiff, <br><br> v. <br><br> **SOUTHWEST KEY PROGRAMS, INC.,** <br> ***et al.*,** <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No. 1:25-cv-00305-ADA-SH |

**[PROPOSED] ORDER GRANTING PLAINTIFF-RELATOR'S PARTIALLY OPPOSED MOTION TO EXTEND ALL REMAINING DEADLINES BY 120 DAYS AND FOR LEAVE TO TAKE UP TO TWENTY DEPOSITIONS**

The Court has considered said motion and supporting papers and finds good cause to grant the motion. The Scheduling Order deadlines are extended to the following:

| Event | Current deadline | Proposed deadline |
|---|---|---|
| Fact discovery deadline | November 6, 2026 | March 8, 2027 |
| Written settlement offer | December 4, 2026 | April 5, 2027 |
| Settlement offer response | December 28, 2026 | April 27, 2027 |
| Expert disclosures | February 8, 2027 | June 8, 2027 |
| Objections to expert's proposed testimony | February 22, 2027 | June 22, 2027 |
| Rebuttal expert disclosures | May 5, 2027 | September 2, 2027 |
| Objections to rebuttal expert disclosures | May 19, 2027 | September 16, 2027 |
| Expert discovery closes | July 2, 2027 | November 1, 2027 |
| Dispositive motions | September 3, 2027 | January 3, 2028 |
| Meet and confer / pretrial deadlines | January 3, 2028 | May 2, 2028 |
| Exchange proposed jury charge | February 1, 2028 | May 31, 2028 |
| Exchange draft motions in limine | February 1, 2028 | May 31, 2028 |
| Objections to jury charge | February 11, 2028 | June 12, 2028 |
| Motions in limine to the Court | February 11, 2028 | June 12, 2028 |
| Joint pretrial order | March 3, 2028 | July 3, 2028 |
| Final pretrial conference | March 17, 2028 | July 17, 2028 |
| Jury selection | June 2, 2028 | September 19, 2028 |
| Jury trial commences | June 5, 2028 | October 2, 2028 |

And Plaintiff may take up to 20 depositions.

SO ORDERED.

______________________________

US District Court Magistrate Judge