# EXHIBIT 1

**From:** Kristin Berg
**To:** Pava, Mindy B.; Stephani Ayers; Richard Condit; Cleveland Lawrence III; Carlos Doroteo; Steve M. Kuperberg; Maddy J. Phinney; Cordova, Laura; Tomas Tijerina; Samantha Garza; Toni-Ann Ocloo
**Subject:** Re: U.S. ex rel. Garza v. Southwest Key Programs, No. 1:25-CV-00305-ADA-SH - Relator"s Motion to Extend Discovery Filed Today
**Date:** Thursday, October 8, 2026 9:45:02 PM
**Attachments:** image001.png

---

Hi Mindy,

I appreciate your effort to confer. Stephani has been under the weather and will refile tonight or as soon as she can.

Thank you,

**Kristin Berg**
*Paralegal*
Government Accountability Project
1612 K St., NW, Suite 808
Washington, DC 20006
Main Office Number: (202) 457-0034
My Direct Line: (202) 449-6040
E-mail: Kristinb@whistleblower.org
Website: http://www.whistleblower.org
Pronouns: she/her/hers

---

**From:** Pava, Mindy B. <MPava@feldesman.com>
**Sent:** Thursday, October 8, 2026 3:46 PM
**To:** Kristin Berg <kristinb@whistleblower.org>; Stephani Ayers <Stephania@whistleblower.org>; Richard Condit <rcondit@findjustice.com>; Cleveland Lawrence III <clawrence@findjustice.com>; Carlos Doroteo <carlos@milpalaw.com>; Steve M. Kuperberg <skuperberg@feldesman.com>; Maddy J. Phinney <mphinney@feldesman.com>; Cordova, Laura <lcordova@jw.com>; Tomas Tijerina <ttijerina@mbmtlawfirm.com>; Samantha Garza <sam@mbmtlawfirm.com>; Toni-Ann Ocloo <tocloo@findjustice.com>
**Subject:** RE: U.S. ex rel. Garza v. Southwest Key Programs, No. 1:25-CV-00305-ADA-SH - Relator's Motion to Extend Discovery Filed Today

Kristin,

Good afternoon. We have not seen any withdrawal of the previous motion or refiling of a new motion that's within page limits. Can you please provide us with an estimated timetable?

We are well within our rights to file a motion to strike before the court has a chance to rule on your motion—which has been sitting on the docket for more than 48

hours—and we cannot wait too much longer to do so without prejudicing our clients' interests. We respectfully ask that you withdraw your motion as soon as possible.

Best,
Mindy

**Mindy Pava**
Partner
Feldesman LLP
1129 20th Street, NW, Suite 400
Washington, DC 20036
**P:** 202.466.8960
**F:** 202.293.8103
www.feldesman.com

FELDESMAN

CONFIDENTIALITY NOTICE: This e-mail and any attachments contain information from the law firm of Feldesman Leifer LLP and are intended solely for the use of the named recipient(s). This e-mail may contain privileged attorney-client communications or work product. Any dissemination by anyone other than an intended recipient is prohibited. If you are not a named recipient, you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments. If you have received this e-mail in error, notify MPava@feldesman.com immediately and delete the e-mail, any attachments, and all copies from any drives or storage media and destroy any printouts.

---

**From:** Kristin Berg <kristinb@whistleblower.org>
**Sent:** Wednesday, October 7, 2026 12:30 PM
**To:** Pava, Mindy B. <MPava@feldesman.com>; Stephani Ayers <Stephania@whistleblower.org>; Richard Condit <rcondit@findjustice.com>; Cleveland Lawrence III <clawrence@findjustice.com>; Carlos Doroteo <carlos@milpalaw.com>; Steve M. Kuperberg <skuperberg@feldesman.com>; Maddy J. Phinney <mphinney@feldesman.com>; Cordova, Laura <lcordova@jw.com>; Tomas Tijerina <ttijerina@mbmtlawfirm.com>; Samantha Garza <sam@mbmtlawfirm.com>; Toni-Ann Ocloo <tocloo@findjustice.com>
**Subject:** RE: U.S. ex rel. Garza v. Southwest Key Programs, No. 1:25-CV-00305-ADA-SH - Relator's Motion to Extend Discovery Filed Today

Hi Mindy,

We're working on refiling. Thank you.

Best,

**Kristin Berg**
*Paralegal*
Government Accountability Project
1612 K St., NW, Suite 808
Washington, DC 20006
Main Office Number: (202) 457-0034

My Direct Line: (202) 449-6040
E-mail: Kristinb@whistleblower.org
Website: http://www.whistleblower.org
Pronouns: she/her/hers

---

**From:** Pava, Mindy B. <MPava@feldesman.com>
**Sent:** Tuesday, October 6, 2026 2:31 PM
**To:** Stephani Ayers <Stephania@whistleblower.org>; Richard Condit <rcondit@findjustice.com>; Cleveland Lawrence III <clawrence@findjustice.com>; Carlos Doroteo <carlos@milpalaw.com>; Steve M. Kuperberg <skuperberg@feldesman.com>; Maddy J. Phinney <mphinney@feldesman.com>; Cordova, Laura <lcordova@jw.com>; Tomas Tijerina <ttijerina@mbmtlawfirm.com>; Samantha Garza <sam@mbmtlawfirm.com>; Kristin Berg <kristinb@whistleblower.org>; Toni-Ann Ocloo <tocloo@findjustice.com>
**Subject:** U.S. ex rel. Garza v. Southwest Key Programs, No. 1:25-CV-00305-ADA-SH - Relator's Motion to Extend Discovery Filed Today

Stephani,

Good afternoon. This email is being sent on behalf of counsel for all defendant groups – Southwest Key, Naranjo and Hernandez defendants – and all counsel have given consent.

Earlier today, we received the ECF notification that relators have filed their motion to extend the court's scheduling order (Dkt. 119). The motion filed was 17 pages long (not including signatures, certificates and exhibits). Local Rule CV-7(c)(2) states: "Unless otherwise authorized by the court, discovery and case management motions are limited to 10 pages and other motions are limited to 20 pages."

Given that this motion is squarely a "discovery and case management motion," the filing therefore exceeded the permissible page limitations by 7 pages of text and violates CV-7(c)(2). We respectfully request that you withdraw the motion and refile it under the permissible page limitations. If you do not withdraw the motion, we will move to strike it as violating the page limitations set forth within the Local Rules.

Please let us know how you would like to proceed within the next 24 hours (before 2:30 Eastern on 10/7). Thanks very much.

Best,
Mindy

**Mindy Pava**
Partner
Feldesman LLP
1129 20th Street, NW, Suite 400
Washington, DC 20036

**P:** 202.466.8960
**F:** 202.293.8103

www.feldesman.com

FELDESMAN

CONFIDENTIALITY NOTICE: This e-mail and any attachments contain information from the law firm of Feldesman Leifer LLP and are intended solely for the use of the named recipient(s). This e-mail may contain privileged attorney-client communications or work product. Any dissemination by anyone other than an intended recipient is prohibited. If you are not a named recipient, you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments. If you have received this e-mail in error, notify MPava@feldesman.com immediately and delete the e-mail, any attachments, and all copies from any drives or storage media and destroy any printouts.