**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>*ex rel*. JANA GARZA<br>*Plaintiff*,<br><br>v.<br><br>SOUTHWEST KEY PROGRAMS, INC.,<br>*et al.*,<br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 1:25-cv-00305-ADA-SH |

**NOTICE OF ERRATA RE DKT. 124**
**DEFENDANTS' REPLY RE MOTION FOR PROTECTIVE ORDER DKT. 118**

Defendants' Reply filed immediately prior (Dkt. 124), at page 4, cited to and attached the incorrect email Exhibit. The correct email Exhibit, Exh. 1, S. Ayers email of Sept. 25, 2026, is attached to this Notice.

Counsel regrets the inadvertent error.

Dated: October 13, 2026

Respectfully submitted,

*/s/ Mindy B. Pava*
**FELDESMAN LLP**
Mindy B. Pava (*pro hac vice*)
Stephen M. Kuperberg (*pro hac vice*)
1129 20th Street NW, Suite 400
Washington, DC 20036
Telephone: (202) 466-8960
Email:mpava@feldesman.com
skuperberg@feldesman.com
*Counsel for Southwest Key Programs, Inc.*

*/s/ Laura M. Kidd Cordova*
Laura M. Kidd Cordova, State Bar 24128031
lcordova@jw.com
JACKSON WALKER LLP
1401 McKinney St, Suite 1900
Houston, Texas 77010
(713) 752-4449
*Counsel for Diego Naranjo,*
*Divine Family Care, PLLC,*
*Trinity Health Services, PLLC, and*
*Diego Naranjo dba UC Health Consultants*

*/s/ Tomas F. Tijerina*
Tomas F. Tijerina
State Bar No. 24070746
Federal ID No. 1062166
ttijerina@mbmtlawfirm.com
**MARTINEZ & TIJERINA P.L.L.C**
1201 E. Van Buren
Brownsville, Texas 78520
Ph. (956) 550-4868
*Counsel for the Hernandez Defendants*

**Certificate of Service**

I hereby certify that on October 13, 2026, I electronically filed the foregoing document with the Clerk of the District Court using its CM/ECF system, which would then electronically notify all parties of record who are CM/ECF participants on this case.

*/s/ Stephen Kuperberg*
Stephen Kuperberg