# EXHIBIT 1

**From:** Stephani Ayers
**To:** Pava, Mindy; Carlos Doroteo; Richard Condit; Kristin Berg; Cleveland Lawrence III; tocloo; Steve Kuperberg; Maddy Phinney; Laura Cordova; Tomas Tijerina
**Cc:** paralegal@milpalaw.com; Jared Guyer; Legal1Up
**Subject:** Re: United States ex rel. Garza v. Southwest Key Programs, et al, Case No. 1:25-cv-00305 -- Defendant Southwest Key"s First Set of Discovery to Relator Garza and Deposition Notice
**Date:** Friday, September 25, 2026 5:18:14 PM
**Attachments:** image001.png

Hi Mindy:

As a matter of organizational policy, we don't consent or stipulate to protective orders. So defendant will need to apply to the court.

We likely will agree to 10 hours if broken into 2 sessions of 5 and 5.

We can certainly confer regarding timing of the deposition. We have noted ours for the same time frame so far but we are also filing our extension request tonight. Depending on the answer that dictates how much allowance we can give on discovery responses. If defendants are opposing additional time for plaintiff and yet also requesting additional time for their productions for whatever reason, then that is problematic timing-wise and there is not much plaintiff can do to accommodate those issues.

If Defendant intends to withhold documents because it has not applied for a protective order, then that impacts deposition planning as well as obviously we want documents before depositions. Our intent is to have the round 1 defense depositions and Dr. Garza deposition coordinated in timing to avoid multiple trips with the defendant document production complete in advance of those dates.

Stephani

---

**From:** Pava, Mindy <MPava@feldesman.com>
**Sent:** Friday, September 25, 2026 4:21 PM
**To:** Carlos Doroteo <carlos@milpalaw.com>; Stephani Ayers <Stephania@whistleblower.org>; Richard Condit <rcondit@findjustice.com>; Kristin Berg <kristinb@whistleblower.org>; Cleveland Lawrence III <clawrence@findjustice.com>; tocloo <tocloo@findjustice.com>; Steve Kuperberg <skuperberg@feldesman.com>; Maddy Phinney <mphinney@feldesman.com>; Laura Cordova <lcordova@jw.com>; Tomas Tijerina <ttijerina@mbmtlawfirm.com>
**Cc:** paralegal@milpalaw.com <paralegal@milpalaw.com>
**Subject:** RE: United States ex rel. Garza v. Southwest Key Programs, et al, Case No. 1:25-cv-00305 -- Defendant Southwest Key's First Set of Discovery to Relator Garza and Deposition Notice

To counsel for Relator Garza:

Good afternoon.

Attached, please find Southwest Key Programs' First Set of Discovery Requests to Relator Garza. The requests include: (1) Requests for Production of Documents; (2) Interrogatories and (3) Requests for Admission.

Also, please find a Notice of Deposition for Ms. Garza.

These documents, as well as the deposition notice, are solely from Defendant Southwest Key, and not from any other defendant. Other defendant groups are copied here for informational purposes.

Please note that we reached out to meet and confer with you on September 23 relating to the timing for Ms. Garza's deposition. You did not respond. If you would like to meet and confer about the details of the deposition notice, please let us know and we can organize a call for next week.

Moreover, we renew our request from our September 23 email relating to jointly agreeing on a protective order to govern the production of confidential documents and information as discovery proceeds. We think it's important for a protective order to be filed with the court before any confidential documents are exchanged during discovery, so we hope we can work together to get a protective order filed as soon as possible. We would be pleased to share templates and draft language.

Thank you.

Best regards,
Mindy Pava
*Counsel for Southwest Key Programs*

**Mindy Pava**
Partner
Feldesman LLP
1129 20th Street, NW, Suite 400
Washington, DC 20036
**P:** 202.466.8960
**F:** 202.293.8103
www.feldesman.com

FELDESMAN

CONFIDENTIALITY NOTICE: This e-mail and any attachments contain information from the law firm of Feldesman Leifer LLP and are intended solely for the use of the

named recipient(s). This e-mail may contain privileged attorney-client communications or work product. Any dissemination by anyone other than an intended recipient is prohibited. If you are not a named recipient, you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments. If you have received this e-mail in error, notify MPava@feldesman.com immediately and delete the e-mail, any attachments, and all copies from any drives or storage media and destroy any printouts.

---

**From:** Pava, Mindy
**Sent:** Wednesday, September 23, 2026 4:29 PM
**To:** Carlos Doroteo <carlos@milpalaw.com>; Stephani Ayers <stephania@whistleblower.org>; rcondit <rcondit@findjustice.com>; Kristin Berg <kristinb@whistleblower.org>; Cleveland Lawrence III <clawrence@findjustice.com>; tocloo <tocloo@findjustice.com>; Steve Kuperberg <skuperberg@feldesman.com>; Maddy Phinney <mphinney@feldesman.com>; Laura Cordova <lcordova@jw.com>; Tomas Tijerina <ttijerina@mbmtlawfirm.com>
**Cc:** 'paralegal@milpalaw.com' <paralegal@milpalaw.com>
**Subject:** United States ex rel. Garza v. Southwest Key Programs, et al, Case No. 1:25-cv-00305 -- Defendants Joint Request to Notice Ms. Garza's Deposition and Serve Protective Order for Discovery

To all counsel in the matter of United States ex rel. Garza v. Southwest Key Programs, Inc., et al.,

Good afternoon. We write to inform counsel for Ms. Garza that all three groups of counsel for defendants have met and conferred, and plan to serve Ms. Garza with a deposition notice later this week. Counsel for all three defendant groups are copied on this email and have jointly agreed for me to send this email.

We ask for your consent to take a deposition of Ms. Garza lasting for 10 hours during the first week of November. We believe there is good cause for this extension of time to 10 hours, given that all three groups of defendants will be asking separate questions of her and that the amended complaint contains numerous pages of allegations that need to be addressed. Please let us know **by close of business tomorrow, Thursday 9/24**, if you consent to the extended time period, as we would like to have knowledge of your position before serving the deposition notice.

Moreover, before written discovery and document productions continue, we would like to submit a protective order governing the production of confidential documents. We have a template/draft order prepared; please let us know if you would like to review it and suggest potential changes. We think it’s important for the order to be filed with the court before confidential documents are exchanged, so we hope we can work together to get a protective order filed as soon as possible.

We look forward to hearing from you.

Best,
Mindy

**Mindy Pava**

Partner
Feldesman LLP
1129 20th Street, NW, Suite 400
Washington, DC 20036
**P:** 202.466.8960
**F:** 202.293.8103
www.feldesman.com

FELDESMAN

CONFIDENTIALITY NOTICE: This e-mail and any attachments contain information from the law firm of Feldesman Leifer LLP and are intended solely for the use of the named recipient(s). This e-mail may contain privileged attorney-client communications or work product. Any dissemination by anyone other than an intended recipient is prohibited. If you are not a named recipient, you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments. If you have received this e-mail in error, notify MPava@feldesman.com immediately and delete the e-mail, any attachments, and all copies from any drives or storage media and destroy any printouts.