**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* JANA GARZA<br>*Plaintiff,*<br><br>v.<br><br>SOUTHWEST KEY PROGRAMS, INC.,<br>*et. al.,*<br>*Defendants.* | ) | Case No. 1:25-cv-00305-ADA-SH |

**CONSENT MOTION FOR STATUS CONFERENCE**

Defendants Southwest Key Programs, Inc., Diego Naranjo, Trinity Health Services, PLLC, Divine Family Care, PLLC, Diego Naranjo d/b/a UC Health Consultants, Eder Francisco Hernandez, Migdal Eder, LLC, Alyssa Hernandez, and Valley Med Urgent Care, PLLC, (collectively, "Defendants") hereby request that the Court convene a status conference to address multiple motions currently pending and likely to be filed imminently affecting the efficient scheduling and conclusion of fact discovery in this matter. Counsel for Defendants has met and conferred with Plaintiff's counsel prior to filing this Motion, pursuant to Local Civil Rule CV-7(G), and Plaintiff consents to the instant Motion.

Under this Court's Scheduling Order, entered on June 18, 2025, discovery on all issues commenced on February 9, 2026, and the fact discovery deadline is November 6, 2026. (Dkt. 88.) This Court's Order Regarding Case Administration, entered on September 3, 2026, indicated that "all deadlines, scheduling orders, and obligations previously established in this matter shall remain in full force and effect" and that "parties shall continue to prosecute and defend this matter, including conducting discovery and abiding by the scheduling order." (Dkt. 117.)

Currently pending before the Court are Defendants' joint motion, filed Oct. 1, seeking the entry of the Court's form protective order governing discovery, which Plaintiff opposes (Dkt. 118); and Plaintiff's motion, filed Oct. 9, to extend all discovery deadlines by 120 days and for leave to take 10 additional depositions beyond the limit of Federal Rule 30(a)(2)(A)(i), which Defendants oppose (Dkt. 121).

Plaintiff has noticed a 30(b)(6) corporate deposition of Southwest Key Programs, Inc. to take place on October 21. Plaintiff has noticed additional depositions of Defendants in the subsequent two weeks. Defendants have met and conferred with Plaintiff's counsel pursuant to Local Civil Rule CV-7(G) requesting that Plaintiff continue the deposition dates pending this Court's ruling on Defendants' motion for a protective order governing discovery; Defendants offered to allow Plaintiff to reschedule her previously-noticed depositions to reasonable and mutually agreeable dates, on the understanding that Defendants will produce any outstanding written materials consistent with the Court's ruling on the pending Motion for Protective Order on or before one week prior to the respective rescheduled deposition dates. Plaintiff's counsel has rejected Defendants' requests and proposal, necessitating Defendants to file multiple Motions to Quash the noticed depositions imminently.

Defendants respectfully submit that a status conference may provide the Court with the opportunity to resolve the pending and imminent motions and arrange for the efficient scheduling and conclusion of fact discovery.

## CONCLUSION

For the foregoing reasons, this Court should GRANT Defendants' Consent Motion for Status Conference.

Dated: October 14, 2026

Respectfully submitted,

*/s/ Mindy B. Pava*
**FELDESMAN LEIFER LLP**
Mindy B. Pava (*pro hac vice*)
Stephen M. Kuperberg (*pro hac vice*)
1129 20th Street NW, Suite 400
Washington, DC 20036
Telephone: (202) 466-8960
Fax: (202) 293-8103
Email: mpava@feldesman.com
skuperberg@feldesman.com
*Counsel for Defendant Southwest Key Programs, Inc.*

*/s/ Laura M. Kidd Cordova*
Laura M. Kidd Cordova
State Bar No. 24128031
**JACKSON WALKER LLP**
1401 McKinney St, Suite 1900
Houston, Texas 77010
(713) 752-4449
lcordova@jw.com
*Counsel for Diego Naranjo, Divine Family Care, PLLC, Trinity Health Services, PLLC, and Diego Naranjo dba UC Health Consultants*

*/s/ Tomas F. Tijerina*
Tomas F. Tijerina
State Bar No. 24070746
Federal ID No. 1062166
ttijerina@mbmtlawfirm.com
**MARTINEZ & TIJERINA P.L.L.C**
1201 E. Van Buren
Brownsville, Texas 78520
Ph. (956) 550-4868
*Counsel for the Hernandez Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 14, 2026, I electronically filed the foregoing document with the Clerk of the District Court using its CM/ECF system, which would then electronically notify all parties of record who are CM/ECF participants on this case.

_*/s/ Mindy B. Pava*______________
Mindy B. Pava