**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* JANA GARZA<br>*Plaintiff,*<br><br>v.<br><br>SOUTHWEST KEY PROGRAMS, INC.,<br>*et. al.,*<br>*Defendants.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:25-cv-00305-ADA-SH |

**[PROPOSED] ORDER GRANTING CONSENT MOTION FOR STATUS CONFERENCE**

Having considered the Consent Motion for Status Conference, and finding good cause, the Court concludes that the Motion should be GRANTED.

The Court hereby GRANTS the request for a status conference and schedules the conference to occur on _________.

SO ORDERED

______________________________
U.S. Magistrate Judge Susan Hightower