**U.S. DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA ex rel. JANA GARZA,** *Plaintiffs,* | § § § § | |
| **v.** | § § | **1:25-cv-00305-ADA-SH** |
| **SOUTHWEST KEY PROGRAMS, INC., et al,** *Defendants.* | § § | |

**NOTICE OF APPEARANCE**

Please take notice that Kevin J. Terrazas and Dennis L. Grebe hereby enter their appearance as counsel for Defendant Southwest Key Programs, Inc. Mr. Terrazas and Mr. Grebe are members in good standing with the State Bar of Texas and admitted to practice before this court. Please add Mr. Terrazas and Mr. Grebe to the electronic service list for all future notices and copies of pleadings, papers, and other material relevant to this action, or forward the same to the following address—if delivered in hard copy format:

Kevin J. Terrazas
State Bar No. 24060708
ARAMBULA TERRAZAS PLLC
1001 S. Capital of Texas Hwy, L250
Austin, Texas 78746
512-904-0200
kterrazas@atlawpllc.com

Dennis L. Grebe
State Bar No. 24086582
ARAMBULA TERRAZAS PLLC
1001 S. Capital of Texas Hwy, L250
Austin, Texas 78746
512-904-0200
dgrebe@atlawpllc.com

Respectfully submitted,

**ARAMBULA TERRAZAS PLLC**
1001 S. Capital of Texas Hwy., L250

Austin, Texas 78746
512.904.0200

*/s/ Kevin J. Terrazas* ___
Kevin J. Terrazas
State Bar No. 24060708
kterrazas@atlawpllc.com
Dennis L. Grebe
State Bar No. 24086582
dgrebe@atlawpllc.com

*Attorneys for Defendant Southwest Key Programs, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served by way of e-service, on October 15, 2026.

*/s/ Kevin J. Terrazas* ________
Kevin J. Terrazas