**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>ex rel. JANA GARZA,<br>Plaintiff,<br>v.<br>SOUTHWEST KEY PROGRAMS, INC.,<br>et al.,<br>Defendants. | Case No. 1:25-cv-00305-ADA-SH |

**ORDER STAYING THE DEPOSITIONS NOTICED**
**FOR OCTOBER 29 AND OCTOBER 30, 2026**

Before the Court is the Hernandez Defendants' Emergency Motion to Stay the Depositions Noticed for October 29 and October 30, 2026 and for a Protective Order Limiting the Scope of Discovery to the Claims Pleaded, and Request for an Expedited Hearing (the "Motion"). The Court finds that the noticed depositions should not proceed before the scope of the examination permitted has been determined.

IT IS THEREFORE ORDERED as follows:

**1.** The deposition of Defendant Eder Francisco Hernandez noticed for October 29, 2026, and the Rule 30(b)(6) deposition of Defendant Valley Med Urgent Care, PLLC noticed for October 30, 2026, are STAYED. Those depositions shall not proceed on those dates or on any other date pending further order of this Court.

**2.** The deadline for the Hernandez Defendants to respond to the requests for production attached to the notices served October 21, 2026 is SUSPENDED pending further order of this Court.

**3.** The November 6, 2026 deadline for the completion of fact discovery is extended for the limited purpose of completing the depositions stayed by this Order. All other deadlines in the Court's Scheduling Order remain unchanged.

**4.** The Court will set the remaining relief requested in the Motion for briefing and hearing by separate order.

**5.** Nothing in this Order waives or resolves any objection asserted by the Hernandez Defendants, all of which are preserved for determination on the Motion.

IT IS SO ORDERED.

SIGNED this ______ day of _______________, 2026.

__________________________________
UNITED STATES MAGISTRATE JUDGE