**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| ***ex rel.*** **JANA GARZA** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 1:25-cv-00305-ADA-SH |
| | § | |
| **SOUTHWEST KEY PROGRAMS, INC.,** | § | |
| ***et al.*****,** | § | |
| | § | |
| Defendants. | § | |

**EMERGENCY**
**JOINT MOTION FOR A STIPULATED ORDER**

Pursuant to Rule 16(b)(4), Plaintiff Jana Garza ("Plaintiff-Relator") and Defendants Southwest Key Programs, Inc., Diego Naranjo, Trinity Health Services, PLLC, Divine Family Care, PLLC, Diego Naranjo d/b/a UC Health Consultants, Eder Francisco Hernandez, Migdal Eder, LLC, Alyssa Hernandez, and Valley Med Urgent Care, PLLC, (collectively, "Defendants") (collectively referred to as the "Parties") through their respective counsel hereby jointly request that this Court enter the attached proposed stipulated Order. Counsel for the respective parties have reached agreements regarding the scheduling of certain discovery that affect the Court's current Scheduling Order of June 18, 2025 (Dkt. 88), which set the close of fact discovery for November 6, 2026.

Entry of the proposed stipulated Order would enable the Court to rule on Defendants' pending motion for a protective order governing discovery (Dkt. 118), filed October 1, 2026, and

Plaintiff's motion to extend scheduling order deadlines (Dkt. 121), filed October 9, 2026, and all other motions filed by the parties pending before this Court.

The Parties met and conferred on October 27, 2026, and jointly agreed that a temporary stay of certain discovery obligations pending resolution of the Motion for Protective Order and all other motions pending before this Court will promote the orderly and efficient completion of discovery and will provide adequate time to prepare for and complete the presently scheduled Party depositions.

Dated: October 28, 2026

Respectfully submitted,

/s/ Carlos Doroteo

Carlos Doroteo
TX Bar No. 24097616
*Appearing pro hac vice*
**Milpa Law PLLC**
1300 W 18th Street # 7263 N
Houston, TX 77008
(p) 866-666-4572
(e) Carlos@MilpaLaw.com

Stephani Ayers
*Appearing pro hac vice*
**Government Accountability Project**
1612 K Street NW, Suite 1100
Washington, DC 20006
(p) 202-926-3311
(e) JackK@whistleblower.org

Richard Condit
D.C. Bar No. 417786
Cleveland Lawrence III
D.C. Bar No. 480462
*Appearing pro hac vice*
**Mehri & Skalet, PLLC**
2000 K Street NW, Suite 325
Washington, DC 20006
(p) 202-822-5100
(e) rcondit@findjustice.com
(e) clawrence@findjustice.com

**COUNSEL FOR PLAINTIFF-RELATOR**

*/s/ Mindy B. Pava*
**FELDESMAN LLP**
Mindy B. Pava (*pro hac vice*)
Stephen M. Kuperberg (*pro hac vice*)
1129 20th Street NW, Suite 400
Washington, DC 20036
Telephone: (202) 466-8960
Email:mpava@feldesman.com
skuperberg@feldesman.com

*Counsel for Southwest Key Programs, Inc.*

*/s/ Laura M. Kidd Cordova*
Laura M. Kidd Cordova, State Bar 24128031
lcordova@jw.com
JACKSON WALKER LLP
1401 McKinney St, Suite 1900
Houston, Texas 77010
(713) 752-4449

*Counsel for Diego Naranjo,*
*Divine Family Care, PLLC,*
*Trinity Health Services, PLLC, and*
*Diego Naranjo dba UC Health Consultants*

*/s/ Tomas F. Tijerina*
Tomas F. Tijerina
State Bar No. 24070746
Federal ID No. 1062166
ttijerina@mbmtlawfirm.com
**MARTINEZ & TIJERINA P.L.L.C**
1201 E. Van Buren
Brownsville, Texas 78520
Ph. (956) 550-4868

*Counsel for the Hernandez Defendants*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| ***ex rel.* JANA GARZA,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 1:25-cv-00305-ADA-SH |
| | § | |
| **SOUTHWEST KEY PROGRAMS, INC.,** | § | |
| ***et al.*,** | § | |
| | § | |
| Defendants. | § | |

**ORDER TO MODIFY THE DISCOVERY SCHEDULE**

For good cause shown in the Parties' Stipulation submitted October 28, 2026, the Court Grants the Parties' stipulated request to modify the discovery schedule as follows:

1. Discovery is stayed pending the Court's determination of the Defendants' pending Motion for Protective Order and other various motions filed by the parties;
2. During the stay period, the Parties will meet and confer to attempt to resolve any disputes concerning written discovery requests that have already been served;
3. The stay will expire upon entry of an order on Defendants' pending Motion for a Protective Order;
4. After the stay expires, no new written discovery, additional deposition notices, or non-party subpoenas will be served except with the approval of the Court for good cause shown; and

5. Once the Court rules on the Defendants' pending Motion for a Protective Order, the Parties will have sixty (60) days in which to reschedule currently noticed and identified depositions—pursuant to proper notice and service requirements under the Federal Rules of Civil Procedure— on mutually agreed-upon dates. The Parties will meet and confer to discuss an agreed-upon time for the reasonable production of discovery materials prior to depositions, but in any event the Parties agree to produce discovery materials not less than fourteen (14) days prior to that Party's deposition.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: ________________________

________________________________
U.S. DISTRICT/MAGISTRATE JUDGE