**FILED**
October 28, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: kk
DEPUTY

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| ***ex rel.* JANA GARZA,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 1:25-cv-00305-ADA-SH |
| | § | |
| **SOUTHWEST KEY PROGRAMS, INC.,** | § | |
| ***et al*.,** | § | |
| | § | |
| Defendants. | § | |

**ORDER TO MODIFY THE DISCOVERY SCHEDULE**

For good cause shown in the Parties' Stipulation submitted October 28, 2026, the Court Grants the Parties' stipulated request to modify the discovery schedule as follows:

1. Discovery is stayed pending the Court's determination of the Defendants' pending Motion for Protective Order and other various motions filed by the parties;
2. During the stay period, the Parties will meet and confer to attempt to resolve any disputes concerning written discovery requests that have already been served;
3. The stay will expire upon entry of an order on Defendants' pending Motion for a Protective Order;
4. After the stay expires, no new written discovery, additional deposition notices, or non-party subpoenas will be served except with the approval of the Court for good cause shown; and

5. Once the Court rules on the Defendants' pending Motion for a Protective Order, the Parties will have sixty (60) days in which to reschedule currently noticed and identified depositions—pursuant to proper notice and service requirements under the Federal Rules of Civil Procedure— on mutually agreed-upon dates. The Parties will meet and confer to discuss an agreed-upon time for the reasonable production of discovery materials prior to depositions, but in any event the Parties agree to produce discovery materials not less than fourteen (14) days prior to that Party's deposition.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: October 28, 2026.

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE