**Maddy J. Phinney**

**From:** Stephani Ayers <Stephania@whistleblower.org>
**Sent:** Saturday, October 24, 2026 1:01 AM
**To:** Benigno (Trey) Martinez; admin1@mbmtlawfirm.com; jadnielad@mbmtlawfirm.com; karem@mbmtlawfirm.com; mayra@mbmtlawfirm.com; natalie@mbmtlawfirm.com; Samantha Garza; Milpa Law; Cleveland Lawrence III; Kevin James Terrazas; Cordova, Laura; amalone@jw.com; Clark, Michael; melissa.mitchell@wbd-us.com; Pava, Mindy B.; Maddy J. Phinney; Richard Condit; kmohieldin@findjustice.com; stephani; Steve Kuperberg
**Subject:** Garza- Notice of Depos
**Attachments:** Garza- Omnibus Notice of Depos.pdf

---

**From:** Stephani Ayers
**Sent:** Saturday, October 24, 2026 12:59 AM
**To:** Samantha Garza <sam@mbmtlawfirm.com>; Tomas Tijerina <ttijerina@mbmtlawfirm.com>; Pava, Mindy B. <mpava@feldesman.com>; Richard Condit <rcondit@findjustice.com>; Cleveland Lawrence III <clawrence@findjustice.com>; Carlos Doroteo <carlos@milpalaw.com>; Kristin Berg <kristinb@whistleblower.org>
**Subject:**

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

**United States ex rel. Jana Garza,**

Relator, Case No. 1:25-cv-00305-ADA-SH

v.

**Southwest Key Programs, Inc., et al.,**

Defendants.

## RELATOR'S AMENDED NOTICE OF ORAL DEPOSITIONS

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Rules 30 and 45 of the Federal Rules of Civil Procedure, Relator will take the oral depositions upon examination of the following individuals and entity representative(s), on the dates and at the times set forth below, or at such other dates and times as may be agreed by the parties or ordered by the Court:

| Date | Time | Witness |
|---|---|---|
| October 27, 2026 | 9:30 a.m. Central | Dr. Antonio Diaz |
| October 27, 2026 | 1:30 p.m. Central | Maria Lara |
| October 29, 2026 | 9:30 a.m. Central | Eder Hernandez |

| | | |
|---|---|---|
| October 30, 2026 | 9:30 a.m. Central | Valley Med (through designated representative(s)) |
| November 2, 2026 | 9:30 a.m. Eastern | Southwest Key Programs, Inc. Rule 30(b)(6) designee(s) |
| November 3, 2026<br><br>Or date/time agreed by parties | 9:00 a.m. Eastern<br><br>1:00 p.m. Eastern | Dr. Abdur Rauf<br><br>Gary Wilder |
| November 4, 2026<br><br>Or date/time agreed by parties | 9:00 a.m. Eastern<br><br>1:00 p.m. Eastern | Hector Zuniga<br><br>Nelson Lozano |
| November 5, 2026 | Time to be agreed | Dr. Jana Garza |
| November 6, 2026 | Time to be agreed | Diego Naranjo |

The foregoing depositions shall be conducted live and/or remotely by Zoom or similar videoconference platform unless otherwise agreed by the parties. The specific link and attendance instructions will be provided separately.

The testimony shall be recorded by:

1. A certified court reporter stenographically;
2. Digital audio recording; and
3. Via video, re: the platform's audiovisual recording capability.

The depositions shall continue from day to day until completed and may be used at trial or in any other proceeding permitted by the Federal Rules of Civil Procedure, the Federal Rules of Evidence, and applicable orders of the Court.

Relator reserves the right to:

- Reschedule any deposition by agreement of counsel;
- Amend this notice as additional witness availability is confirmed;

- Substitute witnesses for currently scheduled time slots;
- Conduct any deposition in person, remotely, or by hybrid means as circumstances require.

DATED: 10-23- 2026.

Respectfully submitted,

Stephani L. Ayers

Counsel for Relator Jana Garza