**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

**JANA GARZA, REALTOR; AND UNITED STATES OF AMERICA, EX REL.;**
**Plaintiffs,**

**-vs-**

**SOUTHWEST KEY PROGRAMS, INC., ALYSSA HERNANDEZ, DIEGO NARANJO, DIVINE FAMILY CARE, PLLC, EDER FRANCISCO HERNANDEZ, FANNY ROSA FIGUEROA, GERALDO RIVERA, MIGDAL EDER, LLC, TRINITY HEALTH SERVICES, PLLC, DIEGO NARANJO DBA UC HEALTH CONSULTANTS, VALLEY MED URGENT CARE, PLLC,**
**Defendants.**

**CAUSE NO.: A-25-CV-00305-ADA**

# ORDER

BE IT REMEMBERED on this day there was presented to the Court the Motion for Admission Pro Hac Vice filed by Thad M. Guyer, counsel for plaintiff, and the Court, having reviewed the motion, enters the following:

A person will be granted leave to appear pro hac vice before this Court if he is a member in good standing of a state bar and he either: (1) has an application on file for admission to the United States District Court for the Western District of Texas; or (2) has co-counsel who is a member of the United States District Court for the Western District of Texas. Thad M. Guyer has not fulfilled these requirements.

IT IS THEREFORE ORDERED that the Motion for Admission Pro Hac Vice is DENIED.

IT IS FURTHER ORDERED that Thad M. Guyer file, by traditional means, a written notice to the Court within fourteen (14) days, setting out in detail whether he intends to amend his Motion for Admission Pro Hac Vice in accordance with the provisions set out above or whether he intends to obtain substitute counsel who is properly licensed to practice before this Court.

The Clerk of this Court no longer automatically adds non-admitted attorneys to a case. Thus, *non-admitted attorneys will not receive orders or notices, which may include deadlines, hearing dates, etc., filed in their case nor will they be able to file electronically in the case*. Non-admitted attorneys will only be added to a case upon the granting of a proper motion to appear pro hac vice.

SIGNED this the 12th day of November 2026.

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE